# EXHIBIT C



# Human Rights Defense Center

### DEDICATED TO PROTECTING HUMAN RIGHTS

September 11, 2013

Regional Director
Gateway Complex Tower II, 8th Floor
4th & State Avenue
Kansas City, Kansas  66101-2492

Re:     Censorship of July 2013 issue of *Prison Legal News*

        Inmate Subscribers:    See below
        Register Nos.:       See below
        Institution:          Administrative Maximum
                                PO Box 8500, Florence, CO  81226-8500

Dear Regional Director,

I represent Prison Legal News (PLN), publisher of the monthly journal *Prison Legal News*.  PLN just received notice that the above-listed publication was censored by Warden D. Berkebile on July 31, 2013 and was not delivered to the PLN subscribers identified on the attached list.  This letter is an appeal of the erroneous decision to censor our publication.  This decision should be reversed and the institution's process should be modified to protect the First Amendment rights of the publisher and its correspondents in the future.  I have enclosed a copy of the notice received by PLN herewith for your convenience.

PLN has a First Amendment right as a publisher to communicate with prisoners, including the right to deliver its monthly publication. *Thornburgh v. Abbott*, 490 U.S. 401, 408 (1989); *Prison Legal News v. Lehman,* 397 F.3d 692, 699 (9th Cir. 2005). Any censorship of mail sent to prisoners by publishers such as PLN must be done pursuant to a policy or practice that is "'reasonably related to legitimate penological interests.'" *Abbott*, 490 U.S. at 413 (quoting *Turner v. Safley*, 482 U.S. 78, 89 (1987)). Furthermore, the first prong of the Turner test requires a court to determine whether there is a "valid, rational connection between the prison regulation and the legitimate government interest put forward to justify it." *Turner* at 89-90.

Under this legal standard, the notice provided to PLN is inadequate because it does not explain how the fact that "the  referenced pages discuss individuals incarcerated as U.S. Penitentiary Florence (ADX)" is a threat to the legitimate penological interests of the facility.  In other words, the notice does not state with specificity *how* or *why* the mere mention of a prisoner's name constitutes information that is "not suited for introduction into a correctional facility."  Courts have repeatedly held that the *Turner* standard is not toothless and that officials must articulate a justification and penological interest served by the policy.  It is therefore legally inadequate to merely claim an item is somehow a security threat without offering any factual basis whatsoever in support of the allegation.  Without any justification for the claim that this censorship is related to a legitimate penological interest, the notice fails to satisfy the first prong of the test under *Turner v. Safley* 482 U.S. 78 (1987).  For the reasons discussed above, I do not believe that the decision to ban the July 2013 issue of PLN satisfies this standard.

Furthermore, the notice was not provided to PLN in a timely manner.  The warden's censorship decision occurred on July 31, 2013 and PLN was not notified until sometime after September 3, 2013.

With respect to the content of the article itself that is the source of this controversy, it should be noted that it is a report of a published court opinion from the Tenth Circuit United States Court of Appeals that is presumably available to every prisoner at the facility in the facility's law library.  The decision is one that informs ADX prisoners of the means to challenge their ADX placement.  This content based censorship is clearly a case of an unconstitutional application of a BOP rule. There is no legitimate penological interest in concealing this article from prisoners.

Finally, the current rejection notification process outlined in the BOP Program Statement 5266.11 §540.71 (a)(4)(d) stating the publication should be returned to the publisher unless a prisoner files an appeal, or once the prisoner appeal process is complete, is inadequate.  The censored item should be kept at the facility until such time as all appeals, including the publisher's appeal, have been resolved so that it can be promptly delivered if the censorship decision is reversed.  In the event that this appeal is successful, the facility should be required to pay for the costs of shipping the material from PLN's offices back to the subscribers.

Very Truly Yours,

HUMAN RIGHTS DEFENSE CENTER

By:   Lance T. Weber
      General Counsel

cc:  Paul Wright, PLN Editor

List of Inmate Subscribers and Register Numbers
Michael Birman, #99910-011
Robert Blackman, #36103-004
Edgar Branch, #14916-031
Timothy D Brown, #10979-035
John Burke, #01646-049
Robert A Custard, #02728-031
Joseph Dougherty, #01924-135
Terry Douglas, #18137-038
Robert Floyd, #04526-067
Justin Hernandez, #30123-013
Larry Hoover, #86063-024
Heriberto Huerta, #38827-115
Carl Knorr, #13161-075
Desmond Lawrence, #83529022
Jeremy V Pinson, #16267-064
Peter Rollock, #12874058
Steve L Scott, #55341-065
Raymond Shryock, #03332-112
Gary Watland, #99901-555

## Notification to Inmate and Publisher/Sender of Rejected Publication

INMATE:                          BURKE, John

REGISTER NUMBER: 01646-049/B

INSTITUTION:              United States Penitentiary
                                   Administrative Maximum
                                   P.O. Box 8500
                                   Florence, CO 81226-8500

SUBJECT:               "Prison Legal News"          Date/Issue of Publication: July 2013     Pages:   36-37

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement 5266.11, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced pages discuss individuals incarcerated at U.S. Penitentiary Florence (ADX).   Due to the reason cited, the above-named publication is not suited for introduction into a correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security of this institution.   If an appeal is not received within 20 days, this publication will be returned to the publisher.   In the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas City, Kansas 66101-2492, within 20 days of receipt of that copy.


D. Berkebile, Complex Warden                     7-3-15
                                                                   Date

DB/rjm

cc:  Prison Legal News
      P.O. Box 2420
      West Brattleboro, VT 05303

**Notification to Inmate and Publisher/Sender of Rejected Publication**

INMATE:               BIRMAN, Michael

REGISTER NUMBER: 99910-011/D

INSTITUTION:          United States Penitentiary
                      Administrative Maximum
                      P.O. Box 8500
                      Florence, CO 81226-8500

SUBJECT:              "Prison Legal News"        Date/Issue of Publication: July 2013    Pages:  36-37

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement
5266.11, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined
detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced pages discuss individuals incarcerated at U.S. Penitentiary
Florence (ADX).  Due to the reason cited, the above-named publication is not suited for introduction into a
correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy
Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security
of this institution.  If an appeal is not received within 20 days, this publication will be returned to the publisher.  In
the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is
completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this
rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas
City, Kansas 66101-2492, within 20 days of receipt of that copy.


D. Berkebile, Complex Warden                   7.31.15
                                               Date

DB/rjm

cc:  Prison Legal News
     P.O. Box 2420
     West Brattleboro, VT 05303

**Notification to Inmate and Publisher/Sender of Rejected Publication**

INMATE:             BLACKMAN, Robert

REGISTER NUMBER: 36103-004/F

INSTITUTION:        United States Penitentiary
                    Administrative Maximum
                    P.O. Box 8500
                    Florence, CO 81226-8500

SUBJECT:           "Prison Legal News"        Date/Issue of Publication: July 2013    Pages:  36-37

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement 5266.11, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced pages discuss individuals incarcerated at U.S. Penitentiary Florence (ADX).   Due to the reason cited, the above-named publication is not suited for introduction into a correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security of this institution.   If an appeal is not received within 20 days, this publication will be returned to the publisher.   In the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas City, Kansas 66101-2492, within 20 days of receipt of that copy.

D. Berkebile, Complex Warden                        Date

DB/rjm

cc:  Prison Legal News
     P.O. Box 2420
     West Brattleboro, VT 05303

**Notification to Inmate and Publisher/Sender of Rejected Publication**

INMATE:          BRANCH, Edgar

REGISTER NUMBER: 36103-004/F

INSTITUTION:     United States Penitentiary
                 Administrative Maximum
                 P.O. Box 8500
                 Florence, CO 81226-8500

SUBJECT:         "Prison Legal News"      Date/Issue of Publication: July 2013      Pages:  36-37

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement 5266.11, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced pages discuss individuals incarcerated at U.S. Penitentiary Florence (ADX).  Due to the reason cited, the above-named publication is not suited for introduction into a correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security of this institution.  If an appeal is not received within 20 days, this publication will be returned to the publisher.  In the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas City, Kansas 66101-2492, within 20 days of receipt of that copy.

D. Berkebile, Complex Warden                    Date

DB/rjm

cc:  Prison Legal News
     P.O. Box 2420
     West Brattleboro, VT 05303

## Notification to Inmate and Publisher/Sender of Rejected Publication

INMATE:                BROWN, Timothy

REGISTER NUMBER: 10979-035/G

INSTITUTION:           United States Penitentiary
                       Administrative Maximum
                       P.O. Box 8500
                       Florence, CO 81226-8500

SUBJECT:               "Prison Legal News"        Date/Issue of Publication: July 2013    Pages:  36-37

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement 5266.11, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced pages discuss individuals incarcerated at U.S. Penitentiary Florence (ADX).  Due to the reason cited, the above-named publication is not suited for introduction into a correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security of this institution.  If an appeal is not received within 20 days, this publication will be returned to the publisher.  In the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas City, Kansas 66101-2492, within 20 days of receipt of that copy.

D. Berkebile, Complex Warden                      Date

DB/rjm

cc:  Prison Legal News
     P.O. Box 2420
     West Brattleboro, VT 05303

## Notification to Inmate and Publisher/Sender of Rejected Publication

INMATE:                CUSTARD, Bob

REGISTER NUMBER: 02728-031/D

INSTITUTION:          United States Penitentiary
                      Administrative Maximum
                      P.O. Box 8500
                      Florence, CO 81226-8500

SUBJECT:              "Prison Legal News"          Date/Issue of Publication: July 2013     Pages:  36-37

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement
5266.11, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined
detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced pages discuss individuals incarcerated at U.S. Penitentiary
Florence (ADX).  Due to the reason cited, the above-named publication is not suited for introduction into a
correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy
Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security
of this institution.  If an appeal is not received within 20 days, this publication will be returned to the publisher.  In
the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is
completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this
rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas
City, Kansas 66101-2492, within 20 days of receipt of that copy.

D. Berkebile, Complex Warden                      Date

DB/rjm

cc:  Prison Legal News
     P.O. Box 2420
     West Brattleboro, VT 05303

**Notification to Inmate and Publisher/Sender of Rejected Publication**

INMATE:               DOUGHERTY, Joseph

REGISTER NUMBER: 01924-135/J

INSTITUTION:          United States Penitentiary
                      Administrative Maximum
                      P.O. Box 8500
                      Florence, CO 81226-8500

SUBJECT:              "Prison Legal News"      Date/Issue of Publication: July 2013   Pages:  36-37

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement 5266.11, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced pages discuss individuals incarcerated at U.S. Penitentiary Florence (ADX).  Due to the reason cited, the above-named publication is not suited for introduction into a correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security of this institution.  If an appeal is not received within 20 days, this publication will be returned to the publisher.  In the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas City, Kansas 66101-2492, within 20 days of receipt of that copy.


D. Berkebile, Complex Warden                    Date

DB/rjm

cc:  Prison Legal News
     P.O. Box 2420
     West Brattleboro, VT 05303

**Notification to Inmate and Publisher/Sender of Rejected Publication**

INMATE:            DOUGLAS, Terrence

REGISTER NUMBER: 18137-038/G

INSTITUTION:       United States Penitentiary
                   Administrative Maximum
                   P.O. Box 8500
                   Florence, CO 81226-8500

SUBJECT:           "Prison Legal News"        Date/Issue of Publication: July 2013    Pages:  36-37

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement 5266.11, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced pages discuss individuals incarcerated at U.S. Penitentiary Florence (ADX).  Due to the reason cited, the above-named publication is not suited for introduction into a correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security of this institution.  If an appeal is not received within 20 days, this publication will be returned to the publisher.  In the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas City, Kansas 66101-2492, within 20 days of receipt of that copy.

D. Berkebile, Complex Warden                 Date

DB/rjm

cc:  Prison Legal News
     P.O. Box 2420
     West Brattleboro, VT 05303

**Notification to Inmate and Publisher/Sender of Rejected Publication**

INMATE:              FLOYD, Robert

REGISTER NUMBER: 04526-067/E

INSTITUTION:         United States Penitentiary
                     Administrative Maximum
                     P.O. Box 8500
                     Florence, CO 81226-8500

SUBJECT:             "Prison Legal News"      Date/Issue of Publication: July 2013   Pages:  36-37

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement 5266.11, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced pages discuss individuals incarcerated at U.S. Penitentiary Florence (ADX). Due to the reason cited, the above-named publication is not suited for introduction into a correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security of this institution. If an appeal is not received within 20 days, this publication will be returned to the publisher. In the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas City, Kansas 66101-2492, within 20 days of receipt of that copy.

D. Berkebile, Complex Warden                 Date

DB/rjm

cc:  Prison Legal News
     P.O. Box 2420
     West Brattleboro, VT 05303

**Notification to Inmate and Publisher/Sender of Rejected Publication**

INMATE:           HERNANDEZ, Justin

REGISTER NUMBER: 30123-013/B/Z

INSTITUTION:      United States Penitentiary
                  Administrative Maximum
                  P.O. Box 8500
                  Florence, CO 81226-8500

SUBJECT:          "Prison Legal News"        Date/Issue of Publication: July 2013    Pages:   36-37

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement 5266.11, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced pages discuss individuals incarcerated at U.S. Penitentiary Florence (ADX). Due to the reason cited, the above-named publication is not suited for introduction into a correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security of this institution. If an appeal is not received within 20 days, this publication will be returned to the publisher. In the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas City, Kansas 66101-2492, within 20 days of receipt of that copy.

D. Berkebile, Complex Warden                 2-31-15
                                             Date

DB/rjm

cc: Prison Legal News
    P.O. Box 2420
    West Brattleboro, VT 05303

**Notification to Inmate and Publisher/Sender of Rejected Publication**

INMATE:          HOOVER, Larry

REGISTER NUMBER: 86063-024/G

INSTITUTION:     United States Penitentiary
                 Administrative Maximum
                 P.O. Box 8500
                 Florence, CO 81226-8500

SUBJECT:         "Prison Legal News"      Date/Issue of Publication: July 2013    Pages:  36-37

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement
5266.11, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined
detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced pages discuss individuals incarcerated at U.S. Penitentiary
Florence (ADX).  Due to the reason cited, the above-named publication is not suited for introduction into a
correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy
Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security
of this institution.  If an appeal is not received within 20 days, this publication will be returned to the publisher.  In
the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is
completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this
rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas
City, Kansas 66101-2492, within 20 days of receipt of that copy.

D. Berkebile, Complex Warden                    Date

DB/rjm

cc:  Prison Legal News
     P.O. Box 2420
     West Brattleboro, VT 05303

## Notification to Inmate and Publisher/Sender of Rejected Publication

INMATE:              HUERTA, Heriberto

REGISTER NUMBER: 38827-115/F

INSTITUTION:         United States Penitentiary
                     Administrative Maximum
                     P.O. Box 8500
                     Florence, CO 81226-8500

SUBJECT:             "Prison Legal News"        Date/Issue of Publication:  July 2013     Pages:   36-37

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement 5266.11, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced pages discuss individuals incarcerated at U.S. Penitentiary Florence (ADX).   Due to the reason cited, the above-named publication is not suited for introduction into a correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security of this institution.   If an appeal is not received within 20 days, this publication will be returned to the publisher.   In the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas City, Kansas 66101-2492, within 20 days of receipt of that copy.


D. Berkebile, Complex Warden              Date

DB/rjm

cc:  Prison Legal News
     P.O. Box 2420
     West Brattleboro, VT 05303

**Notification to Inmate and Publisher/Sender of Rejected Publication**

INMATE:               KNORR, Carl

REGISTER NUMBER: 13161-075/B

INSTITUTION:        United States Penitentiary
                    Administrative Maximum
                    P.O. Box 8500
                    Florence, CO 81226-8500

SUBJECT:            "Prison Legal News"        Date/Issue of Publication: July 2013     Pages:  36-37

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement 5266.11, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced pages discuss individuals incarcerated at U.S. Penitentiary Florence (ADX).   Due to the reason cited, the above-named publication is not suited for introduction into a correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security of this institution.   If an appeal is not received within 20 days, this publication will be returned to the publisher.   In the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas City, Kansas 66101-2492, within 20 days of receipt of that copy.


D. Berkebile, Complex Warden                    7-31-13
                                                Date

DB/rjm

cc:  Prison Legal News
     P.O. Box 2420
     West Brattleboro, VT 05303

**Notification to Inmate and Publisher/Sender of Rejected Publication**

INMATE:             LAWRENCE, Desmond

REGISTER NUMBER: 83529-022/E

INSTITUTION:        United States Penitentiary
                    Administrative Maximum
                    P.O. Box 8500
                    Florence, CO 81226-8500

SUBJECT:        "Prison Legal News"        Date/Issue of Publication: July 2013    Pages:   36-37

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement
5266.11, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined
detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced pages discuss individuals incarcerated at U.S. Penitentiary
Florence (ADX).   Due to the reason cited, the above-named publication is not suited for introduction into a
correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy
Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security
of this institution.   If an appeal is not received within 20 days, this publication will be returned to the publisher.   In
the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is
completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this
rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas
City, Kansas 66101-2492, within 20 days of receipt of that copy.


D. Berkebile, Complex Warden            Date

DB/rjm

cc:  Prison Legal News
     P.O. Box 2420
     West Brattleboro, VT 05303

**Notification to Inmate and Publisher/Sender of Rejected Publication**

INMATE:                      PINSON, Jeremy

REGISTER NUMBER: 16267-064/G/Z

INSTITUTION:            United States Penitentiary
                                Administrative Maximum
                                P.O. Box 8500
                                Florence, CO 81226-8500

SUBJECT:              "Prison Legal News"          Date/Issue of Publication: July 2013     Pages:  36-37

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement
5266.11, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined
detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced pages discuss individuals incarcerated at U.S. Penitentiary
Florence (ADX).   Due to the reason cited, the above-named publication is not suited for introduction into a
correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy
Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security
of this institution.  If an appeal is not received within 20 days, this publication will be returned to the publisher.  In
the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is
completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this
rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas
City, Kansas 66101-2492, within 20 days of receipt of that copy.

D. Berkebile, Complex Warden                  Date

DB/rjm

cc:  Prison Legal News
      P.O. Box 2420
      West Brattleboro, VT 05303

**Notification to Inmate and Publisher/Sender of Rejected Publication**

INMATE:            ROLLOCK, Peter

REGISTER NUMBER: 12874-058/H

INSTITUTION:       United States Penitentiary
                   Administrative Maximum
                   P.O. Box 8500
                   Florence, CO 81226-8500

SUBJECT:           "Prison Legal News"      Date/Issue of Publication: July 2013     Pages:  36-37

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement 5266.11, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced pages discuss individuals incarcerated at U.S. Penitentiary Florence (ADX).   Due to the reason cited, the above-named publication is not suited for introduction into a correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security of this institution.   If an appeal is not received within 20 days, this publication will be returned to the publisher.   In the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas City, Kansas 66101-2492, within 20 days of receipt of that copy.

D. Berkebile, Complex Warden                    Date

DB/rjm

cc:  Prison Legal News
     P.O. Box 2420
     West Brattleboro, VT 05303

## Notification to Inmate and Publisher/Sender of Rejected Publication

INMATE:             SCOTT, Steven

REGISTER NUMBER: 55341-065/D

INSTITUTION:        United States Penitentiary
                    Administrative Maximum
                    P.O. Box 8500
                    Florence, CO 81226-8500

SUBJECT:            "Prison Legal News"        Date/Issue of Publication: July 2013    Pages:  36-37

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement
5266.11, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined
detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced pages discuss individuals incarcerated at U.S. Penitentiary
Florence (ADX).  Due to the reason cited, the above-named publication is not suited for introduction into a
correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy
Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security
of this institution.   If an appeal is not received within 20 days, this publication will be returned to the publisher.   In
the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is
completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this
rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas
City, Kansas 66101-2492, within 20 days of receipt of that copy.


D. Berkebile, Complex Warden              Date

DB/rjm

cc:  Prison Legal News
     P.O. Box 2420
     West Brattleboro, VT 05303

**Notification to Inmate and Publisher/Sender of Rejected Publication**

INMATE:              SHRYOCK, Raymond

REGISTER NUMBER: 03332-112/E

INSTITUTION:         United States Penitentiary
                     Administrative Maximum
                     P.O. Box 8500
                     Florence, CO 81226-8500

SUBJECT:             "Prison Legal News"        Date/Issue of Publication: July 2013    Pages:  36-37

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement 5266.11, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced pages discuss individuals incarcerated at U.S. Penitentiary Florence (ADX). Due to the reason cited, the above-named publication is not suited for introduction into a correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security of this institution. If an appeal is not received within 20 days, this publication will be returned to the publisher. In the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas City, Kansas 66101-2492, within 20 days of receipt of that copy.

D. Berkebile, Complex Warden            Date

DB/rjm

cc:  Prison Legal News
     P.O. Box 2420
     West Brattleboro, VT 05303

**Notification to Inmate and Publisher/Sender of Rejected Publication**

INMATE:                    WATLAND, Gary

REGISTER NUMBER: 99901-555/B/Z

INSTITUTION:          United States Penitentiary
                              Administrative Maximum
                              P.O. Box 8500
                              Florence, CO 81226-8500

SUBJECT:              "Prison Legal News"        Date/Issue of Publication: July 2013     Pages:  36-37

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement
5266.11, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined
detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced pages discuss individuals incarcerated at U.S. Penitentiary
Florence (ADX).  Due to the reason cited, the above-named publication is not suited for introduction into a
correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy
Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security
of this institution.  If an appeal is not received within 20 days, this publication will be returned to the publisher.  In
the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is
completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this
rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas
City, Kansas 66101-2492, within 20 days of receipt of that copy.


_____                          7-31-15
D. Berkebile, Complex Warden                           Date

DB/rjm

cc:  Prison Legal News
      P.O. Box 2420
      West Brattleboro, VT 05303