# EXHIBIT D



**U.S. Department of Justice**

Federal Bureau of Prisons

North Central Regional Office

Office of the Regional Director

Tower II, 8th Floor
400 State
Kansas City, KS 66101-2421

September 30, 2013

Lance T. Weber, General Counsel
Prison Legal News
P. O. Box 1151
Lake Worth, FL   33460

RE:   Rejected Publication

Dear Mr. Weber:

   This is in response to your recent correspondence dated September 11, 2013, in which you appeal the rejection of the July 2013 issue of the publication titled, Prison Legal News.

   We have reviewed your request along with a copy of the publication.   Pursuant to Program Statement 5266.11, Incoming Publications, "The Warden may reject a publication only if it is determined detrimental to the security, good order, or discipline of the institution or if it might facilitate criminal activity."   After review, we find the publication was properly rejected as it contains information on individuals incarcerated at the U. S. Penitentiary Florence.   This material is not suitable for issuance in a correctional environment.

   The Warden's decision to reject the unauthorized publication in order to maintain a safe and secure facility is supported.

   I trust this response has adequately addressed your concerns.

Sincerely,

Paul M. Laird
Regional Director

U.S. Department of Justice
Federal Bureau of Prisons
*North Central Regional*
*400 State Avenue, Gateway Tower II, 8th Floor*
*Kansas City, Kansas 66101-2421*
Official Business

RKCS

Lance T. Weber, General Counsel
Prison Legal News
P. O. Box 1151
Lake Worth, FL 33460



02 1R
0000012417
MAILED FROM ZIP
UNITED STATES POSTAGE

**RECEIVED**
**OCT 0 4 2013**