# EXHIBIT F



**U.S. Department of Justice**

Federal Bureau of Prisons

*North Central Regional Office*

Office of the Regional Director

*Tower II, 8th Floor*
*400 State*
*Kansas City, KS 66101-2421*

October 24, 2013

Lance T. Weber, General Counsel
Prison Legal News
P. O. Box 1151
Lake Worth, FL   33460

RE:    Rejected Publication

Dear Mr. Weber:

    This is in response to your recent correspondence dated October 9, 2013, in which you appeal the rejection of the July 2013 issue of the publication titled, Prison Legal News.

    We have reviewed your request along with a copy of the publication.   Pursuant to Program Statement 5266.11, Incoming Publications, "The Warden may reject a publication only if it is determined detrimental to the security, good order, or discipline of the institution or if it might facilitate criminal activity."   After review, we find the publication was properly rejected as it contains information on individuals incarcerated at the U. S. Penitentiary Florence.   Specific inmate names, location housed, case details, and other information may pose a security concern.   This information and material is not suitable for issuance in a correctional environment.   No due process violations have been identified.

    The Warden's decision to follow policy and reject the unauthorized publication in order to maintain a safe and secure facility is supported.

    I trust this response has adequately addressed your concerns.

Sincerely,

Paul M. Laird
Regional Director



# Human Rights Defense Center

DEDICATED TO PROTECTING HUMAN RIGHTS

October 9, 2013

Paul M. Laird
Regional Director
Gateway Complex Tower II, 8th Floor
4th & State Avenue
Kansas City, Kansas  66101-2492

Re:   Your Response to the Publisher's Appeal of the Censorship of the July 2013 issue of
      *Prison Legal News*

      Inmate Subscribers:   See below
      Register Nos.:        See below
      Institution:          Administrative Maximum
                            PO Box 8500, Florence, CO  81226-8500

Dear Mr. Laird,

I received your response dated September 30, 2013, in which you denied the appeal of the warden's decision to reject the July 2013 issue of *Prison Legal News*. Your letter does not adequately address the issues raised in the publisher's letter of appeal dated September 11, 2013. First, your response still failed to state with specificity how or why the mere mention of a prisoner's name constitutes information that is "not suited for introduction into a correctional facility." Such a claim seems especially arbitrary in light of the fact that the article in question is a report of a published court opinion from the Tenth Circuit United States Court of Appeals and the prisoner's name is part of the name of that case. It should be noted that the reported opinion which is the subject of the article is available to every prisoner at the facility in the facility's law library. Your explanation for this rejection is illogical, legally inadequate, and amounts to unconstitutional censorship.

Second, your response failed to address my concerns regarding the current appeal process which states that the rejected publication should be returned to the publisher unless a prisoner files an appeal, or once the prisoner appeal process is complete. In order to protect the integrity of the appeals process and show a good-faith effort on the part of the BOP, the Bureau should reform the current policy to require rejected mail to be kept until after the *publisher's* appeal process is exhausted as well.

Third, you did not address the due process violation whereby the BOP failed to notify Prison Legal News in a timely manner that the publication had been rejected.

Lastly, your response does not provide instruction for any possible appellate review of your

---

P.O. Box 1151, Lake Worth, FL 33460
Phone: 561.360.2523 Fax: 866.735.7136
Email: lweber@humanrightsdefensecenter.org

decision. Please reconsider your position on this issue or advise me of the name and address of the person to whom I should address my appeal of the same. I look forward to your response. Thank you in advance for your consideration of this matter.

                Very Truly Yours,

                HUMAN RIGHTS DEFENSE CENTER

                By:  Lance T. Weber
                      General Counsel

cc:  Paul Wright, PLN Editor


<u>List of Inmate Subscribers and Register Numbers</u>
Michael Birman, #99910-011
Robert Blackman, #36103-004
Edgar Branch, #14916-031
Timothy D Brown, #10979-035
John Burke, #01646-049
Robert A Custard, #02728-031
Joseph Dougherty, #01924-135
Terry Douglas, #18137-038
Robert Floyd, #04526-067
Justin Hernandez, #30123-013
Larry Hoover, #86063-024
Heriberto Huerta, #38827-115
Carl Knorr, #13161-075
Desmond Lawrence, #83529022
Jeremy V Pinson, #16267-064
Peter Rollock, #12874058
Steve L Scott, #55341-065
Raymond Shryock, #03332-112
Gary Watland, #99901-555



U.S. Department of Justice

Federal Bureau of Prisons

*North Central Regional Office*

Office of the Regional Director

*Tower II, 8th Floor*
*400 State*
*Kansas City, KS 66101-2421*

September 30, 2013

Lance T. Weber, General Counsel
Prison Legal News
P. O. Box 1151
Lake Worth, FL   33460

RE:    Rejected Publication

Dear Mr. Weber:

   This is in response to your recent correspondence dated September 11, 2013, in which you appeal the rejection of the July 2013 issue of the publication titled, Prison Legal News.

   We have reviewed your request along with a copy of the publication. Pursuant to Program Statement 5266.11, <u>Incoming Publications</u>, "The Warden may reject a publication only if it is determined detrimental to the security, good order, or discipline of the institution or if it might facilitate criminal activity." After review, we find the publication was properly rejected as it contains information on individuals incarcerated at the U. S. Penitentiary Florence. This material is not suitable for issuance in a correctional environment.

   The Warden's decision to reject the unauthorized publication in order to maintain a safe and secure facility is supported.

   I trust this response has adequately addressed your concerns.

Sincerely,

Paul M. Laird
Regional Director