IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 15-cv-2184**

PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,

*Plaintiff*,

v.

THE FEDERAL BUREAU OF PRISONS,

*Defendant*.

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Prison Legal News, a project of the Human Rights Defense Center, states by counsel that the Human Rights Defense Center is a non-profit corporation that has no publicly held stock and no parent corporation.

Dated: October 1, 2015

*s/ Steven D. Zansberg*
**Steven D. Zansberg**
Levine Sullivan Koch & Schulz LLP
1888 Sherman Street, Suite 370
Denver, CO 80203
Telephone: (303) 376-2409
FAX: (303) 376-2401
E-mail: szansberg@lskslaw.com

*Attorney for Plaintiff Prison Legal News*