# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 15-cv-02184-REB

PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,

    Plaintiff,

v.

THE FEDERAL BUREAU OF PRISONS,

    Defendant.

## ORDER DIRECTING PREPARATION OF JOINT CASE MANAGEMENT PLAN

**Blackburn, J.**

    This action under the Administrative Procedures Act was filed on October 1, 2015. A Joint Case Management Plan, if properly negotiated, should provide a mutually agreeable road map for prioritizing and addressing procedural issues as well as an efficient briefing schedule.

    Accordingly, the parties are directed to confer and prepare a proposed Joint Case Management Plan (JCMP). The form JCMP of this court is referenced in D.C.COLO.LAPR 16.1. Counsel should attempt in good faith to agree on all matters covered in the form JCMP. Any issue in dispute should be identified in the proposed JCMP with a brief statement concerning the basis for the disagreement.

    **THEREFORE, IT IS ORDERED** that on or before the deadline for defendant's response to the complaint pursuant to Fed. R. Civ. P. 12(a)(2), the parties shall file (using the Notice event in CM/ECF) a proposed Joint Case Management Plan using the form referenced in D.C.COLO.LAPR 16.1, and shall submit a copy of the proposed Joint

Case Management plan in an editable format (Microsoft Word or WordPerfect) to

Blackburn_Chambers@cod.uscourts.gov.

Dated October 5, 2015, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge

2