# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**PRISON LEGAL NEWS, A PROJECT OF THE HUMAN RIGHTS DEFENSE CENTER**

      Plaintiff(s)

v.

**FEDERAL BUREAU OF PRISONS**

      Defendant(s)

**CASE NUMBER: 15-CV-2184-AP**

**AFFIDAVIT OF CORPORATE SERVICE**

I, William Stevens, being first duly sworn under oath, depose and say the following:

I am over the age of 18 and competent to sign this affidavit. I have personal knowledge of the facts and statements contained herein, and they are true and correct to the best of my knowledge. I am not a party in this matter, and I have no interest in the outcome of this case. I am familiar with the process serving laws governing service of process, and I have never been convicted of a felony.

On **October 02, 2015** at approximately **3:21 PM**, Elite Legal Services received the within **SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS A-F**.

On **October 05, 2015** at approximately **1:45 PM**, I served the above documents on **THE UNITED STATES ATTORNEY'S OFFICE, DISTRICT OF COLORADO** by leaving the documents with **RYAN KIRSLOW**, the **RECEPTIONIST & AUTHORIZED AGENT** of **THE UNITED STATES ATTORNEY'S OFFICE, DISTRICT OF COLORADO**. The approximate description of **RYAN KIRSLOW** is:

Sex: **Male** - Skin: **Caucasian** - Hair: **Brown** - Age: **20s** - Height: **6'3"** - Weight: **205 lbs**

Service was effected at **U.S. ATTORNEY'S OFFICE, 1225 17TH STREET SUITE 700, DENVER, CO 80202** in **DENVER** county.

STATE OF COLORADO
COUNTY OF _Denver_

Signed and sworn to before me on
this _5_ day of _October_, 20_15_.

_____
Notary Public

KASHEN MATHERS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104013717
MY COMMISSION EXPIRES APRIL 26, 2018

X_____
William Stevens

Elite Legal Services
2755 S. Locust St. Suite 221
Denver, CO 80222
303-635-6934

Client Reference Number: **90131-001**
Lawyer Reference Number: **90131-001**
ELS Number: **40431**

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1888 SHERMAN ST.
SUITE 370
DENVER, CO 80203
Requestor: MARLA KELLEY
303-376-2405