# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02184-REB

PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,

  Plaintiff,

      v.

FEDERAL BUREAU OF PRISONS,

  Defendant.

---

## ENTRY OF APPEARANCE OF COUNSEL
---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

  Plaintiff Prison Legal News

Respectfully submitted this 7th day of October, 2015.

                */s/ Peter A. Swanson*
                Peter A. Swanson
                Covington & Burling LLP
                One CityCenter
                850 Tenth Street NW
                Washington, DC 20001
                Telephone: (202) 662-5111
                Email: pswanson@cov.com

                *Attorney for Plaintiff Prison Legal News*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that, upon filing, I will serve the following non-CM/ECF participants by sending the foregoing by U.S. mail:

Mr. John F. Walsh
United States Attorney for the District of Colorado
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0400
Email: usaco.jwalsh@usdoj.gov

Ms. Loretta E. Lynch
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Telephone: (202) 514-2000

Mr. Charles E. Samuels, Jr.
Director
Federal Bureau of Prisons
Central Office HQ
320 First Street, NW
Washington, DC 20534
Telephone: (202) 307-3198

/s/ *Peter A. Swanson*
Peter A. Swanson
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-5111
Email: pswanson@cov.com

*Attorney for Plaintiff Prison Legal News*