UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| PRISON LEGAL NEWS, A PROJECT OF THE HUMAN RIGHTS DEFENSE CENTER | CASE NUMBER: 15-CV-2184-AP |
| Plaintiff(s) | AFFIDAVIT OF SERVICE |
| v. | |
| FEDERAL BUREAU OF PRISONS | |
| Defendant(s) | |

I, Jeremiah Grimes, being first duly sworn under oath, depose and say the following:

I am over the age of 18 and competent to sign this affidavit. I have personal knowledge of the facts and statements contained herein, and they are true and correct to the best of my knowledge. I am not a party in this matter, and I have no interest in the outcome of this case. I am familiar with the process serving laws governing service of process, and I have never been convicted of a felony.

On **10/02/2015** at approximately **3:21 PM**, Elite Legal Services received a request to serve **MR. CHARLES E. SAMUELS, JR., DIRECTOR** with the within SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS A-F.

On **10/07/2015** at approximately **11:31 AM**, I served **MR. CHARLES E. SAMUELS, JR., DIRECTOR** by certified mailing the within **SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS A-F** to MR. CHARLES E. SAMUELS, JR., DIRECTOR at FEDERAL BUREAU OF PRISONS, CENTRAL OFFICE HQ, 320 FIRST STREET NW, WASHINGTON, DC 20534 located in DISTRICT OF COLUMBIA county.

COMMENTS: USPS CERTIFIED MAIL # 7015 1660 0000 7968 0381. USPS TRACKING # 9405 8036 9930 0082 7955 59.

STATE OF Colorado
COUNTY OF Denver

Signed and sworn to before me on this **7** day of **October**, 20**15**.

_____
Notary Public

KASHEN MATHERS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104013717
MY COMMISSION EXPIRES APRIL 26, 2018

X_____
Jeremiah Grimes

Elite Legal Services
2755 S. Locust St. Suite 221
Denver, CO 80222
303-635-6934

Client Reference Number: **90131-001**
Lawyer Reference Number: **90131-001**
ELS Number: **40433**

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1888 SHERMAN ST.
SUITE 370
DENVER, CO 80203
Requestor: MARLA KELLEY
303-376-2405

**U.S. Postal Service**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20534
OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $3.45 | |
| $ | | $0.00 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ | $0.00 |
| ☐ Return Receipt (electronic) | $ | $0.00 |
| ☐ Certified Mail Restricted Delivery | $ | $0.00 |
| ☐ Adult Signature Required | $ | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $6.10 | |
| $ | | |
| Total Postage and Fees | $7.55 | |
| $ | | |

Postmark Here
WELLSHIRE STATION
OCT 7 2015
USPS
10/07/2015

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions



# Click-N-Ship®

**P**

*usps.com*
**$5.70**
**US POSTAGE**
Padded FR Env

9405 8036 9930 0082 7955 59 0057 0000 0072 0534



**Commercial Base Pricing**

10/03/15          Mailed from 80222     062S0000001307

## PRIORITY MAIL 2-DAY™

ELITE LEGAL SERVICES
ELITE LEGAL SERVICES
2755 S LOCUST ST STE 221
DENVER CO 80222-7132

Expected Delivery Date: 10/05/15

**0006**

**C000**

SHIP TO:
MR. CHARLES E SAMUELS, JR.
FEDERAL BUREAU OF PRISONS, CENTRAL OFFICE
320 1ST ST NW
WASHINGTON DC 20534-0002

**USPS TRACKING #**



**9405 8036 9930 0082 7955 59**

Electronic Rate Approved #038555749