# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **PRISON LEGAL NEWS, A PROJECT OF THE HUMAN RIGHTS DEFENSE CENTER** | **CASE NUMBER: 15-CV-2184-AP** |
| Plaintiff(s) | **AFFIDAVIT OF SERVICE** |
| v. | |
| **FEDERAL BUREAU OF PRISONS** | |
| Defendant(s) | |

I, Jeremiah Grimes, being first duly sworn under oath, depose and say the following:

I am over the age of 18 and competent to sign this affidavit. I have personal knowledge of the facts and statements contained herein, and they are true and correct to the best of my knowledge. I am not a party in this matter, and I have no interest in the outcome of this case. I am familiar with the process serving laws governing service of process, and I have never been convicted of a felony.

On **10/02/2015** at approximately **3:21 PM**, Elite Legal Services received a request to serve **THE HONORABLE LORETTA E. LYNCH, ATTORNEY GENERAL** with the within **SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS A-F**.

On **10/07/2015** at approximately **11:31 AM**, I served **THE HONORABLE LORETTA E. LYNCH, ATTORNEY GENERAL** by certified mailing the within **SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS A-F** to **THE HONORABLE LORETTA E. LYNCH, ATTORNEY GENERAL** at **U.S. DEPARTMENT OF JUSTICE, 950 PENNSYLVANIA AVENUE NW, WASHINGTON, DC 20530-0001** located in **DISTRICT OF COLUMBIA** county.

**COMMENTS:** USPS CERTIFIED MAIL # 7015 1660 0000 7968 0374. USPS TRACKING # 9405 8036 9930 0082 7955 42.

STATE OF _Colorado_
COUNTY OF _Denver_

X _Jeremiah Grimes_ (signature)
Jeremiah Grimes

Signed and sworn to before me on this _7_ day of _October_, 20_15_.

_____
Notary Public

KASHEN MATHERS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20104013717
MY COMMISSION EXPIRES APRIL 26, 2018

Elite Legal Services
2755 S. Locust St. Suite 221
Denver, CO 80222
303-635-6934

Client Reference Number: **90131-001**
Lawyer Reference Number: **90131-001**
ELS Number: **40432**

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1888 SHERMAN ST.
SUITE 370
DENVER, CO 80203
Requestor: MARLA KELLEY
303-376-2405



RM-STV Document 11 Filed 10/08/15 USDC

**U.S. Postal Service**
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON DC 20530

| | | |
|---|---|---|
| Certified Mail Fee | $3.45 | 0071 |
| $ | | 06 |

Extra Services & Fees *(check box, add fee as appropriate)*
- [ ] Return Receipt (hardcopy) $ $0.00
- [ ] Return Receipt (electronic) $ $0.00
- [ ] Certified Mail Restricted Delivery $ $0.00
- [ ] Adult Signature Required $ $0.00
- [ ] Adult Signature Restricted Delivery $

Postage $6.10

Total Postage and Fees $9.55

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Postmark Here — WELLINGTON 80022 OCT 7 2015 USPS 10/07/2015

7015 1660 0000 7968 0374

UNITED STATES POSTAL SERVICE ®

# Click-N-Ship®

P

usps.com
**$5.70**
**US POSTAGE**
Padded FR Env

9405 8036 9930 0082 7955 42 0057 0000 0072 0530

**Commercial Base Pricing**

10/05/15 Mailed from 80222 062S0000001311

## PRIORITY MAIL 2-DAY™

ELITE LEGAL SERVICES
ELITE LEGAL SERVICES
2755 S LOCUST ST STE 221
DENVER CO 80222-7132

Expected Delivery Date: 10/07/15

**0006**

**C000**

SHIP
TO: THE HONORABLE LORETTA E LYNCH
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

## USPS TRACKING #

**9405 8036 9930 0082 7955 42**

Electronic Rate Approved #038555749




