IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02184-REB

PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,

  Plaintiff,

      v.

FEDERAL BUREAU OF PRISONS,

  Defendant.

___

### ENTRY OF APPEARANCE OF COUNSEL
___

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

  Plaintiff Prison Legal News

Respectfully submitted this **9th** day of **October**, **2015.**

        */s/ David M. Shapiro*
        David M. Shapiro
        Northwestern University School of Law
        Roderick & Solange MacArthur Justice Center
        375 East Chicago Avenue
        Chicago, IL. 60611
        (312) 503-0711
        Email: david.shapiro@law.northwestern.edu

*Attorney for Plaintiff Prison Legal News*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that, upon filing, I will serve the following non-CM/ECF participants by sending the foregoing by U.S. mail:

Mr. John F. Walsh
United States Attorney for the District of Colorado
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0400
Email: usaco.jwalsh@usdoj.gov

Ms. Loretta E. Lynch
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
Telephone: (202) 514-2000

Mr. Charles E. Samuels, Jr.
Director
Federal Bureau of Prisons
Central Office HQ
320 First Street, NW
Washington, DC 20534
Telephone: (202) 307-3198

*/s/ David M. Shapiro*
David M. Shapiro
Roderick & Solange MacArthur Justice Center
Northwestern University School of Law
375 East Chicago Avenue
Chicago, IL. 60611
(312) 503-0711
Email: david.shapiro@law.northwestern.edu

*Attorney for Plaintiff Prison Legal News*