### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02184-REB

PRISON LEGAL NEWS, a project of the Human Rights Defense Center,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

## ENTRY OF APPEARANCE

To:    The Clerk of Court and all parties of record.

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for the Federal Bureau of Prisons.

Dated October 15, 2015.

    Respectfully submitted,

    JOHN F. WALSH
    United States Attorney

    s/ *Susan Prose*
    *Susan Prose*
    Assistant United States Attorney
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    Email: susan.prose@usdoj.gov

    Counsel for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on October 15, 2015, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will electronically send notice to:

Steven D. Zansberg
Matthew S. Shapanka
Addar Weintraub
Peter A. Swanson
David M. Shapiro

s/ *Susan Prose*
Susan Prose
United States Attorney's Office