UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**PRISON LEGAL NEWS**, a project of
the Human Rights Defense Center,
                Plaintiff,

v                                                                         Case No. 15-cv-02184-REB

**FEDERAL BUREAU OF PRISONS,**
                Defendant.
_____/

### ENTRY OF APPEARANCE OF COUNSEL

TO: THE CLERK OF COURT AND ALL PARTIES

      Notice is hereby given that SABARISH NEELAKANTA appears as co-counsel for **Plaintiff, PRISON LEGAL NEWS**, a project of the Human Rights Defense Center.

      I hereby certify that I am a member in good standing of the bar of this court.

Dated: October 15, 2015        Respectfully Submitted,

                              /s/ <u>Sabarish Neelakanta</u>
                              Sabarish Neelakanta
                              Co-counsel for Plaintiff
                              *Human Rights Defense Center*
                              PO Box 1151
                              Lake Worth, FL 33460
                              (561) 360-2523
                              (866) 735-7136 FAX
                              <u>sneelakanta@humanrightsdefensecenter.org</u>

### CERTIFICATE OF SERVICE

      I hereby certify that on October 15, 2015, I electronically filed the foregoing via CM/ECF to all counsel of record.

                              <u>/s/ Sabarish Neelakanta</u>
                              Sabarish Neelakanta