## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**PRISON LEGAL NEWS**, a project of
the Human Rights Defense Center,
        Plaintiff,

v.                                              Case No. 15-cv-02184-REB

**FEDERAL BUREAU OF PRISONS,**
        Defendant.
_____/

### ENTRY OF APPEARANCE OF COUNSEL

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD

    Notice is hereby given that LANCE WEBER appears as co-counsel for **Plaintiff,**

**PRISON LEGAL NEWS**, a project of the Human Rights Defense Center.

    I hereby certify that I am a member in good standing of the bar of this court.

Dated: October 15, 2015        Respectfully Submitted,

                          /s/ Lance Weber
                          Lance Weber
                          Co-counsel for Plaintiff
                          *Human Rights Defense Center*
                          PO Box 1151
                          Lake Worth, FL 33460
                          (561) 360-2523
                          (866) 735-7136 FAX
                          lweber@humanrightsdefensecenter.org

### CERTIFICATE OF SERVICE

    I hereby certify that on October 15, 2015, I electronically filed the foregoing via CM/ECF which will automatically serve a copy on all counsel of record.

                          /s/ Lance Weber
                          Lance Weber