IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02184-REB

PRISON LEGAL NEWS, a project of the Human Rights Defense Center,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

## JOINT MOTION FOR EXTENSION OF DEADLINES

Plaintiff Prison Legal News and Defendant Federal Bureau of Prisons, through undersigned counsel, jointly move for an order pursuant to D.C.COLO.LCivR 6.1 to extend the December 4, 2015, deadline for the parties to file a Joint Case Management Plan ("JCMP") and for Defendant to file a response to the complaint. The parties respectfully request that the Court extend the time for these actions to be completed, to and including 14 days after the Court issues an order on Plaintiff's Motion to Reassign Case to Civil Docket (Doc. 16).

## CERTIFICATION PURSUANT TO D.C.COLO.LCivR 7.1(a)

The parties have conferred and have agreed to jointly seek the extensions requested herein.

## MOTION

Plaintiff filed its complaint on October 1, 2015. *See* Doc. 1. Plaintiff brings a First Amendment claim, a procedural due process claim under the Fifth Amendment, and a claim under the Administrative Procedure Act. *See id.* at ¶¶ 51-81. The

complaint was served on the U.S. Attorney's Office for the District of Colorado on October 5, 2015, making Defendant's response to the complaint due December 4, 2015.  *See* Doc. 6; *see also* Fed. R. Civ. P. 12(a)(2) ("The United States, a United States agency, or a United States officer or employee sued only in an official capacity must serve an answer to a complaint, counterclaim, or crossclaim within 60 days after service on the United States.").  The Court issued an order directing the parties to prepare a JCMP pursuant to the AP Rules for this Court.  *See* Doc. 5.  The current deadline for the parties to submit the JCMP is December 4, 2015, the date Defendant's response to the complaint is due.  *See id.* at 1.

On November 20, 2015, Plaintiff moved to have the case reassigned from the appellate docket to the civil docket.  *See* Doc. 16.  Defendant opposes the motion and will file a response in accordance with the timeframes established by the Federal Rules of Civil Procedure and the Local Rules of this Court.  Following that response, Plaintiff anticipates that it will file a reply brief in support of its motion.

There is good cause for the Court to extend the deadlines for submission of a JCMP and for Defendant's response to the complaint.  *See* REB Civ. Practice Standard II.G.2 ("Motions for extension of time require a showing of **good cause**, which must be established **with particularity**.") (emphasis in original).  The Court should resolve the question of whether it will treat this case as an AP case or a general civil case before the parties take any further action.  The Court's decision affects the parties' next steps.  For example, if the Court grants Plaintiff's motion, the Court may direct the parties to prepare a Scheduling Order rather than a JCMP.  The Court's determination also may affect Defendant's response to the complaint, including Defendant's assessment of

what defenses may be available, and for which claims.

Extending the deadlines for submission of a JCMP and a response to the complaint will conserve the resources of both the Court and the parties.  The parties will be required to prepare, and the Court to review, only one scheduling document that will reflect the Court's conclusion about how the case should proceed.  Defendant's response to the complaint will be focused on the claims identified by the Court.

Pursuant to D.C.COLO.LCivR 6.1(b), undersigned counsel for the parties certify that no previous extensions of time have been sought in this matter.  Counsel further certify that they will serve this motion on representatives of their respective clients.  *See* D.C.COLO.LCivR 6.1(c).

WHEREFORE, the parties respectfully request that the Court issue an order extending the deadlines for them to submit a Joint Case Management Plan, and for Defendant to respond to the complaint, to and including 14 days after the Court issues an order on Plaintiff's Motion to Reassign Case to Civil Docket (Doc. 16).  A proposed order is attached.

Respectfully submitted November 30, 2015.

        *s/ Steven D. Zansberg*
**Steven D. Zansberg**
Levine Sullivan Koch & Schulz LLP
1888 Sherman Street, Suite 370
Denver, CO 80203
Telephone: (303) 376-2409
FAX: (303) 376-2401
E-mail: szansberg@lskslaw.com

Lance Weber
Sabarish Neelakanta
Human Rights Defense Center
PO Box 1151
Lake Worth, Florida  33460
Telephone: (561) 360-2523
E-mail:
lweber@humanrightsdefensecenter.org
sneelakanta@humanrightsdefensecenter.org

Peter A. Swanson
Addar Weintraub
Matthew S. Shapanka
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
FAX: (202) 662-6291
E-mail: pswanson@cov.com
       aweintraub@cov.com
       mshapanka@cov.com

*Of Counsel:*

Elliot Mincberg
Washington Lawyers' Committee for Civil Rights & Urban Affairs
11 Dupont Circle NW
Suite 400
Washington, DC 20036
Telephone: (202) 319-1000
E-mail: elliot_mincberg@washlaw.org

David M. Shapiro
Roderick and Solange MacArthur Justice
 Center
Northwestern University School of Law
375 E. Chicago Avenue
Chicago, IL 60611
Telephone:  (312) 503-0711
E- mail:david.shapiro@law.northwestern.edu

*Attorneys for Plaintiff Prison Legal News*

4

JOHN F. WALSH
United States Attorney

s/ *Susan Prose*
*Susan Prose*
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Email: susan.prose@usdoj.gov

Counsel for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on November 30, 2015, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will electronically send notice to:

Steven D. Zansberg
Lance Weber
Sabarish Neelakanta
Peter A. Swanson
Addar Weintraub
Matthew S. Shapanka
Elliot Mincberg
David M. Shapiro

s/ *Susan Prose*
Susan Prose
United States Attorney's Office