**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02184-REB

PRISON LEGAL NEWS, a project of the Human Rights Defense Center,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

---

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINES**

---

The Court, having reviewed the Joint Motion for Extension of Deadlines, and sufficient cause appearing, hereby GRANTS the motion. It is ORDERED that:

1. The deadline for the parties to file a Joint Case Management Plan, if ordered by the Court following resolution of Plaintiff's Motion to Reassign Case to Civil Docket (Doc. 16), is extended to 14 days after the Court issues an order on that motion; and

2. Defendant's deadline for responding to the complaint (Doc. 1) is also extended to 14 days after the Court issues an order on Plaintiff's Motion to Reassign Case to Civil Docket.

DATED this ___ day of _____, 2015.

                        BY THE COURT:

                        _____
                        ROBERT E. BLACKBURN
                        United States District Judge