IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02184-REB

PRISON LEGAL NEWS, a project of the Human Rights Defense Center,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

## RESPONSE TO MOTION TO REASSIGN CASE TO CIVIL DOCKET [DOC. 16]

The Federal Bureau of Prisons ("BOP") responds to Plaintiff's motion to reassign this case to the Court's civil docket.  *See* Doc. 16.

After receiving the motion, the BOP thoroughly reviewed Plaintiff's specific arguments and assessed the particular circumstances at issue here.  While it is reasonable for the Court to have placed a case challenging final agency actions on the AP docket, the BOP has concluded that it does not object to the case being reassigned to the civil docket.[1]

Wherefore, the BOP respectfully notifies the Court that it withdraws its opposition to Plaintiff's motion.  Undersigned counsel discussed this decision with counsel for Plaintiff before filing this response.

---

[1] The scope and extent of discovery that should be allowed in a case challenging final agency actions is a separate issue.  By not objecting to reassignment of the case, the BOP takes no position on that issue at this time.

Respectfully submitted December 11, 2015.

JOHN F. WALSH
United States Attorney

s/ *Susan Prose*
*Susan Prose*
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Email: susan.prose@usdoj.gov

Counsel for Defendant


**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on December 11, 2015, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will electronically send notice to:

Steven D. Zansberg
Lance Weber
Sabarish Neelakanta
Peter A. Swanson
Addar Weintraub
Matthew S. Shapanka
Elliot Mincberg
David M. Shapiro




s/ *Susan Prose*
Susan Prose
United States Attorney's Office

2