IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:15-cv-02184-REB**

PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,

    *Plaintiff*,

        v.

FEDERAL BUREAU OF PRISONS,

    *Defendant*.

_____

**NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF**
_____

**TO THE COURT AND DEFENDANT:**

    PLEASE TAKE NOTICE that Plaintiff Prison Legal News hereby requests that the Court approve the substitution of Stephen Kiehl of the law firm of Covington & Burling LLP, Washington, D.C., as attorney of record for Plaintiff, in place and stead of Addar Weintraub, formerly of Covington & Burling LLP.

DC: 6049879-1

I consent to this substitution as the new attorney of record.

Dated:  April 22, 2016                By  */s Stephen Kiehl*
                                      Stephen Kiehl
                                      Covington & Burling LLP
                                      One CityCenter
                                      850 Tenth Street NW
                                      Washington, DC 20001
                                      Telephone: (202) 662-5872
                                      E-mail: skiehl@cov.com

                                      Attorneys for Plaintiff
                                      **Prison Legal News**

I consent to this substitution as the withdrawing attorney of record.

Dated:  April 22, 2016                By:  */s Addar Weintraub*
                                      Addar Weintraub
                                      1515 15th Street NW, No. 227
                                      Washington, DC  20005
                                      Telephone:  408-242-5853
                                      E-mail: addar.weintraub@gmail.com

                                      Attorneys for Plaintiff
                                      **Prison Legal News**

On behalf of Plaintiff Prison Legal News, I consent to this substitution.

Dated:  April 22, 2016                By:  *s/ Lance Weber*
                                      Lance Weber
                                      Sabarish Neelakanta
                                      Human Rights Defense Center
                                      PO Box 1151
                                      Lake Worth, Florida  33460
                                      Telephone: (561) 360-2523
                                      E-mail:
                                      lweber@humanrightsdefensecenter.org
                                      sneelakanta@humanrightsdefensecenter.org

3

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of April, 2016, I electronically filed the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF** with the Clerk of the Court using the ECF system, which will electronically send notice to all counsel of record.

                                             *s/ Stephen Kiehl*
                                             Stephen Kiehl