IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02184-NYW

PRISON LEGAL NEWS,
a project of the Human Rights Defense Center,

      Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

      Defendant.

## ORDER

This case has been directly assigned to Magistrate Judge Nina Y. Wang pursuant to D.C.COLO.LCivR 40.1(c). Pending before the court is the Parties' Joint Motion for Extension of Deadlines. [#17, filed November 30, 2015].

IT IS ORDERED that the Joint Motion for Extension of Deadlines is GRANTED IN PART and DENIED IN PART:

1. Defendant shall file an Answer or otherwise respond to the Complaint on or before **June 27, 2016**; and

2. The Parties shall complete and file the Consent/Nonconsent Form indicating either unanimous consent of the Parties or that consent has been declined, on or before **June 27, 2016**.

DATED: June 13, 2016                      BY THE COURT:

                                                            s/Nina Y. Wang_____
                                                            United States Magistrate Judge