# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02184-NYW

PRISON LEGAL NEWS, a project of the Human Rights Defense Center,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME
## TO RESPOND TO THE COMPLAINT [DOC. 1]

The Federal Bureau of Prisons ("BOP"), through undersigned counsel, respectfully moves for an order extending the time to respond to the complaint by thirty days, to and including **July 27, 2016**.[1] There is good cause for the Court to grant this motion, and neither the parties nor the Court will be prejudiced by the requested extension.

PLN filed its complaint on October 1, 2015. Doc. 1. The complaint alleges "unlawful censorship of the publication *Prison Legal News*" at the United States Penitentiary – Administrative Maximum ("ADX"). *Id.* at 1. On November 20, 2015, PLN moved to have the case reassigned from the AP docket to the civil docket. Doc. 16. On December 11, 2015, after thoroughly reviewing PLN's arguments, the BOP notified the Court that it did not object to the case being reassigned to the civil docket. Doc. 18. On June 9, 2016, the Court granted PLN's motion, removing the case from the AP docket and reassigning it to a merits judge. Doc. 20 at 2.

On November 30, 2015, while the motion to reassign was pending, PLN and the BOP

---

[1] Undersigned counsel conferred with counsel for Prison Legal News ("PLN"), who advised that PLN does not oppose this request for an extension of time. *See* D.C.COLO.LCivR 7.1(a).

jointly moved to extend the deadlines for the parties to file a Joint Case Management Plan and for the BOP to respond to the complaint. Doc. 17. As relevant here, the parties requested that the deadline for the BOP's response to the complaint be extended to a date fourteen days after the Court issued an order on PLN's motion to reassign. *See id.* On June 13, 2016, after the motion to reassign was granted, this Court issued an order granting, in part, the parties' joint motion for an extension of deadlines. Doc. 23. The Court ordered that the BOP file an answer or other response to the complaint on or before June 27, 2016. *Id.* No other extensions of time have been requested by either party. *See* NYW Civ. Practice Standard 6.1.

The BOP now requests that the Court extend the current June 27, 2016, deadline by an additional thirty days, to and including July 27, 2016. Circumstances have changed since the parties filed the first motion for extension of time in November 2015. During that period, the ADX assessed its procedures for evaluating incoming publications for inmates. That internal assessment led to the adoption of a new ADX policy for incoming publications, which was formally implemented in February 2016. The new procedures contained in the policy address many of the issues raised in PLN's complaint.

Based on these changed circumstances, the BOP now anticipates filing a motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(1), arguing that at least some of PLN's claims are moot.[2] To support that motion, the BOP will submit a declaration or declarations from agency officials, explaining the terms of the policy, discussing its application, and analyzing the data concerning incoming publications at the ADX that has been generated since February 2016. The BOP intends to provide the Court with the most current possible

---

[2] The BOP reserves its right to argue that some or all of the claims should also be dismissed for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6).

2

information.

The change in the policy, and the substantial new information generated following the implementation of the policy since February 2016, was not known at the time of the first request for an extension of time.  At this point, the BOP requests some additional time to organize the recent, relevant data so that it can be presented in a manner that will assist the Court in thoroughly evaluating the relevant issues.[3]

Undersigned counsel certifies that she will serve this motion on a representative of the BOP.  *See* D.C.COLO.LCivR 6.1(c).

WHEREFORE, the Federal Bureau of Prisons respectfully requests that the Court issue an order extending to **July 27, 2016**, the deadline to respond to the complaint.  A proposed order is attached.

Respectfully submitted June 22, 2016.

JOHN F. WALSH
United States Attorney

s/ *Susan Prose*
Susan Prose
Assistant United States Attorneys
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0407
E-mail: susan.prose@usdoj.gov

Counsel for Defendant

---

[3] The extension requested here also takes into account pre-planned leave by undersigned counsel during the first half of July.  This leave was scheduled to accommodate the planned military leave of a close family member that cannot be rescheduled at this time.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

       I hereby certify that on June 22, 2016, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will electronically send notice to:

    Steven D. Zansberg
    Lance Weber
    Sabarish Neelakanta
    Peter A. Swanson
    Matthew S. Shapanka
    Elliot Mincberg
    David M. Shapiro
    Stephen William Kiehl

                                           s/ *Susan Prose*
                                           Susan Prose
                                           United States Attorney's Office