# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02184-NYW

PRISON LEGAL NEWS, a project of the Human Rights Defense Center,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

## ORDER GRANTING UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT [DOC. 1]

    The Court, having reviewed the Unopposed Second Motion for Extension of Time to Respond to the Complaint (Doc. 1), and sufficient cause appearing, hereby GRANTS the motion.

    It is ORDERED that Defendant shall have to and including **July 27, 2016**, to file an answer or other response to the Complaint (Doc. 1).

    DATED this \_\_\_ day of _____, 2016.

                                                BY THE COURT:

                                                _____
                                                NINA Y. WANG
                                                United States Magistrate Judge