# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-CV-2184-NYW

PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

_____

## CONSENT/NON-CONSENT FORM
_____

    Under 28 U.S.C. § 636(c) and D.C.COLO.LCivR 40.1 – Assignment of Cases/Direct Assignment to Magistrate Judges:

CHECK ONE

_____ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

OR

____X____ at least one party in this civil action <u>DOES NOT CONSENT</u> to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| *s/ Matthew S. Shapanka* | **Plaintiff Prison Legal News** | **June 21, 2016** |

Print name: **Matthew S. Shapanka**

| | | |
|---|---|---|
| *s/ Susan Prose* | **Defendant Federal Bureau of Prisons** | **June 21, 2016** |

Print name **Susan Prose**

Lance Weber
Sabarish Neelakanta
Human Rights Defense Center
PO Box 1151
Lake Worth, Florida 33460
Telephone: (561) 360-2523
Email:
lweber@humanrightsdefensecenter.org
sneelakanta@humanrightsdefensecenter.org

*Of Counsel:*

Elliot Mincberg
Washington Lawyers' Committee for
Civil Rights & Urban Affairs
11 Dupont Circle NW
Suite 400
Washington, DC 20036
Telephone: (202) 319-1000
Email: elliot_mincberg@washlaw.org

s/ *Matthew S. Shapanka*
**Matthew S. Shapanka**
Peter A. Swanson
Stephen W. Kiehl
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
FAX: (202) 662-6291
E-mail: pswanson@cov.com
         aweintraub@cov.com
         mshapanka@cov.com

Steven D. Zansberg
Levine Sullivan Koch & Schulz LLP
1888 Sherman Street, Suite 370
Denver, CO 80203
Telephone: (303) 376-2409
FAX: (303) 376-2401
E-mail: szansberg@lskslaw.com

David M. Shapiro
Northwestern University School of Law
375 E. Chicago Avenue
Chicago, IL 60611
Telephone: (312) 503-0711
Email:
david.shapiro@law.northwestern.edu

*Attorneys for Plaintiff Prison Legal News*

JOHN F. WALSH
United States Attorney

s/ *Susan Prose*
Susan Prose
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0110
Email: susan.prose@usdoj.gov

*Counsel for Defendant*