# Exhibit 2
# Notifications to Inmate and Publisher/Sender of Rejected Publications

*Prison Legal News v. Federal Bureau of Prisons*,
No. 15-cv-02184-RM-NYW

## Notification to Inmate and Publisher/Sender of Rejected Publication

INMATE: █████████████

REGISTER NUMBER: ████████

INSTITUTION: United States Penitentiary
Administrative Maximum
P.O. Box 8500
Florence, CO 81226-8500

SUBJECT: "Prison Legal News"  Date/Issue of Publication: January 2010, Vol. 21 No. 1
Pages: 30 and 31

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement 5266.10, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced pages contain information on an ADX inmate. Due to the reason cited, the above-named publication is not suited for introduction into a correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security of this institution. If an appeal is not received within 20 days, this publication will be returned to the publisher. In the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas City, Kansas 66101-2492, within 20 days of receipt of that copy.

_____  2/9/10
Blake R. Davis, Complex Warden  Date

BLD/rjm

cc: Prison Legal News
2400 NW 80th Street #148
Seattle, WA 98117

Page 1

## Notification to Inmate and Publisher/Sender of Rejected Publication

INMATE: ▮▮▮▮▮▮▮▮

REGISTER NUMBER: ▮▮▮▮▮▮▮▮

INSTITUTION: United States Penitentiary
Administrative Maximum
P.O. Box 8500
Florence, CO 81226-8500

SUBJECT: "Prison Legal News"  Date/Issue of Publication: June 2010, Vol. 21 No. 6
Page: 11

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement 5266.10, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced page contains information on a riot at USP Florence and information on an ADX inmate. Due to the reason cited, the above-named publication is not suited for introduction into a correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security of this institution. If an appeal is not received within 20 days, this publication will be returned to the publisher. In the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas City, Kansas 66101-2492, within 20 days of receipt of that copy.

_[signature]_                                                                     7/14/10
Blake R. Davis, Complex Warden                                                    Date

BLD/rjm

cc: Prison Legal News
    2400 NW 80th Street #148
    Seattle, WA 98117

## Notification to Inmate and Publisher/Sender of Rejected Publication

INMATE: ▮▮▮▮▮

REGISTER NUMBER: ▮▮▮▮▮

INSTITUTION: United States Penitentiary
Administrative Maximum
P.O. Box 8500
Florence, CO 81226-8500

SUBJECT: "Prison Legal News"   Date/Issue of Publication: October 26, 2011, Vol. 22
Pages: 20-21 and 50

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement 5266.10, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced pages contain information on FCC Florence inmates and staff. Due to the reason cited, the above-named publication is not suited for introduction into a correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security of this institution. If an appeal is not received within 20 days, this publication will be returned to the publisher. In the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas City, Kansas 66101-2492, within 20 days of receipt of that copy.

_____   11/21/11
Blake R. Davis, Complex Warden   Date

BRD/dwr

cc: Prison Legal News
2400 NW 80th Street #148
Seattle, WA 98117

## Notification to Inmate and Publisher/Sender of Rejected Publication

INMATE: ▮

REGISTER NUMBER: ▮

INSTITUTION: United States Penitentiary
Administrative Maximum
P.O. Box 8500
Florence, CO 81226-8500

SUBJECT: "Prison Legal News"    Date/Issue of Publication:   November 2011, Vol. 22
Pages: 38 and 47

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement 5266.10, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced pages contain information on inmates who cooperated with BOP investigations. Due to the reason cited, the above-named publication is not suited for introduction into a correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security of this institution. If an appeal is not received within 20 days, this publication will be returned to the publisher. In the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas City, Kansas 66101-2492, within 20 days of receipt of that copy.

_____          11/30/11
Blake R. Davis, Complex Warden         Date
BRD/dwr

cc: Prison Legal News
2400 NW 80th Street #148
Seattle, WA 98117

Page 4

## Notification to Inmate and Publisher/Sender of Rejected Publication

INMATE: ▮

REGISTER NUMBER: ▮

INSTITUTION:   United States Penitentiary
Administrative Maximum
P.O. Box 8500
Florence, CO 81226-8500

RE:   "Prison Legal News"   Publication Date/Issue: June 2012

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement 5266.10, Incoming Publications, which states in part, The Warden may reject a publication if it is determined detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity.

The publication has been rejected because it contains information about an ADX inmate and former staff members. This information has been determined to be detrimental to the security, good order and discipline of the institution. Due to the reasons cited, the above-named publication is not suited for introduction into a correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security of this institution. If an appeal is not received within 20 days, this publication will be returned to the publisher. In the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas City, Kansas 66101-2492, within 20 days of receipt of this copy.

_____
D. Berkebile, Complex Warden
DB/tmh

Date 7/3/12

cc:   Prison Legal News
P.O. Box 2420
West Brattleboro, VT 05303

**Page 5**

### Notification to Inmate and Publisher/Sender of Rejected Publication

INMATE: ▮

REGISTER NUMBER: ▮

INSTITUTION: United States Penitentiary
Administrative Maximum
P.O. Box 8500
Florence, CO 81226-8500

SUBJECT: "Prison Legal News"   Date/Issue of Publication:   November 2012, Vol. 23, No. 11
Page: 42

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement 5266.11, Incoming Publications, which states in part, the Warden may reject a publication if it is determined detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity.

The publication has been rejected because the referenced page discusses individuals incarcerated at Administrative Maximum Security Institution. Due to the reason cited, the above-named publication is not suited for introduction into a correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security of this institution. If an appeal is not received within 20 days, this publication will be returned to the publisher. In the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas City, Kansas 66101-2492, within 20 days of receipt of that copy.

_____   12-10-12
D. Berkebile, Complex Warden   Date

DB/rjm

cc: Prison Legal News
P.O. Box 2420
West Brattleboro, VT 05303

Page 6

## Notification to Inmate and Publisher/Sender of Rejected Publication

INMATE:

REGISTER NUMBER:

INSTITUTION: United States Penitentiary
Administrative Maximum
P.O. Box 8500
Florence, CO 81226-8500

SUBJECT: "Prison Legal News"   Date/Issue of Publication: February 2013, Vol. 24, No. 2
Pages: 8 and 9

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement 5266.11, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced pages discusses individuals incarcerated at U. S. Penitentiary Florence (ADX).  Due to the reason cited, the above-named publication is not suited for introduction into a correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security of this institution.  If an appeal is not received within 20 days, this publication will be returned to the publisher.  In the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas City, Kansas 66101-2492, within 20 days of receipt of that copy.

D. Berkebile, Complex Warden

03/07/13
Date

DB/rjm

cc: Prison Legal News
P.O. Box 2420
West Brattleboro, VT 05303

Page 7

## Notification to Inmate and Publisher/Sender of Rejected Publication

INMATE: ▮▮▮▮▮▮▮▮▮▮

REGISTER NUMBER: ▮▮▮▮▮▮▮

INSTITUTION:   United States Penitentiary
Administrative Maximum
P.O. Box 8500
Florence, CO 81226-8500

SUBJECT:   "Prison Legal News"   Date/Issue of Publication: April 2013   Page: 32

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement 5266.11, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced page discusses individuals incarcerated at U.S. Penitentiary Florence (ADX). Due to the reason cited, the above-named publication is not suited for introduction into a correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security of this institution. If an appeal is not received within 20 days, this publication will be returned to the publisher. In the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas City, Kansas 66101-2492, within 20 days of receipt of that copy.

_____   4/25/13
D. Berkebile, Complex Warden   Date

DB/rjm

cc: Prison Legal News
P.O. Box 2420
West Brattleboro, VT 05303

Page 8

## Notification to Inmate and Publisher/Sender of Rejected Publication

INMATE: ▮

REGISTER NUMBER: ▮

INSTITUTION: United States Penitentiary
Administrative Maximum
P.O. Box 8500
Florence, CO 81226-8500

SUBJECT: "Prison Legal News"    Date/Issue of Publication: July 2013    Pages: 36-37

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement 5266.11, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced pages discuss individuals incarcerated at U.S. Penitentiary Florence (ADX). Due to the reason cited, the above-named publication is not suited for introduction into a correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security of this institution. If an appeal is not received within 20 days, this publication will be returned to the publisher. In the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas City, Kansas 66101-2492, within 20 days of receipt of that copy.

_____          7-31-13
D. Berkebile, Complex Warden          Date

DB/rjm

cc: Prison Legal News
    P.O. Box 2420
    West Brattleboro, VT 05303

**Page 9**

### Notification to Inmate and Publisher/Sender of Rejected Publication

INMATE: ▮

REGISTER NUMBER: ▮

INSTITUTION: United States Penitentiary
Administrative Maximum
P.O. Box 8500
Florence, CO 81226-8500

SUBJECT: "Prison Legal News"   Date/Issue of Publication: September 2013   Pages: 18 and 20

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement 5266.11, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced pages contain the names of former Bureau of Prisons staff members that have been sentenced. Due to the reason cited, the above-named publication is not suited for introduction into a correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security of this institution. If an appeal is not received within 20 days, this publication will be returned to the publisher. In the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas City, Kansas 66101-2492, within 20 days of receipt of that copy.

_____
D. Berkebile, Complex Warden
DB/rjm

10-21-13
Date

cc: Prison Legal News
P.O. Box 2420
West Brattleboro, VT 05303

Page 10

## Notification to Inmate and Publisher/Sender of Rejected Publication

INMATE: ▮

REGISTER NUMBER: ▮

INSTITUTION: United States Penitentiary
Administrative Maximum
P.O. Box 8500
Florence, CO 81226-8500

SUBJECT: "Prison Legal News"   Date/Issue of Publication: April 2014   Page: 42

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement 5266.11, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced page contains information on an individual incarcerated at United States Penitentiary (ADX) and details on his case. Due to the reason cited, the above-named publication is not suited for introduction into a correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security of this institution. If an appeal is not received within 20 days, this publication will be returned to the publisher. In the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas City, Kansas 66101-2492, within 20 days of receipt of that copy.

_____     4-21-14
D. Berkebile, Complex Warden        Date

DB/rjm

cc: Prison Legal News
P.O. Box 1151
Lake Worth, FL 33460

Page 11