IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 15-cv-002184-RM-NYW | Date: August 19, 2016 |
|---|---|---|
| Courtroom Deputy: | Brandy Wilkins | FTR: NYW COURTROOM C-204* |

| *Parties* | *Counsel* |
|---|---|
| PRISON LEGAL NEWS, | *Matthew S. Shapanka* |
| | *Peter Andrew Swanson* |
| | *Stephen William Kiehl* |
| | *Steven David Zansberg* |
| **Plaintiff,** | |
| v. | |
| THE FEDERAL BUREAU OF PRISONS, | *Susan Begesse Prose* |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC MOTION HEARING**

Court in Session: 9:34 a.m.

Appearance of counsel.

Discussion held on the status of discovery and the Joint Motion for Extension of Time to Respond to Defendant's Motion to Dismiss and Motion to Stay Discovery [Docs. 31, 34] [37] filed August 16, 2016.

**ORDERED: Joint Motion for Extension of Time to Respond to Defendant's Motion to Dismiss and Motion to Stay Discovery [Docs. 31, 34] [37] is GRANTED. Plaintiff shall respond to the Motion to Dismiss [31] on or before November 15, 2016. Plaintiff shall respond to the Motion to Stay Discovery [34] on or before November 25, 2016.**

**ORDERED: The Scheduling Conference set for October 13, 2016, is VACATED.**

**ORDERED: The Motion Hearing on the Motion to Dismiss, set for September 29, 2016, is VACATED, and reset to December 15, 2016 at 11:00 a.m.**

Parties are advised of informal discovery dispute process. Before filing discovery motions, counsel are instructed to comply with D.C.COLO.LCivR 7.1(a) in an effort to resolve the issues. If that is unsuccessful, parties shall initiate a conference call among themselves and then call Magistrate Judge Wang's chambers. If the Court is available, and the matter is simple, she will hear arguments and attempt to mediate a resolution. If the Court is available, and the matter is simple, she will hear arguments and attempt to mediate a resolution. If the Court is not available, or the matter is more complex, parties shall set a time for an informal discovery conference. Parties may need to submit materials to chambers. Parties are not barred from filing a formal motion, unless the court rules during the informal conference.

Court in Recess: 9:44 a.m.          Hearing concluded.          Total time in Court:    00:10