IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02184-RM-STV

PRISON LEGAL NEWS, a project of the Human Rights Defense Center,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

## JOINT MOTION FOR A 30-DAY EXTENSION OF PENDING BRIEFING DEADLINES AND TO VACATE THE ORAL ARGUMENT ON THE MOTION TO DISMISS

Plaintiff Prison Legal News ("PLN") and Defendant Federal Bureau of Prisons ("BOP"), through undersigned counsel, jointly move for a 30-day extension of two deadlines and to vacate the December 15, 2016, oral argument on the BOP's motion to dismiss. There is good cause for the Court to grant this motion, which is submitted for the purpose of allowing the parties to focus on reaching a settlement of the case. Pursuant to D.C.COLO.LCivR 7.1(a), the parties have conferred and have agreed to jointly seek the relief sought in this motion.

The BOP filed a motion to dismiss PLN's Complaint on July 27, 2016. Doc. 32. The BOP contends that certain claims in the Complaint should be dismissed for lack of subject-matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1), and that other aspects of the Complaint fail to state a claim upon which relief may be granted and should therefore be dismissed pursuant to Fed. R. Civ. P. 12(b)(6). *See id.* On August 5, 2016, the BOP filed a motion to stay discovery and to vacate the previously set Scheduling Conference and related deadlines. Doc. 34.

Shortly thereafter, the parties reached an agreement to allow PLN to conduct limited

discovery related to the jurisdictional argument in the BOP's motion to dismiss. *See*, *e.g.*, *Sizova v. Nat. Inst. of Standards & Tech.*, 282 F.3d 1320, 1326 (10th Cir. 2002). The parties then filed a joint motion for an extension of time, asking the Court to extend the deadlines for PLN to respond to the motion to dismiss and the motion to stay discovery, in order to allow for jurisdictional discovery. Doc. 37. The Court conducted a hearing and granted the motion, extending the deadline for PLN to respond to the motion to dismiss to November 15, 2016, and the deadline for PLN to respond to the motion to stay discovery to November 25, 2016. Doc. 40 at 1. The Court scheduled an oral argument on the BOP's motion for December 15, 2016, at 11:00 a.m. *Id.* at 2.

The parties are now engaged in the jurisdictional discovery authorized by the Court. Recently, however, the parties have begun to discuss a potential settlement of the matter. The parties believe that now is the optimal time for serious settlement discussions and that focusing on settlement at this time will maximize the potential for settling this case on terms acceptable to both parties.

Therefore, the parties request that the Court extend the briefing schedule on the pending motions by 30 days: to **December 15, 2016** (PLN's response to the BOP's motion to dismiss), and to **December 27, 2016** (PLN's response to the motion to stay), with the BOP's replies to be submitted within the time permitted under the Federal Rules. The parties also request that the December 15, 2016, oral argument on the motion to dismiss be vacated and reset to a date convenient to the Court after the briefing is completed.

The relief requested here will help "to secure the just, speedy, and inexpensive determination" of this action. *See* Fed. R. Civ. P. 1. If a settlement is reached, the Court will not

need to resolve the pending motions, and the parties will be relieved of the costs and other burdens of litigation.

Pursuant to D.C.COLO.LCivR 6.1(b), there have been three other requests for extensions of time in this matter. The parties jointly moved for an extension of the deadlines to file a Joint Case Management Plan and for the BOP to respond to the complaint, Doc. 17, which the Court granted, in part. Doc. 23. The BOP filed a second motion for extension of time to respond to PLN's complaint, Doc. 24, which the Court granted. Doc. 30. The parties filed one previous joint motion to extend the deadlines for PLN to respond to the motions to dismiss and to stay discovery, Doc. 37, which the Court granted. Doc. 40.

Undersigned counsel for the parties certify that they will serve this motion on representatives of their respective clients. *See* D.C.COLO.LCivR 6.1(c).

WHEREFORE, the parties respectfully request that the Court issue an order extending the deadline for PLN to respond to the motion to dismiss to and including **December 15, 2016**, extending the deadline for PLN to respond to the motion to stay to and including **December 27, 2016**, and vacating the December 15, 2016, oral argument. A proposed order is attached.

Respectfully submitted on October 24, 2016.

s/ *Stephen W. Kiehl*
Peter A. Swanson
Stephen W. Kiehl
Matthew S. Shapanka
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
FAX: (202) 662-6291
E-mail: pswanson@cov.com
skiehl@cov.com
mshapanka@cov.com

Steven D. Zansberg
Levine Sullivan Koch & Schulz LLP
1888 Sherman Street, Suite 370
Denver, CO 80203
Telephone: (303) 376-2409
FAX: (303) 376-2401
E-mail: szansberg@lskslaw.com

David M. Shapiro
Northwestern University School of Law
375 E. Chicago Avenue
Chicago, IL 60611
Telephone: (312) 503-0711
Email: david.shapiro@law.northwestern.edu

*Attorneys for Plaintiff Prison Legal News*

Lance Weber
Sabarish Neelakanta
Human Rights Defense Center
PO Box 1151
Lake Worth, Florida 33460
Telephone: (561) 360-2523
Email:
lweber@humanrightsdefensecenter.org
sneelakanta@humanrightsdefensecenter.org

*Of Counsel:*

Elliot Mincberg
Washington Lawyers' Committee for Civil Rights & Urban Affairs
11 Dupont Circle NW
Suite 400
Washington, DC 20036
Telephone: (202) 319-1000
Email: elliot_mincberg@washlaw.org

ROBERT C. TROYER
Acting United States Attorney

s/ *Susan Prose*
Susan Prose
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
Email:  susan.prose@usdoj.gov

*Counsel for the Federal Bureau of Prisons*

<div style="text-align:center">

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

</div>

  I hereby certify that on October 24, 2016, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will electronically send notice to:

Steven D. Zansberg
Lance Weber
Sabarish Neelakanta
Peter A. Swanson
Matthew S. Shapanka
Elliot Mincberg
David M. Shapiro
Stephen William Kiehl

            s/ *Susan Prose*
            Susan Prose
            United States Attorney's Office