IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02184-RM-STV

PRISON LEGAL NEWS, a project of the Human Rights Defense Center,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

**ORDER GRANTING JOINT MOTION FOR A 30-DAY EXTENSION OF PENDING BRIEFING DEADLINES AND TO VACATE THE ORAL ARGUMENT ON THE MOTION TO DISMISS**

The Court, having reviewed the Joint Motion for a 30-Day Extension of Pending Briefing Deadlines and to Vacate the Oral Argument on the Motion to Dismiss, and good cause appearing, hereby GRANTS the motion.

It is ORDERED that:

- Plaintiff shall respond to Defendant's Motion to Dismiss (Doc. 32) on or before December 15, 2016;
- Plaintiff shall respond to Defendant's Motion to Stay Discovery (Doc. 34) on or before December 27, 2016; and
- The oral argument set for December 15, 2016, at 11:00 is vacated and will be reset on a future date.

DATED this ___ day of _____, 2016.

BY THE COURT:

_____
SCOTT T. VARHOLAK
United States Magistrate Judge