IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02184-RM-STV

PRISON LEGAL NEWS, a project of the Human Rights Defense Center,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

**THIRD JOINT MOTION FOR AN EXTENSION OF PENDING BRIEFING DEADLINES AND TO VACATE THE ORAL ARGUMENT ON THE MOTION TO DISMISS**

Plaintiff Prison Legal News ("PLN") and Defendant Federal Bureau of Prisons ("BOP"), through undersigned counsel, jointly move for a 45-day extension of two deadlines and to vacate the January 24, 2017, oral argument on the BOP's motion to dismiss (Doc. 48).[1] As the parties explained in their previous joint motion seeking an extension of these deadlines (Doc. 45), the parties are engaged in serious settlement discussions. They have committed significant resources to these discussions, which have been productive. The parties wish to continue to focus their immediate efforts on settlement. PLN and the BOP respectfully represent that the additional time sought in this motion will increase the likelihood of their resolving this case on terms that are acceptable to both parties and that are fair and in the interests of justice.

---

[1] Pursuant to D.C.COLO.LCivR 7.1(a), the parties have conferred and have agreed to jointly seek this extension.

The next several weeks are critical to the parties' settlement efforts. Focused work on both a settlement and jurisdictional discovery cannot practically be done at the same time.[2] Within two weeks, the parties will know whether or not a settlement can be reached. If a settlement is reached, the additional time will allow the parties to finalize the settlement papers and obtain the necessary approvals. If a settlement cannot be reached, the parties will return to the work of completing the jurisdictional discovery the Court has authorized. The parties can complete that discovery in the timeframe sought in this motion. No additional extension will be requested.

The parties' continuing good-faith efforts to settle this case provide good cause for a second extension of the briefing deadlines to **January 30, 2017** (PLN's response to the BOP's motion to dismiss), and to **February 10, 2017** (PLN's response to the motion to stay), with the BOP's replies to be submitted within the time permitted under the Federal Rules. The parties also request that the January 24, 2017, oral argument on the motion to dismiss (Doc. 48) be vacated and reset to a date convenient to the Court after the briefing is completed. Extending these deadlines will facilitate "the just, speedy, and inexpensive determination" of this action, *see* Fed. R. Civ. P. 1, and will eliminate any unnecessary use of the resources of this Court and the parties.

Pursuant to D.C.COLO.LCivR 6.1(b), there have been four other requests for extensions of time in this matter. The parties jointly moved for an extension of the deadlines to file a Joint

---

[2] A detailed procedural history of this case, including the Court's authorization of jurisdictional discovery related to the BOP's motion to dismiss, is set forth in the parties' previous joint motion (Doc. 45 at 1-2). This history is incorporated herein by reference.

Case Management Plan and for the BOP to respond to the complaint, Doc. 17, which the Court granted, in part. Doc. 23. The BOP filed a second motion for extension of time to respond to PLN's complaint, Doc. 24, which the Court granted. Doc. 30. The parties filed two previous joint motions to extend the deadlines for PLN to respond to the motions to dismiss and to stay discovery (Doc. 37, Doc. 45), which the Court granted. Doc. 40, Doc. 47.

Undersigned counsel for the parties certify that they will serve this motion on representatives of their respective clients. *See* D.C.COLO.LCivR 6.1(c).

WHEREFORE, the parties respectfully request that the Court issue an order extending the deadline for PLN to respond to the motion to dismiss to and including **January 30, 2017**, extending the deadline for PLN to respond to the motion to stay to and including **February 10, 2017**, and vacating the January 24, 2017, oral argument. A proposed order is attached.

Respectfully submitted on December 2, 2016.

Lance Weber
Sabarish Neelakanta
Human Rights Defense Center
PO Box 1151
Lake Worth, Florida 33460
Telephone: (561) 360-2523
Email:
lweber@humanrightsdefensecenter.org
sneelakanta@humanrightsdefensecenter.org

*Of Counsel:*

Elliot Mincberg
Washington Lawyers' Committee for Civil Rights & Urban Affairs
11 Dupont Circle NW
Suite 400
Washington, DC 20036
Telephone: (202) 319-1000
Email: elliot_mincberg@washlaw.org

s/ *Stephen W. Kiehl*
Peter A. Swanson
Stephen W. Kiehl
Matthew S. Shapanka
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
FAX: (202) 662-6291
E-mail: pswanson@cov.com
          skiehl@cov.com
          mshapanka@cov.com

Steven D. Zansberg
Levine Sullivan Koch & Schulz LLP
1888 Sherman Street, Suite 370
Denver, CO 80203
Telephone: (303) 376-2409
FAX: (303) 376-2401
E-mail: szansberg@lskslaw.com

David M. Shapiro
Northwestern University School of Law
375 E. Chicago Avenue
Chicago, IL 60611
Telephone: (312) 503-0711
Email: david.shapiro@law.northwestern.edu

*Attorneys for Plaintiff Prison Legal News*

ROBERT C. TROYER
Acting United States Attorney

s/ *Susan Prose*
Susan Prose
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
Email:  susan.prose@usdoj.gov

*Counsel for the Federal Bureau of Prisons*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## CERTIFICATE OF SERVICE (CM/ECF)

      I hereby certify that on December 2, 2016, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will electronically send notice to:

Steven D. Zansberg
Lance Weber
Sabarish Neelakanta
Peter A. Swanson
Matthew S. Shapanka
Elliot Mincberg
David M. Shapiro
Stephen William Kiehl


      s/ *Susan Prose*
      Susan Prose
      United States Attorney's Office