IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02184-RM-STV

PRISON LEGAL NEWS, a project of the Human Rights Defense Center,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

**ORDER GRANTING THIRD JOINT MOTION FOR AN EXTENSION OF PENDING BRIEFING DEADLINES AND TO VACATE THE ORAL ARGUMENT ON THE MOTION TO DISMISS**

The Court, having reviewed the Third Joint Motion for an Extension of Pending Briefing Deadlines and to Vacate the Oral Argument on the Motion to Dismiss, and good cause appearing, hereby GRANTS the motion.

It is ORDERED that:

- Plaintiff shall respond to Defendant's Motion to Dismiss (Doc. 32) on or before January 30, 2017;
- Plaintiff shall respond to Defendant's Motion to Stay Discovery (Doc. 34) on or before February 10, 2017; and
- The oral argument set for January 24, 2017, at 9:00 a.m. is vacated and will be reset on a future date.

DATED this ___ day of _____, 2016.

BY THE COURT:

_____
SCOTT T. VARHOLAK
United States Magistrate Judge