# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02184-RM-STV

PRISON LEGAL NEWS, a project of the Human Rights Defense Center,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

## MOTION TO WITHDRAW
_____

    COMES NOW Attorney Lance Weber and moves this Honorable Court for an Order permitting him to withdraw from representation of Plaintiff in this matter pursuant to D.C.COLO.LAttyR 5(b).  In support of this motion, Counsel states as follows:

1. Attorney Lance Weber's employment with Human Rights Defense Center will terminate as of December 30, 2016.

2. The client consents to this withdrawal and will not be prejudiced by it, as the withdrawal will leave the plaintiff with at least six (6) other attorneys of record who intend to continue in the case.

    WHEREFORE Counsel prays for an Order of this Court permitting Attorney Lance Weber leave to withdraw from representation of Plaintiff in this matter.

## CLIENT'S WRITTEN APPROVAL

I, Paul Wright, am the Executive Director of Human Rights Defense Center and the Editor of Prison Legal News, Plaintiff in this matter. I approve of the withdrawal of Attorney Lance Weber.

HUMAN RIGHTS DEFENSE CENTER

Dated: December 29, 2016    By: _____
Paul Wright, Executive Director

Respectfully submitted,

s/ Lance Weber
Lance Weber
Fla. Bar No. 104550
Human Rights Defense Center
P.O. Box 1151
Lake Worth, FL 33460
561.360.2523 Office
866.735.7136 Fax
E-Mail: lweber@humanrightsdefensecenter.org
COUNSEL FOR PLAINTIFF

### Certificate of Service

I HEREBY CERTIFY that I electronically filed today, December 29, 2016 the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case, including all opposing counsel.

By:   *s/ Lance Weber*
Lance Weber