## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-CV-02184-RM-STV

PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,

    Plaintiff,

    v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

_____

## DECLARATION OF MATTHEW S. SHAPANKA
_____

    1.    I am an associate with the law firm of Covington & Burling LLP, counsel for Plaintiff Prison Legal News ("PLN"). I am a member in good standing of the bar of the District of Columbia and am admitted to practice before this Court.

    2.    I have personal knowledge of the facts set forth in this Declaration, which is made in support of PLN's Opposition to Defendant Federal Bureau of Prisons' Motion to Dismiss and PLN's Opposition to Defendant Federal Bureau of Prisons' Motion to Stay, and, if called to testify, I could and would testify competently thereto.

    3.    Attached as Exhibit A is a true and correct copy of portions of the transcript of the deposition of Todd Chapman, taken on January 17, 2017. Exhibit A redacts certain information, which is not relevant to PLN's oppositions, that Defendant designated as Confidential or Confidential – Attorneys' Eyes Only pursuant to the Stipulated Protective Order in this case (Doc. 43).

4. Attached as Exhibit B is a true and correct copy, without attachments, of a letter from Peter A. Swanson, Esq., Covington & Burling LLP, to Sally Q. Yates, Deputy Attorney General, dated June 30, 2015.

5. Attached as Exhibit C is a true and correct copy of a letter from J. Oliver, Warden, United States Penitentiary – Administrative Maximum, to Peter A. Swanson, Esq., Covington & Burling LLP, dated August 6, 2015.

6. Attached as Exhibit D is a true and correct copy of a letter, without attachments, from Peter A. Swanson, Esq., Covington & Burling LLP, to John Oliver, Warden, United States Penitentiary – Administrative Maximum, dated August 24, 2015.

7. Attached as Exhibit E is a true and correct copy of a letter from J. Oliver, Warden, United States Penitentiary – Administrative Maximum, to Peter A. Swanson, Esq., Covington & Burling LLP, dated September 15, 2015.

8. Attached as Exhibit F is a true and correct copy of the complaint in the matter of *Prison Legal News v. Hood*, No. 03-D-2516(PAC) (D. Colo., filed Dec. 10, 2003) (Doc. 1), as provided to me by PLN.

9. Attached as Exhibit G is a true and correct copy of the Defendants' Motion to Dismiss in the matter of *Prison Legal News v. Hood*, *PLN v. Hood*, No. 03-D-2516(PAC) (D. Colo., filed Mar. 18, 2004) (Doc. 8), as provided to me by PLN.

10. Attached as Exhibit H is a true and correct copy of the following documents as produced to PLN by Defendant Federal Bureau of Prisons ("BOP"):

    a. A document entitled "ADX Florence – Incoming Publications Rejection Procedures," dated February 26, 2016, bearing Bates numbers BOP000731 to BOP000732.

    b. A document entitled "ADX Florence – Incoming Publications: Quarterly Training," dated July 19, 2016, bearing Bates numbers BOP000751 to BOP000752.

    c. A document entitled "ADX Florence – Incoming Publications: Quarterly Training," dated September 8, 2016, bearing Bates numbers BOP000769 to BOP000770.

11. Counsel for PLN received Defendant's Responses to Plaintiff's First Interrogatories in this matter on September 5, 2016, in which BOP responded to seven of PLN's sixteen interrogatories.

12. Counsel for PLN received Defendant's Responses to Plaintiff's First Set of Requests for Production of Documents in this matter on September 5, 2016, in which BOP responded to ten of PLN's twenty-five requests for production of documents.

13. As of the date of this declaration, BOP has produced 1,295 pages of documents in response to PLN's requests for production of documents.

14. Counsel for PLN received Defendant's First Supplemental Responses to Plaintiff's First Interrogatories in this matter on January 13, 2017, in which BOP provided supplement responses to three interrogatories. A true and correct copy of the foregoing responses is attached as Exhibit I.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 30, 2017 in Washington, D.C.

 <u>*/s/ Matthew S. Shapanka*</u>
Matthew S. Shapanka