# Exhibit D

# COVINGTON

BEIJING   BRUSSELS   LONDON   LOS ANGELES
NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Peter A. Swanson

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5111
pswanson@cov.com

**Via Federal Express**                                      August 24, 2015

Mr. John Oliver
Warden
United States Penitentiary—Administrative Maximum
P.O. Box 8500
Florence, CO 81226

**Re:  Censorship of *Prison Legal News* at ADX Florence**

Dear Warden Oliver:

   We write on behalf of our client the Human Rights Defense Center (HRDC) in response
to your letter dated August 6, 2015.  We appreciate your attention to this matter and welcome
the opportunity to work with you to stop the illegal censorship of our client's publication, *Prison
Legal News*, at the United States Penitentiary, Administrative Maximum Facility in Florence,
Colorado (ADX).

   Your letter asks for additional information about the censored issues of *Prison Legal
News*.  The July 2013 issue discussed in my letter of June 30 is a representative example of
nearly a dozen editions of *Prison Legal News* unlawfully censored at ADX.  Attached to this
letter is all of the information you requested about this rejection:  the entire July 2013 issue of
*Prison Legal News* (Ex. A); the 20 rejection notices sent to the inmate-subscribers whose copies
of this issue were censored, which include inmate names and register numbers (Ex. B); HRDC's
letter of appeal to Paul M. Laird, Director of the North Central Region of the Federal Bureau of
Prisons, which also includes inmate names and register numbers (Ex. C)[1]; and Regional Director
Laird's letter rejecting HRDC's appeal without providing any explanation of the reasoning for
the rejection (Ex. D).

   While all of the rejections violated the First Amendment because none of the censored
issues presents any rational security risk, the rejection of the July 2013 issue constitutes a
particularly egregious example.  As explained in my previous letter, ADX's rejection of this issue
was apparently based on a two-page article (pp. 36–37) about a court decision holding that a
federal prisoner seeking to challenge his transfer to ADX must file an action under *Bivens v. Six
Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971), rather than
under 28 U.S.C. § 2241.  ADX's only explanation for the rejection was contained in a notice

---

[1] Copies of the rejection notices were included with the original letter of appeal, but have been omitted
here to avoid duplication.

**COVINGTON**

Warden John Oliver
August 24, 2015
Page 2

stating that "[t]he publication has been rejected because [two] pages discuss individuals incarcerated at U.S. Penitentiary Florence (ADX)." Ex. B. By this statement, ADX appears to have been referring to the article's identification of Jesus Hector Palma-Salazar, the prisoner who sought to challenge his transfer to ADX. The only personal information disclosed about Mr. Palma-Salazar is that he was indicted on drug cartel-related charges and had held a leadership role in the Sinaloa Cartel—the very same facts that also appear in the Tenth Circuit's published opinion. *See Palma-Salazar v. Davis*, 677 F.3d 1031, 1034 (10th Cir. 2012) (attached hereto as Ex. E). Such content cannot plausibly be construed to pose a security risk to inmates or staff at ADX, because, *inter alia*, this information is generally available to inmates at ADX from sources other than *Prison Legal News*, and it does not create a risk in view of the extreme measures taken to secure inmates at ADX.

We continue to request that the government commit to immediately cease all censorship of *Prison Legal News* at ADX. To that end, we look forward to your review of the attached materials, which confirm that this censorship has violated our client's constitutional and statutory rights. In view of the seriousness of this matter, we request a prompt, complete, and substantive response to our concerns, as exemplified by the rejection of the July 2013 issue, by no later than September 9, 2015. The best way to get a letter or message to me promptly is via email to pswanson@cov.com. We expect to proceed with a lawsuit if our client's concerns are not timely addressed.

Sincerely,

Peter A. Swanson

Attachments

cc:    Paul Wright, Executive Director, Human Rights Defense Center
       Professor David M. Shapiro, Northwestern University School of Law
       Steven D. Zansberg, Levine Sullivan Koch & Schulz, LLP

       *       *       *

       The Honorable Sally Q. Yates, Deputy Attorney General, U.S. Department of Justice
       Charles E. Samuels, Jr., Director, Federal Bureau of Prisons
       Paul M. Laird, Regional Director, North Central Region of the Bureau of Prisons