# Exhibit H

# ADX Florence – Incoming Publications Rejection Procedures
## February 24, 2016

1.      CSM staff will x-ray and physically search all incoming publications

2.      CSM staff will review incoming publications for potentially objectionable material

3.      If content deemed preliminarily objectionable by CSM staff, incoming publications will be sent to SIS staff for further review

4.      If rejection recommended by SIS staff, draft letter/memo will be prepared for the Warden's signature, detailing specific objectionable pages/content with citations to CFR, national policy, and/or institutional supplement.

5.      Recommended rejection packets, with all of the documents/information in No. 4 above, will be forwarded to Legal Services (attn.: Chris Synsvoll) for review.

   *      **Note:** at any time, an attorney from the Legal Services Department may be consulted by CSM/SIS staff with respect to rejecting incoming publications.  The goal being that the rejection draft letter/memo is completed when rejection is also supported by the Legal Services Department.

6.      If a technical/specialized incoming publication is at issue, consultation with appropriate department head is required (e.g., HVAC incoming publication requires consultation with Facilities Department head)

## Miscellaneous

*      Newspaper/magazine clippings and Internet materials will be limited to 50 pages per incoming general correspondence mailing; if exceed this amount, may be rejected.

BOP000731

**ADX Florence – Quarterly Incoming Publications
Training Participants**

**February 24, 2016, at 1 p.m.
ADX Courtroom**

| Name (Print) | BOP Number | Title | Signature |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

## ADX Florence – Incoming Publications
## Quarterly Training
## July 19, 2016

## <u>Incoming Publications Review Procedures</u>

1.      CSM staff will x-ray and physically search all incoming publications

2.      CSM staff will review incoming publications for potentially objectionable material

3.      If content deemed preliminarily objectionable by CSM staff, incoming publications will be sent to SIS staff for further review

4.      If rejection recommended by SIS staff, draft memorandum will be prepared for the Warden's signature, detailing specific objectionable pages/content with citations to CFR, national policy, and/or institutional supplement.  **USE THE REVISED MEMORANDUM**

5.      Recommended rejection packets, with all of the documents/information in No. 4 above, will be forwarded to Legal Services (attn.: Chris Synsvoll, Supervisory Attorney) for review.

   *      **Note:** at any time, an attorney from the Legal Services Department may be consulted by CSM/SIS staff with respect to rejecting incoming publications.  The goal being that the rejection draft memorandum is completed when rejection is also supported by the Legal Services Department.

6.      If a technical/specialized incoming publication is at issue, consultation with appropriate department head is required (e.g., HVAC incoming publication requires consultation with Facilities Department head)

## <u>28 C.F.R. § 540.71(e) and Program Statement 5266.11 at pp. 4-5</u>

   *      When incoming publication is rejected, sender must receive notification that they may appeal the rejection to the Regional Director.  This is part of the notice completed by CSM staff.  Policy requires the sender to receive a copy of the rejection notice that is provided to the inmate (BP-A0953).  This notice advises the sender of the right to appeal to the Regional Director.

BOP000751

**ADX Florence – Quarterly Incoming Publications**
**Training Participants**

**July 19, 2016, at 10 a.m.**
**ADX Courtroom**

| Name (Print) | BOP Number | Title | Signature |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

BOP000752

# ADX Florence – Incoming Publications
# Quarterly Training
# September 8, 2016

## Incoming Publications Review Procedures

1.    CSM staff will x-ray and physically search all incoming publications

2.    CSM staff will review incoming publications for potentially objectionable material

3.    If content deemed preliminarily objectionable by CSM staff, incoming publications will be sent to SIS staff for further review

4.    If rejection recommended by SIS staff, draft memorandum will be prepared for the Warden's signature, detailing specific objectionable pages/content with citations to CFR, national policy, and/or institutional supplement.  **USE THE REVISED MEMORANDUM**

5.    Recommended rejection packets, with all of the documents/information in No. 4 above, will be forwarded to Legal Services (attn.: Chris Synsvoll, Supervisory Attorney) for review.

      *    **Note:** at any time, an attorney from the Legal Services Department may be consulted by CSM/SIS staff with respect to rejecting incoming publications.  The goal being that the rejection draft memorandum is completed when rejection is also supported by the Legal Services Department.

6.    If a technical/specialized incoming publication is at issue, consultation with appropriate department head is required (e.g., HVAC incoming publication requires consultation with Facilities Department head)

## 28 C.F.R. § 540.71(e) and Program Statement 5266.11 at pp. 4-5

*    When incoming publication is rejected, sender must receive notification that they may appeal the rejection to the Regional Director.  This is part of the notice completed by CSM staff.  Policy requires the sender to receive a copy of the rejection notice that is provided to the inmate (BP-A0953).  This notice advises the sender of the right to appeal to the Regional Director.

BOP000769

**ADX Florence – Quarterly Incoming Publications
Training Participants**

**September 8, 2016, at 9:30 a.m.
ADX Courtroom**

| Name (Print) | BOP Number | Title | Signature |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

BOP000770