# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## NOTICE OF CHANGE OF ADDRESS

Civil Action No. 15-cv-02184-RM-STV

To the Court, parties, and all counsel of record:

The undersigned Assistant United States Attorney hereby submits this notice pursuant to D.C.COLO.LAttyR 5(c) that effective February 6, 2017, undersigned counsel's address will change. As of that date, the physical address for the Denver office of the United States Attorney's Office for the District of Colorado will be the following:

> United States Attorney's Office, District of Colorado
> 1801 California Street, Suite 1600
> Denver, Colorado 80202

Please direct any correspondence mailed to undersigned counsel to that address. The telephone number and email address for undersigned counsel will remain unchanged.

Respectfully submitted on February 1, 2017.

> ROBERT C. TROYER
> Acting United States Attorney
>
> s/ *Susan Prose*
> Susan Prose
> Assistant United States Attorney
> 1801 California Street, Suite 1600
> Denver, Colorado 80202
> Telephone: (303) 454-0100
> Fax: (303) 454-0404
> E-mail: susan.prose@usdoj.gov
>
> Counsel for the Federal Bureau of Prisons

2

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on February 1, 2017, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will electronically send notice to:

Steven Zansberg
Lance Weber
Sabarish Neelakanta
Peter Swanson
Matthew Shapanka
Elliot Mincberg
David Shapiro
Stephen Kiehl

s/ *Susan Prose*
Susan Prose
United States Attorney's Office

2