# Exhibit 2
# Excerpt from
# the Deposition of Todd Chapman[1]

*Prison Legal News v. Federal Bureau of Prisons*,
No. 15-cv-02184-RM-STV

---

[1] For ease of reference, only that testimony cited in the reply brief is left unredacted.

<pre>
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO
 2
     Civil Action No. 15-cv-02184-RM-STV
 3   _____

 4   DEPOSITION OF:   TODD CHAPMAN
     _____
 5
     PRISON LEGAL NEWS,
 6   a Project of the Human Rights Defense Center,

 7   Plaintiff,

 8   v.

 9   FEDERAL BUREAU OF PRISONS,

10   Defendant.
     _____
11

12             PURSUANT TO NOTICE, the deposition of
     TODD CHAPMAN was taken on behalf of the Plaintiff at
13   1888 Sherman Street, Suite 370, Denver, Colorado
     80203, on January 17, 2017, at 8:26 a.m., before
14   Teresa Coogle, Registered Professional Reporter,
     Certified Realtime Reporter, and Notary Public within
15   Colorado.

16

17

18

19

20

21

22

23

24

25
</pre>

H+G

Hunter+Geist, Inc.

303.832.5966
800.525.8490

1900 Grant Street, Suite 1025
Denver, CO 80203

www.huntergeist.com
scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

13

Q. And I wanted to ask you about your current position now in Colorado in Florence. What are your duties as executive assistant?
A. My primary duty is public information officer, so I deal with all media contacts, I deal with inmate family members, I'm in charge of different -- some re-accreditations such as ACA or American Correctional Accreditation re-accreditation. I give some training to staff. I'm over the

14

institution supplement program there at the ADX.
Q. And what does that mean?
A. That means I'm the final reviewer before the warden for all supplements, institution supplements. I also do all tours, deal with a lot of family members, assist in writing Congressional responses, stuff like that.



4 (Pages 13 to 16)