# Exhibit 4
# Declaration of Susan Prose

*Prison Legal News v. Federal Bureau of Prisons*,
No. 15-cv-02184-RM-STV

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02184-RM-STV

PRISON LEGAL NEWS,
a project of the Human Rights Defense Center,

      Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

      Defendant.

**DECLARATION OF SUSAN PROSE**

      I, Susan Prose, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby make the following declaration relating to the above-entitled matter.

      1.     I am an Assistant United States Attorney in the United States Attorney's Office ("USAO") for the District of Colorado.   I have held this position since June 2008.

      2.     I have access to records maintained in the ordinary course of business by the USAO, including litigation files.

3. I reviewed the archived case file for the case captioned as *Prison Legal News v. Hood, et al.*, Case No. 03-cv-02516-PAC (D. Colo.), which was handled by William Pharo, a former Assistant United States Attorney in the USAO.  Mr. Pharo is retired.

4. There is no record in the USAO's archived case file indicating that this case was settled.

5. The USAO no longer maintains any electronic files for this case.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on this 13th day of February 2017, in Denver, Colorado.

s/ *Susan Prose*
Susan Prose
Assistant United States Attorney

2