IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action: 15-cv-02184-RM-STV | FTR - Reporter Deck - Courtroom C205 |
| Date: February 17, 2017 | Courtroom Deputy: Monique Ortiz |

*Parties:*                                                     *Counsel:*

PRISON LEGAL NEWS,                                 Matthew S. Shapanka
                                                                        Steven David Zansberg
     Plaintiff,                                            Peter Andrew Swanson

v.

FEDERAL BUREAU OF PRISONS, THE        Susan Prose

     Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING**
**Court in session:   10:33 a.m.**
Court calls case.  Appearances of counsel.  Clay Cook for the Bureau of Prisons is present.

This matter is before the Court regarding Defendant's Motion to Dismiss [Doc. No. 31, filed 7/27/2016] and Defendant's Motion to Stay Discovery and to Vacate the Scheduling Conference and Related Deadlines [Doc. No. 34, filed 8/5/2016].

Arguments by counsel.

The Court will be issuing it's recommendation to Judge Moore on the Motion to Dismiss.


HEARING CONCLUDED.
**Court in  recess:    12:01 p.m.**
Time In Court:         01:28

To order a transcript of this proceeding, contact Stevens-Koenig Reporting at  (303)988-8470.