## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02184-RM-STV

PRISON LEGAL NEWS, a project of the Human Rights Defense Center,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

## UNOPPOSED MOTION FOR A ONE-WEEK EXTENSION OF TIME
## TO FILE OBJECTIONS TO AND AN APPEAL OF THE RECOMMENDATION
## AND ORDER ISSUED BY THE UNITED STATES MAGISTRATE JUDGE [DOC. 62]

    The Federal Bureau of Prisons ("BOP"), through undersigned counsel, respectfully moves for a one-week extension of time to file objections and an appeal concerning the Order and Recommendation of United States Magistrate Judge (Doc. 62), to and including **March 16, 2017**.[1]  There is good cause for the Court to grant this motion, and neither the parties nor the Court will be prejudiced by this short extension.  *See* Judge Moore's Civ. Practice Standard IV.J.1.

    The United States Magistrate Judge recommended that the BOP's motion to dismiss PLN's complaint be denied.  Doc. 62.  The Magistrate Judge also denied the BOP's motion to stay discovery.  *Id.*  The BOP intends to exercise its right to object to the Recommendation and

---

[1] Undersigned counsel conferred with counsel for Prison Legal News ("PLN"), who advised that PLN does not oppose this request for an extension of time.  *See* D.C.COLO.LCivR 7.1(a). Undersigned counsel has advised counsel for PLN that the BOP will not oppose any extension PLN may require to respond to the objections.

to appeal the Order concerning discovery. The BOP's objections and appeal are currently due on March 9, 2017.

An additional week is required in order for the BOP to prepare a brief that thoroughly analyzes the Recommendation and Order and explains, in detail, the bases for the BOP's opposition to those findings. There have been unavoidable conflicts in counsel's schedule since the Recommendation was issued, including several days of pre-planned out-of-town travel for work during the 14-day period.[2] Those conflicts have made it impossible for the BOP to meet the 14-day deadline.

The additional week requested here will also allow counsel, who is the only attorney assigned to the case, to prepare the objections and appeal without seeking assistance from other attorneys who will not be familiar with the case. Therefore, this short extension will promote consistency and efficiency, and PLN will not be prejudiced by it.

The BOP has not requested any previous extensions of this deadline. *See* D.C.COLO.LCivR 6.1(b). Undersigned counsel certifies that she will serve this motion on a representative of the BOP. *See* D.C.COLO.LCivR 6.1(c).

---

[2] In addition, during this period, undersigned counsel's schedule was compromised for several days due to illness.

2

WHEREFORE, the Federal Bureau of Prisons respectfully requests that the Court issue an order extending to **March 16, 2017**, the deadline to file objections to the Recommendation and to appeal the Order concerning a stay of discovery (Doc. 62).  A proposed order is attached.

Respectfully submitted on March 6, 2017.

ROBERT C. TROYER
Acting United States Attorney

s/ *Susan Prose*
Susan Prose
Assistant United States Attorneys
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0404
E-mail: susan.prose@usdoj.gov

Counsel for the Federal Bureau of Prisons

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on March 6, 2017, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will electronically send notice to:

Steven Zansberg
Lance Weber
Sabarish Neelakanta
Peter Swanson
Matthew Shapanka
Elliot Mincberg
David Shapiro
Stephen Kiehl

s/ *Susan Prose*
Susan Prose
United States Attorney's Office