# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02184-RM-STV

PRISON LEGAL NEWS, a project of the Human Rights Defense Center,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

---

## ORDER GRANTING UNOPPOSED MOTION FOR A ONE-WEEK EXTENSION OF TIME TO FILE OBJECTIONS TO AND AN APPEAL OF THE RECOMMENDATION AND ORDER ISSUED BY THE UNITED STATES MAGISTRATE JUDGE [DOC. 62]

---

    The Court, having reviewed the Unopposed Motion for a One-Week Extension of Time to File Objections to and an Appeal of the Recommendation and Order Issued by the United States Magistrate Judge, and good cause appearing, hereby GRANTS the motion.

    It is ORDERED that Defendant shall have to and including **March 16, 2017**, to file objections to and an appeal of the Recommendation and Order issued by the United States Magistrate Judge (Doc. 62).

    DATED this ___ day of _____, 2017.

                                    BY THE COURT:

                                    _____