# Exhibit 2

**Synopsis of Articles Discussing the BOP, BOP Inmates, or BOP Staff in *Prison Legal News*, March 2016 to March 2017**

*Prison Legal News v. Federal Bureau of Prisons*,
No. 15-cv-02184-RM-STV

# Articles Discussing the BOP, BOP Inmates, or BOP Staff
*Prison Legal News*, March 2016 to March 2017

## March 2016 Issue:

**Prison Policy Initiative Releases Report on Email Services for Prisoners (p. 25):** Article noting limits on telephone time for BOP inmates

**Federal Prisoner Wins $300,000 Judgment on Medical Negligence Claim (p. 54):** Article identifying a BOP inmate by name and discussing his victory in a medical care claim against the BOP

## April 2016 Issue:

**Lawsuit Claiming CMUs Lack Due Process on Appeal to D.C. Circuit (p. 47):** Article identifying a BOP inmate by name and discussing an appeal challenging the alleged lack of due process associated with designations to BOP Communications Management Units

**Colson Task Force Report Highlights BOP Issues, Makes Recommendations (p. 48):** Article discussing report of task force and its "recommendations to correct some of the shortcomings of the federal Bureau of Prisons"

**Second Circuit Allows Muslim Prisoners' *Bivens* Claims to Proceed** (p. 50): Article discussing *Bivens* claim brought by Muslim prisoners incarcerated in a BOP facility

**"Fatal Neglect" Report Faults ICE Health Care for Deaths of Detained Immigrants (p. 53):** Article referencing "health care inadequacies" in the BOP

**Irish High Court Bars Extradition of Terror Suspect to U.S., Citing Inhumanity of Solitary Confinement (p. 60):** Article referencing "the full isolation of prisoners held in U.S. supermax facilities such as the ADX"

## May 2016 Issue:

**BOP Recognizes Humanist Religion after Prisoner Files Suit (p. 34):** Article identifying a BOP inmate by name who sued the BOP, prompting the BOP to recognize humanism as a religion

**BOP Pays $70,000 to Settle Lawsuit by Sexually Abused Transgender Prisoner (p. 48):** Article identifying a BOP inmate who claimed to have been raped at USP Florence, "one of many sexual assaults the BOP failed to prevent through either neglect or incompetence, despite the requirements of the Prison Rape Elimination Act (PREA)"

**$8,000 Settlement for Medical Maltreatment by BOP; Court Finds Experts Not Required (p. 60)**:  Article identifying a BOP inmate by name and discussing the settlement he received for a medical malpractice claim

## June 2017 Issue:

**$8,000 Settlement for Medical Maltreatment by BOP; Court Finds Experts Not Required (p. 16)**:  Article identifying inmate by name and discussing the settlement he received for a medical malpractice claim

**Penal Servitude: A Reminder about the U.S. Constitution's 13th Amendment Exclusion (p. 26)**:  Article criticizing the "slavery" of required participation in prison work programs, including in the BOP

**Special Supervised Release Conditions Require Sufficient Findings (p. 36)**:  Article identifying a BOP inmate by name and discussing the affirmance of his criminal conviction

## July 2016 issue:

**Accreditation Gone Wrong (p. 8)**:  Article discussing a February 2015 riot that "virtually destroyed a [BOP] facility in Texas," and calling the riot "a predictable consequence of the Bureau of Prisons turning a blind eye to the abuse at Criminal Alien Requirement prisons"

**From the Editor (p. 16)**:  Article referencing PLN's pending "censorship" litigation against "BOP's ADX supermax facility in Colorado"

**Second Circuit Reverses Dismissal of Bivens Suit Due to Continuing Violation Doctrine (p. 46)**:  Article identifying a BOP inmate and BOP Warden by name and discussing the inmate's *Bivens* action, which alleged that the Warden had "a personal vendetta" against the inmate

**OIG Study: Bureau of Prisons Held Thousands of Prisoners Beyond Release Dates (p. 54)**:  Article stating that the BOP, "pilloried by one Congressional study that found it was unable to follow its own compassionate release policy, and by yet another criticizing endemic overcrowding, has again been called to task for failing to release prisoners at the conclusion of their sentences"

**Courts Divided on Confidentiality of Attorney-Prisoner Email (p. 58)**:  Article accusing the BOP of "routinely monitor[ing] prisoners' communications with their attorneys"

## August 2016 Issue:

**Ninth Circuit Directs BOP to Reconsider Denial of Designation to State Prison for Service of Federal Sentence (p. 40)**:  Article discussing reversal of BOP inmate's habeas petition which alleged an abuse of discretion by the BOP

**Prison Tobacco Bans Reduce Smoking-related Deaths (p. 40):**  Article identifying a "BOP spokesman" by name

**Sixth Circuit Reverses Dismissal of Federal Prisoner's Bivens Claim, Discusses Inmate Accident Compensation Act (p. 52):**  Article identifying inmate who sued the BOP "[a]fter enduring the all-too-routine indifference to his medical condition by Bureau of Prisons (BOP) staff"

**Number of State Prisoners Age 55 and Over Increased 400% in 20 Years (p. 60):**  Article noting that "Congressional studies have criticized the federal Bureau of Prisons (BOP) for failing to follow its own regulations with respect to its compassionate release program"

**News Brief (p. 63):**  Article identifying a BOP employee by name and reporting that he "pleaded guilty to a single charge of theft of government property on April 5, 2016 and was placed on administrative leave"

## September 2016 issue:

**Department of Justice Announces Plan to Phase Out For-profit Prisons (p. 28):**  Article discussing "the extensive criticism of the Bureau of Prisons' private contractors"

**CCA Loses Lucrative BOP Contract (48):**  Article discussing company's loss of "a federal Bureau of Prisons (BOP) contract for the 1,129-bed Cibola County Correctional Center in New Mexico"

## October 2016 Issue:

**U.S. Department of Justice Finds Fault with Privatized Federal Prisons (p. 22):**  Article reporting that "[p]rivately-operated federal prisons, also known as contract prisons, have more violence, use-of-force incidents and contraband seizures than facilities run by the federal Bureau of Prisons"

**From the Editor (p. 26):**  Article reporting that private prisons were found to be "less safe and more violent than their Bureau of Prisons (BOP) counterparts"

**Massachusetts' Anti-shackling Law Limits Restraints on Pregnant Prisoners but Problems Persist (p. 32):**  Article noting that the BOP "supports a general ban on shackling pregnant prisoners"

**U.S. Office of Special Counsel Assists BOP Whistleblowers (p. 58):**  Article identifying a BOP staff member by name and stating that "[t]he federal Bureau of Prisons' culture of retaliation against whistleblowers appears to be alive and well[.] . . . A November 2010 Equal Employment Opportunity Commission report had cited repeated cases where the Bureau of Prisons retaliated against its own employees who revealed misconduct within the agency. The

BOP, secretive in its dealings not only with the public but also members of Congress, is notoriously publicity shy.  Woe to any BOP employee who draws attention to wrongdoing, even if it involves misuse of authority or clearly illicit conduct."

**News in Brief (p. 63):**  Reporting BOP's "philosophy . . . that preparation for reentry begins on the first day of an inmate's incarceration"

## November 2016 Issue:

**When Prison is Not Enough: The Rise (and Perhaps the Fall) of the Supermax Prison (p. 1):**  Article reporting that a "long-term lockdown" was eventually institutionalized in the form of the federal supermax in Florence, Colorado – known simply as ADX – which opened in 1995.  Tommy Silverstein remains in total solitary confinement at ADX to this day."

**Full Senate Report on CIA Torture Remains Classified, Largely Unread (p. 54):**  Article attributing statement to "Federal Bureau of Prisons officials"

## December 2016 Issue:

**"This Man Will Almost Certainly Die" (p. 1):**  Article criticizing the BOP's contracts with private prisons

**Private Prison in Texas Closes after Riot Renders it Uninhabitable (p. 20):**  Article discussing "one of the most significant prison riots in recent years" at one of an "archipelago" of facilities managed by a private contractor for the BOP

## January 2017 Issue:

**Continued Need for Prison and Criminal Justice Reforms (p. 22):**  Article stating that "[w]omen incarcerated at the Bureau of Prisons (BOP) facility in Aliceville, Alabama reported circulation of a one-page flyer promoting the nationwide work strike.  The flyer prompted a frenzy of retaliation by prison officials; several prisoners were reportedly moved to the Special Housing Unit (SHU), while others were transferred to different BOP facilities."

**Dear Librarian: Filling the Information Gap for Prisoners with No Internet Access (p. 34):**  Article stating that BOP inmates do not have "the ability to peruse the Internet"

**BOP Prisoner's FTCA Wage Suit States Cause of Action (p. 49):**  Article identifying an inmate by name and discussing the reversal of a Florida district court's order dismissing the inmate's Federal Tort Claims Act complaint alleging that a BOP correctional officer, also identified by name, had withheld the inmate's wages

**FCI Danbury Prisoners Finally Transferred to New Women's Facility (p. 59):**  Article identifying a former BOP inmate by name and discussing incarceration in a BOP facility that

allegedly violated standards set by the American Bar Association and the "UN's Standard Minimum Rules for Treatment of Prisoners"

## February 2017 Issue:

**Federal Halfway House Contractor Files Unsuccessful Suit Against Bureau of Prisons (p. 26):** Article identifying former BOP employees and stating that "BOP employees who retire or resign, go into private practice and then exert influence on their former co-workers in charge of awarding millions of dollar in lucrative private-sector contracts"

**Justice Department Inspectors Find Problems with BOP Reentry Programs (p. 32):** Article asserting that "[w]hile the BOP does a great job of keeping almost 190,000 prisoners locked up at any given time, apparently it needs improvement when it comes to providing reentry programs to help them succeed once they are released"

**Third Circuit Holds Prisons Not Required to Treat Impotence or Infertility (p. 50):** Article discussing appellate court's finding that correctional officials were entitled to qualified immunity on claims brought by a BOP inmate who is identified in the article

**Three Reports Provide Data on Prisoners Held in "Restrictive Housing" (p. 52):** Article discussing "restrictive housing" and "a lawsuit over the placement of mentally ill prisoners in segregation at the ADX Florence supermax in Colorado"

**News In Brief (p. 68):** Article identifying a former BOP employee who pleaded not guilty to a charge of having sex with a prisoner while she was employed at a BOP facility

## March 2017 Issue:

**Obama Sets Record for Commutations Granted, and for Those Denied (p. 12):** Reporting that "[f]or the first time, federal prisoners could apply for commutations using the Bureau of Prisons' computer system"

**PCI Announces 2016 Awards for Private Prison Activism, Advocacy and News Reporting (p. 22):** Reporting that "the OIG's office released a scathing report titled, 'Review of the Federal Bureau of Prisons' Monitoring of Contract Prisons'"

**Federal Transgender Prisoner Allowed to Wear Feminine Clothing at Video Trial (p. 61):** Article identifying by name a BOP inmate who brought a failure-to-protect claim, resulting "in a precedent-setting ruling for transgender prisoners who want to dress in conformity with their gender identity"