**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02184-RM-STV

PRISON LEGAL NEWS, a project of the Human Rights Defense Center,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 71) of Judge Raymond P. Moore entered on March 28, 2017, it is

ORDERED that the Recommendation of United States Magistrate Judge (Doc. 62) is rejected.   It is

FURTHER ORDERED that Defendant's Motion to Dismiss (Doc. 31) is granted and this matter is dismissed without prejudice.   It is

FURTHER ORDERED that Defendant's Motion to Stay (Doc. 34) is denied as moot.  It is

FURTHER ORDERED that Defendant's Appeal of Order Denying Motion to Stay (Doc. 67) is denied as moot.   It is

FURTHER ORDERED that this case is closed.   It is

FURTHER ORDERED that judgment is entered in favor of Defendant, Federal Bureau of Prisons, and against Plaintiff, Prison Legal News.

Dated at Denver, Colorado this 28th day of March, 2017.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/C. Pearson

C. Pearson
Deputy Clerk