IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02184-RM-STV

PRISON LEGAL NEWS, a project of the Human Rights Defense Center,

      Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

      Defendant.

**BUREAU OF PRISONS' REPLY IN SUPPORT OF THE COURT'S ORDER CONCERNING A STAY OF DISCOVERY [DOC. 71]**

      The Court found that it lacks subject-matter jurisdiction over all claims in this case. Doc. 71 (March 28, 2017, Order). The Court also found that the absence of subject-matter jurisdiction "mooted any remaining stay and discovery matters raised by" the BOP's motion to stay discovery and the BOP's appeal of the Magistrate Judge's order denying the motion to stay. *Id.* at 11. The Court has not vacated its order, but gave PLN permission "to file a response in order to address the Court's March 28, 2017 Order." Doc. 74. PLN then filed an "Opposition to Defendant Federal Bureau of Prisons' Appeal of Order Denying Motion to Stay Discovery." Doc. 77.

      For the reasons set forth in the voluminous underlying briefing, the Court correctly found that subject-matter jurisdiction is lacking and, therefore, that the BOP's appeal of the order lifting the stay of discovery is moot. The Court should uphold that order.

Respectfully submitted on April 11, 2017.

        ROBERT C. TROYER
        Acting United States Attorney

        s/ *Susan Prose*
        Susan Prose
        Assistant United States Attorney
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Tel.: (303) 454-0100
        Fax: (303) 454-0404
        E-mail: susan.prose@usdoj.gov

        Counsel for the Federal Bureau of Prisons

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on April 11, 2017, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will electronically send notice to:

Steven Zansberg
Lance Weber
Sabarish Neelakanta
Peter Swanson
Matthew Shapanka
Elliot Mincberg
David Shapiro
Stephen Kiehl

s/ *Susan Prose*
Susan Prose
United States Attorney's Office
