**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02184-RM-STV

PRISON LEGAL NEWS,

      Plaintiff,

v.

THE FEDERAL BUREAU OF PRISONS,

      Defendant.

---

**ENTRY OF APPEARANCE**

---

      Marcy Elizabeth Cook, Assistant United States Attorney, respectfully enters her

appearance as counsel for Defendant the Federal Bureau of Prisons in the above-captioned action

and requests that she be served with copies of all notices and pleadings in this case.   Pursuant to

D.C.COLO.LAttyR 5(a)(2), undersigned counsel certifies that she is a member in good standing

of the bar of this Court.

      DATED this 18th day of August 2017.

                                    ROBERT C. TROYER
                                    Acting United States Attorney

                                    s/ Marcy Elizabeth Cook
                                    *Marcy Elizabeth Cook*
                                    Assistant United States Attorney
                                    1801 California Street, Suite 1600
                                    Denver, Colorado  80202
                                    Telephone:  (303) 454-0171
                                    Fax: (303) 454-0404
                                    E-mail: marcy.cook@usdoj.gov
                                    Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses and/or agency representatives:

Peter A. Swanson
pswanson@cov.com
Stephen W. Kiehl
skiehl@cov.com
Matthew S. Shapanka
mshapanka@cov.com
Elliot Mincberg
Elliot_mincberg@washlaw.org
Steven D. Zansberg
szansberg@lskslaw.com
Sabarish Neelakanta
sneelakanta@humanrightsdefensecenter.org
David M. Shapiro
david.shapiro@law.northwestern.edu
Counsel for Plaintiff

Counsel for BOP

I also hereby certify that on August 18, 2017, I caused the foregoing document to be mailed to the following:

None

s/ Marcy Elizabeth Cook
Marcy Elizabeth Cook