**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02184-RM-STV

PRISON LEGAL NEWS, a project of the Human Rights Defense Center,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

**UNOPPOSED MOTION REQUESTING PERMISSION TO FILE AN ANSWER
TO THE COMPLAINT OUT OF TIME**

    Undersigned counsel discovered a significant error in this case for which she bears responsibility. On September 2, 2017, while preparing for the Scheduling Conference in this matter set for September 8, 2017, counsel realized that she had neglected to calendar the deadline for answering the claims in Plaintiff's Complaint (Doc. 1). The Court denied Defendant's motion to dismiss on August 14, 2017 (Doc. 81), making the answer to the remaining claims due August 28, 2017. *See* Fed. R. Civ. P. 12(a)(4)(A) (answer due 14 days after the court denies a motion under Rule 12 "[u]nless the court sets a different time"). Through an oversight, counsel did not calendar that date on the date the order was issued, and the answer was not filed on the due date. Counsel apologizes to the Court and to Plaintiff for her oversight.

    The Federal Bureau of Prisons ("BOP") therefore respectfully requests that the Court accept for filing the attached answer to the Complaint at this time. Counsel for the BOP has consulted with counsel for Plaintiff, who does not oppose this relief.

Plaintiff is not prejudiced by the delay in filing an answer. No other date, except for the September 8, 2017, Scheduling Conference, is currently set. The parties have filed a proposed Scheduling Order which sets forth a schedule for the case moving forward. Doc. 84. Filing an answer at this time will not compromise any of those proposed deadlines.

The BOP has not requested any previous extensions of this deadline. *See* D.C.COLO.LCivR 6.1(b). Undersigned counsel certifies that she will serve this motion on a representative of the BOP. *See* D.C.COLO.LCivR 6.1(c).

WHEREFORE, the Federal Bureau of Prisons respectfully requests that the Court issue an order accepting for filing the attached answer to the Complaint. *See* Ex. 1. A proposed order is also attached.

Respectfully submitted on September 6, 2017.

ROBERT C. TROYER
Acting United States Attorney

s/ *Susan Prose*
Susan Prose
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0404
E-mail: susan.prose@usdoj.gov

Counsel for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

  I hereby certify that on September 6, 2017, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will electronically send notice to:

  Steven Zansberg
  Lance Weber
  Sabarish Neelakanta
  Peter Swanson
  Matthew Shapanka
  Elliot Mincberg
  David Shapiro
  Stephen Kiehl

              s/ *Susan Prose*
              Susan Prose
              United States Attorney's Office