**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02184-RM-STV

PRISON LEGAL NEWS, a project of the Human Rights Defense Center,

      Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

      Defendant.

**ORDER GRANTING UNOPPOSED MOTION REQUESTING PERMISSION TO FILE AN ANSWER TO THE COMPLAINT OUT OF TIME**

      The Court, having reviewed the Unopposed Motion Requesting Permission to File an Answer to the Complaint Out of Time, and good cause appearing, hereby GRANTS the motion.

      It is ORDERED that the answer attached to Defendant's motion (Doc. __) is hereby accepted for filing.

      DATED this ___ day of _____, 2017.

      BY THE COURT:

_____