# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02184-REB

PRISON LEGAL NEWS, a project of
the Human Rights Defense Center,

      Plaintiff(s),

v.

FEDERAL BUREAU OF PRISONS,

      Defendant(s).

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

      I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

PRISON LEGAL NEWS.

      DATED at Denver, Colorado this 22nd day of September, 2017.

      /s/ Masimba Mutamba
      Masimba M. Mutamba
      HUMAN RIGHTS DEFENSE CENTER
      Co-counsel for Plaintiff
      P.O. Box 1151
      Lake Worth, FL 33460
      Tel: (561) 360-2523
      Fax: (866) 735-7136
      mmutamba@humanrightsdefensecenter.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

1

Counsel for Plaintiff:

Peter A. Swanson
pswanson@cov.com

Stephen W. Kiehl
skiehl@cov.com

Matthew S. Shapanka
mshapanka@cov.com

Elliot Mincberg
Elliot_mincberg@washlaw.org

Steven D. Zansberg
szansberg@lskslaw.com

Sabarish Neelakanta
sneelakanta@humanrightsdefensecenter.org

David M. Shapiro
david.shapiro@law.northwestern.edu

Counsel for BOP:

Marcy E. Cook
marcy.cook@usdoj.gov

Susan Begesse Prose
susan.prose@usdoj.gov

I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

None.

*s/* Masimba Mutamba