**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-02184-REB

PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,

     Plaintiff(s),

v.

FEDERAL BUREAU OF PRISONS,

     Defendant(s).

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

     I hereby certify that I am a member in good standing of the bar of this court, and I

appear in this case as counsel for:

_____Plaintiff Prison Legal News_____.

     Respectfully submitted this 13th day of December, 2017.

                        */s/ Terra W. Fulham*_____

                        Terra White Fulham
                        Covington & Burling LLP
                        One CityCenter
                        850 10th Street NW
                        Washington, DC 20001
                        202-662-5433
                        tfulham@cov.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


*s/ Terra W. Fulham*
Terra White Fulham

2