**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02184-RM-STV

PRISON LEGAL NEWS, a project of the Human Rights Defense Center,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

---

**JOINT MOTION TO AMEND THE SCHEDULING ORDER TO EXTEND
FOUR REMAINING DISCOVERY DEADLINES**

---

    Plaintiff Prison Legal News ("PLN") and Defendant Federal Bureau of Prisons ("BOP"), through undersigned counsel, jointly move for an amendment of the Scheduling Order, Doc. 90, to extend four remaining discovery deadlines as follows: (1) an 18-day extension of the deadline to complete fact discovery, from February 19, 2018, to March 9, 2018; (2) an 18-day extension of the expert disclosure deadline, from March 5, 2018, to March 23, 2018; (3) an 11-day extension of the deadline for disclosing rebuttal experts, from March 26, 2018, to April 6, 2018; and (4) a 9-day extension of the discovery cut-off, from April 9, 2018, to April 18, 2018. The parties do not seek an extension of the May 14, 2018, deadline for filing dispositive motions. The extensions requested here will not affect the Final Pretrial Conference, which is scheduled for July 9, 2018, at 9:30 a.m.

    There is good cause for the Court to amend the Scheduling Order to reflect these short extensions, which will have no impact on the Court's schedule or the overall progress of the

case. *See* Doc. 90 at 10 ("The scheduling order may be altered or amended only upon a showing of good cause."). The parties have cooperatively and diligently pursued discovery. The parties have issued and responded to written discovery. Documents have been produced. PLN has deposed three BOP fact witnesses to date. However, there is still a significant amount of fact discovery to be done. On January 11, 2018, PLN served the BOP a notice of deposition pursuant to Fed. R. Civ. P. 30(b)(6). The BOP will designate two witnesses to testify, one located in Colorado and the other in Washington, D.C. PLN intends to depose several additional BOP fact witness. The BOP plans to take one deposition of a PLN fact witness. These witnesses are located throughout the United States, and extensive travel will be required to complete the depositions.

The short extensions requested here will allow the parties to complete this discovery and obtain the information they need without compromising the Court's schedule. Neither party will be prejudiced by these short extensions, and the parties have agreed not to serve additional written discovery requests.

Pursuant to D.C.COLO.LCivR 6.1(b), the parties state that there have been seven other requests for extensions of time in this matter. The parties jointly moved for an extension of the deadlines to file a Joint Case Management Plan and for the BOP to respond to the complaint, Doc. 17, which the Court granted, in part. Doc. 23. The BOP filed a second motion for extension of time to respond to PLN's complaint, Doc. 24, which the Court granted. Doc. 30. The parties filed two previous joint motions to extend the deadlines for PLN to respond to the motions to dismiss and to stay discovery, Doc. 37, Doc. 45, which the Court granted. Doc. 40,

Doc. 47. The parties filed a third joint motion for an extension of then-pending briefing deadlines, Doc. 49, which the Court granted in part and denied in part. Doc. 51. The BOP filed a motion for a one-week extension of time to file objections and an appeal of a recommendation, Doc. 64, which the Court granted. Doc. 65. The BOP filed a motion for leave to file an answer to the complaint out of time, Doc. 85, which the Court granted. Doc. 87.

Undersigned counsel for the parties certify that they will serve this motion on representatives of their respective clients. *See* D.C.COLO.LCivR 6.1(c).

WHEREFORE, the parties respectfully request that the Court issue an order amending the Scheduling Order and setting the following deadlines in this matter: **March 9, 2018**, deadline to complete fact discovery; **March 23, 2018**, expert disclosure deadline; **April 6, 2018**, rebuttal expert disclosure deadline; and **April 18, 2018**, discovery cut-off. A proposed order is attached.

DATED February 2, 2018.

Respectfully submitted,

/s/ Stephen W. Kiehl_____

Sabarish Neelakanta
Human Rights Defense Center
PO Box 1151
Lake Worth, Florida 33460
Telephone: (561) 360-2523
Email: sneelakanta@humanrightsdefensecenter.org

*Of Counsel:*

Elliot Mincberg
Washington Lawyers' Committee for Civil Rights & Urban Affairs
11 Dupont Circle NW
Suite 400
Washington, DC 20036
Telephone: (202) 319-1000
Email: elliot_mincberg@washlaw.org

Steven D. Zansberg
Ballard Spahr LLP
1225 17th Street, Suite 2300
Denver, CO 80202
Telephone: (303) 376-2409
FAX: (303) 296-3956
E-mail: zansbergs@ballardspahr.com

Peter A. Swanson
Terra W. Fulham
Stephen W. Kiehl
Matthew S. Shapanka
Alyson Sandler
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
FAX: (202) 662-6291
E-mail: pswanson@cov.com
         tfulham@cov.com
         skiehl@cov.com
         mshapanka@cov.com

David M. Shapiro
Northwestern University School of Law
375 E. Chicago Avenue
Chicago, IL 60611
Telephone: (312) 503-0711
Email: david.shapiro@law.northwestern.edu

*Attorneys for Plaintiff Prison Legal News*

ROBERT C. TROYER
United States Attorney

s/ *Susan Prose*
Susan Prose
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
Email:  susan.prose@usdoj.gov

*Counsel for the Federal Bureau of Prisons*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on February 2, 2018, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will electronically send notice to:

Steven D. Zansberg
Sabarish Neelakanta
Peter A. Swanson
Matthew S. Shapanka
Elliot Mincberg
David M. Shapiro
Stephen William Kiehl
Terra Fulham
Alyson Sandler


                                         s/ *Susan Prose*
                                         Susan Prose
                                         United States Attorney's Office