# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02184-RM-STV

PRISON LEGAL NEWS, a project of the Human Rights Defense Center,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

---

## ORDER GRANTING JOINT MOTION TO AMEND THE SCHEDULING ORDER TO EXTEND FOUR REMAINING DISCOVERY DEADLINES

---

The Court, having reviewed the Joint Motion to Amend the Scheduling Order to Extend Four Remaining Discovery Deadlines, and good cause appearing, hereby GRANTS the motion.

It is ORDERED that the Scheduling Order (Doc. 90) is amended to reflect the following deadlines:

- **March 9, 2018**: Deadline to complete fact discovery;
- **March 23, 2018**: Expert disclosure deadline;
- **April 6, 2018**: Rebuttal expert disclosure deadline; and
- **April 18, 2018**: Discovery cut-off.

DATED this ___ day of _____, 2018.

BY THE COURT:

_____
HON. SCOTT T. VARHOLAK
United States Magistrate Judge