# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02184-RM-STV

PRISON LEGAL NEWS, a project of the Human Rights Defense Center,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

---

## NOTICE OF ENTRY OF APPEARANCE OF CLAY C. COOK

---

To:    The Clerk of Court and all parties of record.

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as co-counsel for Defendant.

DATED this 26th day of February, 2018.

    Respectfully submitted,

    ROBERT C. TROYER
    United States Attorney

    *s/ Clay C. Cook*
    Clay C. Cook
    Special Assistant United States Attorney
    E-mail: clay.cook@usdoj.gov

    Susan Prose
    Assistant United States Attorney
    1801 California Street, Suite 1600
    Denver, CO 80202
    Telephone: (303) 454-0100
    Facsimile: (303) 454-0404
    E-mail: susan.prose@usdoj.gov

    Attorneys for Defendants

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on February 26, 2018, I filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following individuals:

    Stephen Kiehl
    Matthew Shapanka
    Peter Swanson
    Alyson Sandler
    Terra Fulham

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the nonparticipant's name:

                                            *s/ Clay C. Cook*
                                            United States Attorney's Office