**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02184-RM-STV

PRISON LEGAL NEWS, a project of the Human Rights Defense Center,

     Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

     Defendant.

---

### NOTICE OF ENTRY OF APPEARANCE OF CLAY C. COOK

---

To:    The Clerk of Court and all parties of record.

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as co-counsel for Defendant.

DATED this 9th day of March 2018.

               Respectfully submitted,

               ROBERT C. TROYER
               United States Attorney

               *s/ Kaitlin B. Turner*
               Kaitlin B. Turner
               Special Assistant United States Attorney
               E-mail: kaitlin.turner@usdoj.gov

               Susan Prose
               Assistant United States Attorney
               1801 California Street, Suite 1600
               Denver, CO 80202
               Telephone: (303) 454-0100
               Facsimile: (303) 454-0404
               E-mail: susan.prose@usdoj.gov

               Attorneys for Defendants

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on March 9, 2018, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following individuals:

Stephen Kiehl
Matthew Shapanka
Peter Swanson
Alyson Sandler
Terra Fulham

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the nonparticipant's name:

*s/ Kaitlin B. Turner*
United States Attorney's Office

2