IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-CV-02184-RM-STV

PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,

    Plaintiff,

    v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

---

**UNOPPOSED MOTION FOR WITHDRAWAL OF APPEARANCE**

---

Pursuant to District of Colorado Local Attorney Rule 5(b), Stephen W. Kiehl, who has appeared as counsel to Plaintiff Prison Legal News ("PLN") in the above-captioned matter, respectfully moves to withdraw as counsel in this case. In support thereof, the undersigned states as follows:

1. Mr. Kiehl entered his appearance in this matter on April 22, 2016 (Doc. 19).

2. Mr. Kiehl will leave his employment at Covington & Burling LLP, counsel to PLN, on March 23, 2018.

3. Mr. Kiehl has complied with the notification requirements of District of Colorado Local Attorney Rule 5(b). Mr. Kiehl informed PLN in writing that the client is "responsible for complying with all court orders and time limitations established by applicable statutes and rules" and that the client "may not appear without counsel admitted to the bar of this court, and that absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against the entity." *See* attached Notice of Withdrawal of Appearance.

4. No party will be prejudiced or otherwise affected by Mr. Kiehl's withdrawal, as PLN is represented by other counsel who have entered appearances in this matter.

5. The relief requested in this motion is sought in good faith and not for the purposes of delay.

## RULE 7.1(A) CERTIFICATION

Mr. Kiehl conferred with Susan Prose, counsel to Defendant the Federal Bureau of Prisons, who stated that Defendant does not oppose this motion.

WHEREFORE, the undersigned counsel respectfully requests to withdraw his appearance representing Plaintiff Prison Legal News in this matter.

DATED:  March 23, 2018                                Respectfully submitted,


*/s/ Stephen W. Kiehl*
Stephen W. Kiehl
Covington & Burling LLP
850 10th St. NW
Washington, DC 20001
(202) 662-5872
Email: skiehl@cov.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of March, 2018, the foregoing was electronically filed with the Clerk of the Court using the ECF/CM electronic filing system, which will send electronic notification to all counsel of record, including in-house counsel at Prison Legal News.

*/s/ Stephen W. Kiehl*
Stephen W. Kiehl

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-CV-02184-RM-STV

PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,

      Plaintiff,

      v.

FEDERAL BUREAU OF PRISONS,

      Defendant.

## NOTICE OF WITHDRAWAL OF APPEARANCE

In accordance with District of Colorado Local Attorney Rule 5(b), the undersigned hereby certifies as follows:

    1.    The undersigned intends to withdraw as counsel for Plaintiff Prison Legal News ("PLN") in the above-captioned matter.

    2.    Pursuant to District of Colorado Local Attorney Rule 5(b), the undersigned hereby notifies PLN of the following: (a) PLN is responsible for complying with all court orders and time limitations established by applicable statutes and rules; and (b) PLN may not appear without counsel admitted to the bar of this court, and that absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against the entity.

DATED:  March 23, 2018    Respectfully submitted,

*/s/ Stephen W. Kiehl*
Stephen W. Kiehl
Covington & Burling LLP
850 10th St. NW
Washington, DC 20001
(202) 662-5872
Email: skiehl@cov.com

### **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of March, 2018, the foregoing was electronically filed with the Clerk of the Court using the ECF/CM electronic filing system, which will send electronic notification to all counsel of record, including in-house counsel at Prison Legal News.

                                          */s/ Stephen W. Kiehl*
                                          Stephen W. Kiehl

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-CV-02184-RM-STV

PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,

    Plaintiff,

    v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

**[PROPOSED] ORDER REGARDING UNOPPOSED MOTION FOR WITHDRAWAL OF APPEARANCE**

    This matter having come before the Court on the Unopposed Motion to Withdraw as Counsel and the Court having reviewed the pleadings filed herein and being fully advised of the premises contained therein, it hereby **GRANTS** the Motion and **ORDERS** that:

    1.    Stephen W. Kiehl is hereby withdrawn from representing Plaintiff Prison Legal News.

    2.    The Clerk of the Court shall terminated the association of Stephen W. Kiehl with Plaintiff Prison Legal News.

Dated this ___ day of _____, 2018.

                                              **BY THE COURT:**

                                              _____