**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 15-CV-02184-RM-STV

PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

Defendant.

---

**PLAINTIFF PRISON LEGAL NEWS'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

Movant's Supporting Statement:

| **Moving Party's Undisputed Material Facts and Supporting Evidence** | **Opposing Party's Response/ Additional Facts and Supporting Evidence** | **Moving Party's Reply and Supporting Evidence** |
|---|---|---|
| 1. *Prison Legal News* (*PLN*) contains reviews and analysis of prisoners' rights issues, reports on recent court decisions, and news relating to the criminal justice system. Exhibit 1, *Prison Legal News v. Federal Bureau of Prisons*, Scheduling Order, ECF No. 90 at 4. | | |
| 2. *Prison Legal News* has subscribers at ADX. Exhibit 1, *Prison Legal News v. Federal Bureau of Prisons*, Scheduling Order, ECF No. 90 at 4. | | |

| | | |
|---|---|---|
| 3. Since January 2010, ADX initially rejected and did not deliver the following issues of *Prison Legal News* (*PLN*) to ADX inmate subscribers:  January 2010, June 2010, October 2011, November 2011, June 2012, November 2012, February 2013, April 2013, July 2013, September 2013, and April 2014 (the "Rejected Issues"). Exhibit 1, *Prison Legal News v. Federal Bureau of Prisons*, Scheduling Order, ECF No. 90 at 4. | | |
| 4. For each of the Rejected Issues, the ADX warden or acting warden who rejected the issue signed a rejection notice.  Exhibit 1, *Prison Legal News v. Federal Bureau of Prisons*, Scheduling Order, ECF No. 90 at 4. | | |
| 5. For each of the Rejected Issues, the rejection notice states that the issue was rejected in accordance with BOP Program Statement 5266.10, Incoming Publications, which states that a "warden may reject a publication if it is determined detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity." Exhibit 1, *Prison Legal News v. Federal Bureau of Prisons*, | | |

| | | |
|---|---|---|
| Scheduling Order, ECF No. 90 at 4. | | |
| 6. Each of the Rejected Issues was rejected in its entirety.  Exhibit 1, *Prison Legal News v. Federal Bureau of Prisons*, Scheduling Order, ECF No. 90 at 4. | | |
| 7. A notice of rejection prepared by ADX states that the January 2010 issue of *PLN* was rejected because pages 30 and 31 "contain information on an ADX inmate." Exhibit 2, January 2010 Notification to Inmate and Publisher/Sender of Rejected Publication, BOP000056; *see also* Exhibit 10, Dep. of Todd Chapman (Mar. 16, 2018) ("Chapman Dep. II") at 175:16–21. | | |
| 8. The January 2010 rejection notice did not identify the information about the inmate that was supposedly a security risk. Exhibit 2, January 2010 Notification to Inmate and Publisher/Sender of Rejected Publication, BOP000056. | | |
| 9. A notice of rejection prepared by ADX states that the June 2010 issue of *PLN* was rejected because page 11 "contains information on a riot at USP Florence and information on an ADX inmate."  Exhibit 3, June | | |

| | | |
|---|---|---|
| 2010 Notification to Inmate and Publisher/Sender of Rejected Publication, BOP000082; *see also* Exhibit 10, Chapman Dep. II at 182:18–183:1. | | |
| 10. The June 2010 rejection notice did not identify the information about the riot or inmate that was supposedly a security risk. Exhibit 3, June 2010 Notification to Inmate and Publisher/Sender of Rejected Publication, BOP000082. | | |
| 11. A notice of rejection prepared by ADX states that the October 2011 issue of *PLN* was rejected because pages 20, 21, and 50 "contain information on FCC Florence inmates and staff." Exhibit 4, October 2011 Notification to Inmate and Publisher/Sender of Rejected Publication, BOP000136; *see also* Exhibit 10, Chapman Dep. II at 191:2–6. | | |
| 12. The October 2011 rejection notice did not identify the information about the inmates and staff that was supposedly a security risk. Exhibit 4, October 2011 Notification to Inmate and Publisher/Sender of Rejected Publication, BOP000136. | | |
| 13. The article appearing on pages 20 and 21 of the October 2011 issue of *PLN* | | |

| | | |
|---|---|---|
| discusses a lawsuit by federal prisoners in Indiana and Illinois and does not reference ADX inmates. Exhibit 5, October 2011 *PLN* Issue, PLN_0001187, at 1206–07. | | |
| 14. An article appearing on page 50 of the October 2011 issue of *PLN* discusses the conviction of four inmates at FCC Florence of beating another inmate to death, and states that the murder was allegedly due to a "disrespect" issue involving the Surenos gang. Exhibit 5, October 2011 *PLN* Issue, PLN_0001187, at 1236. | | |
| 15. An article appearing on page 50 of the October 2011 issue of *PLN* discusses an indictment charged against a BOP staff member for stealing equipment from a BOP facility. Exhibit 5, October 2011 *PLN* Issue, PLN_0001187, at 1236. | | |
| 16. A notice of rejection prepared by ADX states that the November 2011 issue of *PLN* was rejected because pages 38 and 47 "contain information on inmates who cooperated with BOP investigations." Exhibit 6, November 2011 Notification to Inmate and Publisher/Sender of Rejected Publication, BOP000215; *see also* Exhibit 33, Dep. of Todd | | |

| | | |
|---|---|---|
| Chapman (Jan. 17, 2017) ("Chapman Dep. I") at 61:14–62:8. | | |
| 17. The November 2011 rejection notice did not identify the information about the inmates that was supposedly a security risk.. Exhibit 6, November 2011 Notification to Inmate and Publisher/Sender of Rejected Publication, BOP000215. | | |
| 18. An article appearing on page 38 of the November 2011 issue of *PLN* concerns a lawsuit filed by a "John Doe" federal prisoner who was allegedly attacked by a prison guard, an "Officer Wooten," for participating in an investigation of another BOP guard at the U.S. Penitentiary in Atlanta, Georgia. Exhibit 7, November 2011 *PLN* Issue, PLN_0001341, at 1378. | | |
| 19. The BOP inmate discussed in the article appearing at page 38 of the November 2011 issue of *PLN* was not identified by name and was not incarcerated at the ADX at the time of the investigation discussed in the article. Exhibit 8, Def.'s 2d Suppl. Resp. to Pl.'s Interrog. No. 2, at 5. | | |
| 20. An article appearing at page 47 of the November 2011 issue of *PLN* discusses a | | |

| | | |
|---|---|---|
| U.S. District Court, District of Oregon case that was dismissed due to mishandling of evidence by BOP employees. Exhibit 7, November 2011 *PLN* Issue, PLN_0001341, at 1387. | | |
| 21. An ADX inmate appealed the rejection of the October and November 2011 issues of *PLN* to the North Central Regional Office on or around January 11, 2012. Exhibit 9, Regional Administrative Remedy Appeal and BP-229 Response, BOP001077, at 1078; *see also* Exhibit 10, Chapman Dep. II at 191:22–193:5. | | |
| 22. On February 6, 2012, Acting Regional Director Amber L. Nelson remanded an ADX inmate's appeal of the rejection of the October and November 2011 issues of *PLN* to ADX for further review. Exhibit 9, Regional Administrative Remedy Appeal and BP-229 Response, BOP001077, at 1077; *see also* Exhibit 10, Chapman Dep. II at 191:22–193:5. | | |
| 23. At some time before September 6, 2012, Assistant Warden Dennis Stamper determined that the October and November 2011 issues of *PLN* were improperly rejected. Exhibit 9, Regional | | |

|  |  |  |
|---|---|---|
| Administrative Remedy Appeal and BP-229 Response, BOP001077, at 1079; *see also* Exhibit 10, Chapman Dep. II at 191:22–193:5. |  |  |
| 24. On August 10, 2012, the October 2011 and November 2011 issues of *PLN* were delivered to the ADX inmate who appealed the rejections.  Exhibit 9, Regional Administrative Remedy Appeal and BP-229 Response, BOP001077, at 1079. |  |  |
| 25. The October 2011 issue of *PLN* was improperly rejected by ADX at the time that it was rejected.  Exhibit 10, Chapman Dep. II at 194:6–10. |  |  |
| 26. The November 2011 issue of *PLN* was improperly rejected by ADX at the time that it was rejected.  Exhibit 10, Chapman Dep. II at 199:11–15. |  |  |
| 27. BOP did not inform PLN of an inmate's successful appeal of the rejection of the October 2011 and November 2011 issues of *PLN*.  Exhibit 10, Chapman Dep. II at 198:9–16. |  |  |
| 28. Prior to 2017, BOP did not deliver the October 2011 or November 2011 issues of *PLN* to any ADX |  |  |

| | | |
|---|---|---|
| inmates other than the inmate who successfully appealed the rejections. Exhibit 10, Chapman Dep. II at 198:17–199:24. | | |
| 29. A notice of rejection prepared by ADX states that the June 2012 issue of *PLN* was rejected it "contains information about an ADX inmate and former staff members." Exhibit 11, June 2012 Notification to Inmate and Publisher/Sender of Rejected Publication, BOP000253; *see also* Exhibit 10, Chapman Dep. II at 200:25–201:5. | | |
| 30. The notice of rejection of the June 2012 issue of *PLN* does not indicate the page or pages on which allegedly objectionable material appears. Exhibit 11, June 2012 Notification to Inmate and Publisher/Sender of Rejected Publication, BOP000253. | | |
| 31. The June 2012 rejection notice did not identify the information about the inmate and former staff member that was supposedly a security risk. Exhibit 11, June 2012 Notification to Inmate and Publisher/Sender of Rejected Publication, BOP000253. | | |
| 32. A notice of rejection prepared by ADX states that | | |

| | | |
|---|---|---|
| the November 2012 issue of *PLN* was rejected because page 42 "discusses individuals incarcerated at Administrative Maximum Security Institution." Exhibit 12, November 2012 Notification to Inmate and Publisher/Sender of Rejected Publication, BOP000303; *see also* Exhibit 10, Chapman Dep. II at 208:11–14. | | |
| 33. The November 2012 rejection notice did not identify the information about the inmates that was supposedly a security risk. Exhibit 12, November 2012 Notification to Inmate and Publisher/Sender of Rejected Publication, BOP000303. | | |
| 34. A notice of rejection prepared by ADX states that the February 2013 issue of *PLN* was rejected because pages 8 and 9 "discuss[] individuals incarcerated at U.S. Penitentiary Florence (ADX)." Exhibit 13, February 2013 Notification to Inmate and Publisher/Sender of Rejected Publication, BOP000323; *see also* Exhibit 10, Chapman Dep. II at 220:16–23. | | |
| 35. The February 2013 rejection notice did not identify the information about the inmate that was supposedly a security risk. Exhibit 13, February 2013 | | |

| | | |
|---|---|---|
| Notification to Inmate and Publisher/Sender of Rejected Publication, BOP000323. | | |
| 36. An article appearing at pages 8 and 9 of the February 2013 issue of *PLN* discusses the U.S. Court of Appeals for the Tenth Circuit's ruling in a case brought by terrorism prisoners at the ADX. Exhibit 14, February 2013 *PLN* Issue, PLN_0001572, at 1579–80. | | |
| 37. The Tenth Circuit's ruling in *Rezaq v. Nalley*, 677 F.3d 1001 (10th Cir. 2012), is available to ADX inmates through the ADX Electronic Law Library.  Exhibit 15, Def.'s Resp. to Pl.'s 1st Requests for Admission at 8. | | |
| 38. All information contained in the article at pages 8 and 9 of the February 2013 issue of *PLN* is included in a published judicial opinion, *Rezaq v. Nalley*, 677 F.3d 1001 (10th Cir. 2012). Exhibit 14, February 2013 *PLN* Issue, PLN_0001572, at 1579-80; Exhibit 16, *Rezaq v. Nalley*, 677 F.3d 1001 (10th Cir. 2012), PLN_0001831–45. | | |
| 39. The published judicial opinion, *Rezaq v. Nalley*, 677 F.3d 1001, identifies four ADX inmates as terrorists. Exhibit 14, February 2013 | | |

| | | |
|---|---|---|
| *PLN* Issue, PLN_0001572, at 1579–80; Exhibit 16, *Rezaq v. Nalley*, 677 F.3d 1001 (10th Cir. 2012), PLN_0001831–45. | | |
| 40. A notice of rejection prepared by ADX states that the April 2013 issue of *PLN* was rejected because page 32 "discusses individuals incarcerated at U.S. Penitentiary Florence (ADX)." Exhibit 17, April 2013 Notification to Inmate and Publisher/Sender of Rejected Publication, BOP000350; *see also* Exhibit 10, Chapman Dep. II at 228:21–25. | | |
| 41. The April 2013 rejection notice did not identify the information about the inmates that was supposedly a security risk. Exhibit 17, April 2013 Notification to Inmate and Publisher/Sender of Rejected Publication, BOP000350. | | |
| 42. An article appearing on page 32 of the April 2013 issue of *PLN* discusses the U.S. Court of Appeals for the Tenth Circuit's ruling in a case brought by an ADX inmate. Exhibit 18, April 2013 *PLN* Issue, PLN_0001668, at 1699. | | |
| 43. The Tenth Circuit's ruling in *Al-Owhali v. Holder*, 687 F.3d 1236 (10th | | |

| | | |
|---|---|---|
| Cir. 2012) is available to ADX inmates through the ADX Electronic Law Library. Exhibit 15, Def.'s Resp. to Pl.'s 1st Requests for Admission at 9. | | |
| 44. All information contained in the article at page 32 of the April 2013 issue of *PLN* is included in a published judicial opinion, *Al-Owhali v. Holder*, 687 F.3d 1236 (10th Cir. 2012). Exhibit 18, April 2013 *PLN* Issue, PLN_0001668, at 1699; Exhibit 19, *Al-Owhali v. Holder*, 687 F.3d 1236 (10th Cir. 2012), PLN_0001767–74. | | |
| 45. The published judicial opinion, *Al-Owhali v. Holder*, 687 F.3d 1236 (10th Cir. 2012) identifies an ADX inmate as a terrorist. Exhibit 19, *Al-Owhali v. Holder*, 687 F.3d 1236 (10th Cir. 2012), PLN_0001767. | | |
| 46. A notice of rejection prepared by ADX states that the July 2013 issue of *PLN* was rejected because pages 36 and 37 "discuss[] individuals incarcerated at U.S. Penitentiary Florence (ADX)." Exhibit 20, July 2013 Notification to Inmate and Publisher/Sender of Rejected Publication, BOP000405; *see also* Exhibit | | |

| | | |
|---|---|---|
| 33, Chapman Dep. I at 81:17–22. | | |
| 47. The July 2013 rejection notice did not identify the information about the inmate that was supposedly a security risk. Exhibit 20, July 2013 Notification to Inmate and Publisher/Sender of Rejected Publication, BOP000405. | | |
| 48. An article appearing at pages 36 and 37 of the July 2013 issue of *PLN* discusses a ruling by the U.S. Court of Appeals for the Tenth Circuit. Exhibit 21, July 2013 *PLN* Issue, PLN_0000751, at 786–87. | | |
| 49. The Tenth Circuit's ruling in *Palma-Salazar v. Davis*, 677 F.3d 1031 (10th Cir. 2012) is available to ADX inmates through the ADX Electronic Law Library. Exhibit 15, Def.'s Resp. to Pl.'s 1st Requests for Admission at 10. | | |
| 50. All information contained in the article at pages 36 and 37 of the July 2013 issue of *PLN* is included in a published judicial opinion, *Palma-Salazar v. Davis*, 677 F.3d 1031 (10th Cir. 2012).  Exhibit 21, July 2013 *PLN* Issue, PLN_0000751, at 786–87; Exhibit 22, *Palma-Salazar v.* | | |

| | | |
|---|---|---|
| *Davis*, 677 F.3d 1031 (10th Cir. 2012), PLN_0001823. | | |
| 51. The published judicial opinion, *Palma-Salazar v. Davis*, 677 F.3d 1031 (10th Cir. 2012), identifies an ADX inmate as a member of the Sinaloa drug cartel.  Exhibit 22, *Palma-Salazar v. Davis*, 677 F.3d 1031 (10th Cir. 2012), PLN_0001823. | | |
| 52. A notice of rejection prepared by ADX states that the entire September 2013 issue of *PLN* was rejected because pages 18 and 20 "contain the names of former Bureau of Prisons staff members that have been sentenced."  Exhibit 23, September 2013 Notification to Inmate and Publisher/Sender of Rejected Publication, BOP000439; *see also* Exhibit 29, Dep. of David Berkebile (Jan. 19, 2018) ("Berkebile Dep.") at 107:15–20. | | |
| 53. The September 2013 rejection notice did not identify the information about the inmate that was supposedly a security risk. Exhibit 23, September 2013 Notification to Inmate and Publisher/Sender of Rejected Publication, BOP000439. | | |
| 54. The September 2013 issue of *Prison Legal News* was improperly rejected by | | |

| | | |
|---|---|---|
| ADX at the time that it was rejected. Exhibit 10, Chapman Dep. II at 251:2–9. | | |
| 55. A notice of rejection prepared by ADX states that the entire April 2014 issue of *PLN* was rejected because page 42 "contains information on an individual incarcerated at United States Penitentiary (ADX) and details on his case." Exhibit 24, April 2014 Notification to Inmate and Publisher/Sender of Rejected Publication, BOP000449; *see also* Exhibit 10, Chapman Dep. II at 251:19–22. | | |
| 56. The April 2014 rejection notice did not identify the information about the inmate that was supposedly a security risk. Exhibit 24, April 2014 Notification to Inmate and Publisher/Sender of Rejected Publication, BOP000449. | | |
| 57. ADX inmates have access to published U.S. federal court opinions through the ADX Electronic Law Library. Exhibit 8, Def.'s 2d Suppl. Resp. to Pl.'s Interrog. No. 4, at 9; Exhibit 25, Listing of ADX Electronic Law Library Content, BOP2129–2133; *see also* Exhibit 10, Chapman Dep. II at 158:22–159:11. | | |

| | | |
|---|---|---|
| 58. ADX has never censored any content contained in the ADX Electronic Law Library. Exhibit 10, Chapman Dep. II at 212:21–25. | | |
| 59. A warden may not deny an ADX inmate access to a published court decision. Exhibit 26, Dep. of Mark Collins (Apr. 19, 2018) ("Collins Dep.") at 125:25–126:6. | | |
| 60. ADX has told PLN that "future issues of *Prison Legal News*, that may contain personal information about an ADX inmate, will be more thoroughly reviewed to ensure information contained therein is not already available publicly through the Electronic Law Library or other federal publications." Exhibit 27, Letter from ADX to P. Swanson, Re: Rejection of *Prison Legal News* at ADX Florence (Sept. 15, 2015), PLN_0008621–22. | | |
| 61. ADX made no effort to redact or remove the material in the eleven rejected *PLN* issues to which ADX objected and deliver the unobjectionable portion to subscribers. Exhibit 28, Dep. of John Dunkleberger (Mar. 9, 2018) ("Dunkleberger Dep.") at 33:4–13; Exhibit | | |

| | | |
|---|---|---|
| 10, Chapman Dep. II at 166:17–167:8. | | |
| 62. There is no sound security rationale for the practice of rejecting an article solely because it referenced the name of a ADX or BOP inmate or BOP staff member. Exhibit 26, Collins Dep. 17:24–18:10. | | |
| 63. The eleven rejected *PLN* issues were re-reviewed by BOP after this lawsuit was filed and were found not to be detrimental to security at the ADX. Exhibit 30, Def.'s 3d Suppl. Resp. to Pl.'s 1st Interrog. No. 2, at 2. | | |
| 64. The eleven rejected *PLN* issues were delivered to ADX inmate subscribers on March 1, 2017. Exhibit 31, Suppl. Decl. of Jack Fox, ECF No. 66-1. | | |
| 65. An article titled "Prisoners Raped and Sexually Abused while PREA Standards Pending" appearing at pages 17–21 of the September 2013 issue of *Prison Legal News* collects reports of nationwide instances of arrests and convictions of prison employees. Exhibit 32, September 2013 *PLN* Issue, PLN_0000837, at 853–57. | | |
| 66. BOP has never seriously considered | | |

| | | |
|---|---|---|
| redaction or removal of objectionable content as an alternative to wholesale rejection of entire publications that may contain objectionable content. Exhibit 28, Dunkleberger Dep. at 75:21–25. | | |

DATED: May 14, 2018.

Respectfully Submitted,

<u>*s/ Terra W. Fulham*</u>
Steven D. Zansberg
Ballard Spahr LLP
1225 17th Street, Suite 2300
Denver, CO 80202
Telephone: (303) 376-2409
FAX: (303) 296-3956
E-mail: zansbergs@ballardspahr.com

Peter A. Swanson
Terra W. Fulham
Matthew S. Shapanka
Alyson R. Sandler
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-6000
FAX: (202) 662-6291
E-mail: pswanson@cov.com
tfulham@cov.com
mshapanka@cov.com
asandler@cov.com

Sabarish Neelakanta
Masimba Mutamba
Human Rights Defense Center
PO Box 1151
Lake Worth, Florida 33460
Telephone: (561) 360-2523
Email:
sneelakanta@humanrightsdefensecenter.org
mmutamba@humanrightsdefensecenter.org

*Of Counsel:*

Elliot Mincberg
Washington Lawyers' Committee for Civil Rights & Urban Affairs
11 Dupont Circle NW
Suite 400
Washington, DC 20036
Telephone: (202) 319-1000
Email: elliot_mincberg@washlaw.org

David M. Shapiro
Northwestern University School of Law
375 E. Chicago Avenue
Chicago, IL 60611
Telephone: (312) 503-0711
Email: david.shapiro@law.northwestern.edu

*Attorneys for Plaintiff Prison Legal News*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of May, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF/CM electronic filing system, which will send electronic notification to all counsel of record.

In compliance with Civ. Practice Standard IV.B.2.f, a Microsoft Word version of this document has been provided to Defendant's counsel of record by electronic mail.

*s/Terra W. Fulham*
Terra W. Fulham