IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-CV-02184-RM-STV

PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,

    Plaintiff,

    v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

_____

**INDEX OF EXHIBITS TO PLAINTIFF PRISON LEGAL NEWS'S
MOTION FOR PARTIAL SUMMARY JUDGMENT**
_____

| Exhibit No. | Document Description |
|---|---|
| 1 | *Prison Legal News v. Federal Bureau of Prisons*, Scheduling Order, ECF No. 90, September 8, 2017 |
| 2 | January 2010 Notification to Inmate and Publisher/Sender of Rejected Publication |
| 3 | June 2010 Notification Inmate and Publisher/Sender of Rejected Publication |
| 4 | October 2011 Notification to Inmate and Publisher/Sender of Rejected Publication |
| 5 | October 2011 Issue of *Prison Legal News* |
| 6 | November 2011 Notification to Inmate and Publisher/Sender of Rejected Publication |
| 7 | November 2011 Issue of *Prison Legal News* |
| 8 | Def.'s 2d Suppl. Resp. to Pl.'s Interrog. |
| 9 | Regional Administrative Remedy Appeal and BP-229 Response |
| 10 | Dep. of Todd Chapman, Mar. 16, 2018 ("Chapman Dep. II") (Excerpt) |
| 11 | June 2012 Notification to Inmate and Publisher/Sender of Rejected Publication |

| 12 | November 2012 Notification to Inmate and Publisher/Sender of Rejected Publication |
|---|---|
| 13 | February 2013 Notification to Inmate and Publisher/Sender of Rejected Publication |
| 14 | February 2013 Issue of *Prison Legal News* |
| 15 | Def.'s Resp. to Pl.'s 1st Requests for Admission |
| 16 | *Rezaq v. Nalley*, 677 F.3d 1001 (10th Cir. 2012) |
| 17 | April 2013 Notification to Inmate and Publisher/Sender of Rejected Publication |
| 18 | April 2013 Issue of *Prison Legal News* |
| 19 | *Al-Owhali v. Holder*, 687 F.3d 1236 (10th Cir. 2012) |
| 20 | July 2013 Notification to Inmate and Publisher/Sender of Rejected Publication |
| 21 | July 2013 Issue of *Prison Legal News* |
| 22 | *Palma-Salazar v. Davis*, 677 F.3d 1031 (10th Cir. 2012) |
| 23 | September 2013 Notification to Inmate and Publisher/Sender of Rejected Publication |
| 24 | April 2014 Notification to Inmate and Publisher/Sender of Rejected Publication |
| 25 | Listing of ADX Electronic Law Library Content |
| 26 | Dep. of Mark Collins, Apr. 19, 2018 (Excerpt) |
| 27 | Letter from ADX to P. Swanson, Re: Rejection of *Prison Legal News* at ADX Florence, Sept. 15, 2015 |
| 28 | Dep. of John Dunkleberger, Mar. 9, 2018 (Excerpt) |
| 29 | Dep. of David Berkebile, Jan. 19, 2018 (Excerpt) |
| 30 | Def.'s 3d Suppl. Resp. to Pl.'s 1st Interrog. |
| 31 | *Prison Legal News v. Federal Bureau of Prisons*, Suppl. Decl. of Jack Fox, ECF No. 66-1, Mar. 14, 2017 |
| 32 | September 2013 Issue of *Prison Legal News* |
| 33 | Dep. of Todd Chapman, Jan. 17, 2017 ("Chapman Dep. I") (Excerpt) |

| 34 | ADX Institution Supplement 5266.11C, Incoming Publications, Feb. 2, 2016 |
|---|---|
| 35 | Def.'s 1st Suppl. Resp. to Pl.'s Interrog. |
| 36 | Def.'s Resp. to Pl.'s 2d Interrog. |
| 37 | *Prison Legal News v. Federal Bureau of Prisons*, Def.'s Mot. to Dismiss, ECF No. 31, July 27, 2016 |
| 38 | *Prison Legal News v. Federal Bureau of Prisons*, Decl. of Todd Chapman, ECF No. 31-1, July 27, 2016 (without attachments) |
| 39 | *Prison Legal News v. Federal Bureau of Prisons*, Complaint, ECF No. 1, October 1, 2015 |