# EXHIBIT 3

## Notification to Inmate and Publisher/Sender of Rejected Publication

INMATE: ▮

REGISTER NUMBER: ▮

INSTITUTION: United States Penitentiary
Administrative Maximum
P.O. Box 8500
Florence, CO 81226-8500

SUBJECT: "Prison Legal News"   Date/Issue of Publication: June 2010, Vol. 21 No. 6
Page: 11

The above-named publication has been rejected in accordance with the Bureau of Prisons Program Statement 5266.10, Incoming Publications, which states in part, "The Warden may reject a publication if it is determined detrimental to the security, good order, or discipline of the institution or if it may facilitate criminal activity."

The publication has been rejected because the referenced page contains information on a riot at USP Florence and information on an ADX inmate. Due to the reason cited, the above-named publication is not suited for introduction into a correctional facility.

You may request to review the publication for the purpose of filing an appeal under the Administrative Remedy Procedure, unless such review may provide information which is deemed to pose a threat or detriment to the security of this institution. If an appeal is not received within 20 days, this publication will be returned to the publisher. In the event an appeal is filed, the rejected publication will be held at the institution until the appeal process is completed.

A copy of this notification has been sent to the publisher/sender who may obtain an independent review of this rejection by writing to the Regional Director, Gateway Complex Tower II, 8th Floor, 4th and State Avenue, Kansas City, Kansas 66101-2492, within 20 days of receipt of that copy.

_____        7/14/10
Blake R. Davis, Complex Warden              Date

BLD/rjm

cc: Prison Legal News
    2400 NW 80th Street #148
    Seattle, WA 98117

**CONFIDENTIAL**

BOP000082