# EXHIBIT 9

RECEIVED

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

FEB 09 2012

ADX Warden's Office

**Regional Administrative Remedy Appeal**
**Part B - Response**

---

**Administrative Remedy Number:** 669446-R1

---

This is in response to your Regional Administrative Remedy Appeal received in this office on January 17, 2012, wherein you claim two incoming publications titled Prison Legal News were improperly rejected. You also allege you were not given the opportunity to review the publications prior to rejection. For relief, you request to review the publications or be issued the rejected publications.

We have reviewed your appeal and the Warden's response dated January 9, 2012. Your appeal has been remanded back to the institution for further review. They will provide you with an additional written response to your appeal. If you are not satisfied with their response, you may reinstate your appeal at the Regional Office level.

Based on the above, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

2/6/12
_____
Date

_____
Amber L. Nelson, Acting Regional Director

**001077**

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: ⬛⬛⬛⬛⬛⬛⬛⬛  11a2.647N.4   D   ADX

    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL**

The facts and arguments at the institutional level are reincorporated in this appeal. The warden not specifically address any of the points raised in my BP-9, he merely copied the rejection notices word for word.

I request to review the publications to prepare further appeals and that the publications be delivered and that ADX cease reject this publication.

1-11-12

    DATE          SIGNATURE OF REQUESTER

**Part B - RESPONSE**

 

 

    DATE          REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE    CASE NUMBER: 661446-R1

**Part C - RECEIPT**

     CASE NUMBER: _____

Return to: _____

    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____      **CONFIDENTIAL** _____  **001078**

    DATE          SIGNATURE, RECIPIENT OF REGIONAL APPEAL

**BP-229 RESPONSE**                    **Case Number: 669446-F1**
                                                          **Amended**


Your Request for Administrative Remedy dated December 16, 2011, and received in this office December 19, 2011, has been re-reviewed as requested by the Regional Director. Specifically, you state the October and November issues of <u>Prison Legal News</u> were improperly rejected.

Upon re-reviewing the issue raised in your Request for Administrative Remedy, it was determined the publications were improperly rejected.   The publications were provided to you on August 10, 2012.

Accordingly, your Request for Administrative Remedy is granted.   In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.


_____            _____
D. Berkebile, Warden                                      Date


**001079**