# EXHIBIT 25

## Federal Bureau of Prisons – Electronic Law Library (ELL) Content

United States Department of Justice Federal Bureau of Prisons Program Statements

United States Sentencing Guidelines

Historical United States Sentencing Guidelines

United States Parole Commission Rules and Procedures Manual

United States Constitution

Constitutional Rights of Prisoners

Federal Court Rules

Local Federal District Court Rules

United States Code Service

United States Code Service Tables, includes:
        Statutes-At-Large;
        Table of Acts by Popular Name;
        Table of Abbreviation

Code of Federal Regulations

District of Columbia Code

District of Columbia Court Rules Annotated

The Criminal Practice Institute Practice Manual

Bender's Federal Practice Forms

Criminal Defense Techniques

Criminal Law Deskbook

Federal Habeas Corpus Practice and Procedure

Understanding Criminal Procedure – **Vol. 1**

Understanding Criminal Procedure – Vol. 2

The Law Dictionary

Spanish/English Legal Dictionary

Moore's Federal Practice – Criminal

Modern Federal Jury Instructions – Criminal

Prisoners' Assistance Directory

Court Addresses

BNA Criminal Law Reporter

Shepard's Federal Citations (Court of Appeals Cases/US District) and Federal Statutes Citations

Shepard's U.S. Supreme Court Citations and Case Names Citator

Shepard's DC Citations

DOJ Legal Opinions

Immigration Law and Procedure: Desk Edition

BIA & AAU Non-Precedent Decisions

Immigration (BIA, AAO, etc.) Precedent Decisions

Immigration Agency Decisions

Manual for Courts - Martial, 2012

Military Rules of Evidence Manual

Military Criminal Justice: Practice and Procedure, Eighth Edition

Military Court Rules of the United States

Military Courts - Case Update

Decisions from the Military Courts

Supreme Court Reports - Case Update

Supreme Court Reports, Lawyers' Edition, Vols. 1-100

Supreme Court Reports, Lawyers' Edition, 2nd Series, Vols. 1 to 133

Supreme Court Reports, Lawyers' Edition, 2nd Series, Vols. 134 to Present

United States Supreme Court: Bench Opinions

Supreme Court Reports

Annotations from Lawyers' Edition, Second Series

Citator Service to Lawyers' Edition, Second Series

Table of Statutory Cites to Lawyers' Edition, Second Series

Quick Case Table for Lawyers' Edition, Second Series


U.S. Court of Appeals - Case Update

U.S. District Court - Case Update

U.S. Court of Appeals - 1st Circuit

U.S. District Court - 1st Circuit

U.S. Court of Appeals - 2nd Circuit (1958 to Present)

U.S. Court of Appeals - 2nd Circuit (Prior to 1958)

U.S. District Court - 2nd Circuit (2002 to Present)

U.S. District Court - 2nd Circuit (1997 to 2001)

U.S. District Court - 2nd Circuit (1990 to 1996)

U.S. District Court - 2nd Circuit (1980 to 1989)

U.S. District Court - 2nd Circuit (Prior to 1980)

U.S. Court of Appeals - 3rd Circuit

U.S. District Court - 3rd Circuit (1998 to Present)

U.S. District Court - 3rd Circuit (1988 to 1997)

U.S. District Court - 3rd Circuit (Prior to 1988)

U.S. Court of Appeals - 4th Circuit (1995 to Present)

U.S. Court of Appeals - 4th Circuit (Prior to 1995)

U.S. District Court - 4th Circuit (1991 to Present)

U.S. District Court - 4th Circuit (Prior to 1991)

U.S. Court of Appeals - 5th and 11th Circuit (1990 to Present)

U.S. Court of Appeals - 5th and 11th Circuit (1975 to 1989)

U.S. Court of Appeals - 5th and 11th Circuit (Prior to 1975)

U.S. District Court - 5th Circuit (1998 to Present)

U.S. District Court - 5th Circuit (Prior to 1998)

U.S. Court of Appeals - 6th Circuit (1995 to Present)

U.S. Court of Appeals - 6th Circuit (Prior to 1995)

U.S. District Court - 6th Circuit (1990 to Present)

U.S. District Court - 6th Circuit (Prior to 1990)

U.S. Court of Appeals - 7th Circuit (1993 to Present)

U.S. Court of Appeals - 7th Circuit (Prior to 1993)

U.S. District Court - 7th Circuit (2000 to Present)

U.S. District Court - 7th Circuit (1992 to 1999)

U.S. District Court - 7th Circuit (Prior to 1992)

U.S. Court of Appeals - 8th Circuit (1995 to Present)

U.S. Court of Appeals - 8th Circuit (Prior to 1995)

U.S. District Court - 8th Circuit (1996 to Present)

U.S. District Court - 8th Circuit (Prior to 1996)

U.S. Court of Appeals - 9th Circuit (1995 to Present)

U.S. Court of Appeals - 9th Circuit (Prior to 1995)

U.S. District Court - 9th Circuit (1994 to Present)

U.S. District Court - 9th Circuit (Prior to 1994)

U.S. Court of Appeals - 10th Circuit

U.S. District Court - 10th Circuit (1994 - Present)

U.S. District Court - 10th Circuit (Prior to 1994)

U.S. District Court - 11th Circuit (1991 to Present)

U.S. District Court - 11th Circuit (Prior to 1991)

U.S. Court of Appeals - Federal Circuit

U.S. Court of Appeals - DC Circuit

U.S. District Court - District of Columbia

District of Columbia - Case Update

District of Columbia Judicial Decisions

Legal Research Guide: Patterns and Practice

LexisNexis Electronic Law Library Training Manual

Matthew Bender Master Agreement