# EXHIBIT 29

1

```
 1            IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLORADO
 2
      Civil Action No. 15-cv-02184-RM-STV
 3    _____

 4                     VIDEOTAPE DEPOSITION OF:
                 DAVID BERKEBILE - January 19, 2018
 5                      (Designations Pending)
      _____
 6
      PRISON LEGAL NEWS, a project of the Human Rights
 7    Defense Center,

 8    Plaintiff,

 9    v.

10    FEDERAL BUREAU OF PRISONS,

11    Defendant.
      _____
12

13                PURSUANT TO NOTICE and SUBPOENA, the
      videotape deposition of DAVID BERKEBILE was taken on
14    behalf of the Plaintiff at 1225 17th Street, Suite
      2300, Denver, Colorado 80202, on January 19, 2018, at
15    8:37 a.m., before Barbara Birger, Registered Merit
      Reporter, Certified Realtime Reporter and Notary
16    Public within Colorado.

17

18

19

20

21

22

23

24

25
```

H+G

Hunter + Geist, Inc.

303.832.5966
800.525.8490

1900 Grant Street, Suite 1025
Denver, CO 80203

www.huntergeist.com
scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

Page 2

```
                A P P E A R A N C E S

    For the Plaintiff:

            STEPHEN KIEHL, ESQ.
            MATTHEW S. SHAPANKA, ESQ.
            Covington & Burling L.L.P.
            850 Tenth Street, NW
            Washington, D.C. 20001


    For the Defendant:

            SUSAN PROSE, ESQ.
            U.S. Department of Justice
            1801 California Street, Suite 1600
            Denver, Colorado 80202


    Also Present:

             Kaitlin B. Turner
             Dan Marshall, Esq.
             (Appearing telephonically)
             John Jensen, Videographer
```

```
11:43:56   1                   (Deposition Exhibit 56 was marked.)
11:43:57   2          Q.    Okay.  Thank you.  I am now marking
11:44:04   3   Exhibit 56 for you, which is a document bearing Bates
11:44:13   4   number BOP000442, and is an excerpt of the
11:44:20   5   September 2013 issue of Prison Legal News.  At the
11:44:31   6   same time I would like to mark two other exhibits for
11:44:37   7   you to look at in conjunction with that.
11:44:40   8          A.    Thank you.
11:44:41   9          Q.    So I will mark as Exhibit 57 a document
11:44:47  10   bearing Bates number BOP000440.
11:44:50  11                   (Deposition Exhibit 57 was marked.)
11:44:56  12          Q.    And I will mark as Exhibit 58 a document
11:45:01  13   bearing Bates number BOP000439.
11:45:08  14                   (Deposition Exhibit 58 was marked.)
11:45:14  15          Q.    So, Warden Berkebile, it might be helpful
11:45:17  16   here to work backwards from the exhibits.  So if we
11:45:23  17   look at Exhibit 58, which I believe to be the
11:45:30  18   rejection notice for the September 2013 issue of
11:45:33  19   Prison Legal News; is that correct?
11:45:36  20          A.    Yes, sir.
11:45:37  21          Q.    And this rejection notice identifies
11:45:40  22   pages 18 and 20 as containing objectionable content;
11:45:48  23   is that correct?
11:45:51  24          A.    Yes, sir.  It identifies it as containing
11:45:55  25   the names of former Bureau of Prisons staff members
```