# EXHIBIT 31

# Exhibit 1
# Supplemental Declaration of Jack Fox

*Prison Legal News v. Federal Bureau of Prisons*,
No. 15-cv-02184-RM-STV

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02184-RM-NYW

PRISON LEGAL NEWS,
a project of the Human Rights Defense Center,

      Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

      Defendant.

## SUPPLEMENTAL DECLARATION OF JACK FOX

I, Jack Fox, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby supplement my previous declaration (Doc. 59-1).

1. Since February 2016, no incoming publication at the ADX has been rejected solely because it contained the name of a Bureau staff member or Bureau inmate. *See also* Doc. 31-1 at ¶¶ 21-22; Doc. 59-1 at ¶ 5.

2. The following chart indicates the total number of all incoming publications rejected at the ADX in 2015, 2016, and the first two months of 2017:

| Time Period | Number of Rejections and Reasons | Reference |
|---|---|---|
| (1) February 2015 – December 31, 2015 | 106 (total)<br>25 (sexually explicit or nudity-based)<br>81 (non-sexually explicit or nudity-based) | Doc. 31-1 at ¶ 23; Doc. 59-1 at ¶ 8 |
| (2) February 2, 2016 – July | 30 (total) | Doc. 31-1 at ¶ |

1

| | | |
|---|---|---|
| 12, 2016 | 21 (sexually explicit or nudity-based) <br> 9 (non-sexually explicit or nudity-based) | 21; Doc. 59-1 at ¶ 8 |
| (3) July 12, 2016 – December 31, 2016 | 19 (total) <br> 9 (sexually explicit or nudity-based) <br> 10 (non-sexually explicit or nudity based) <br> Of these, 5 Special Administrative Measures (SAMs) – all of which were non-sexually explicit or nudity-based | Doc. 59-1 at ¶ 8 |
| (4) January 1, 2017, through March 14, 2017 | 7 (total) <br> 1 (sexually explicit or nudity-based) <br> 6 (non-sexually explicit or nudity-based) | N/A |

      3.      As indicated in the above chart, currently in 2017, I have rejected seven incoming publications at the ADX. Two of these publications were sent to inmates who have SAMs. After a full review pursuant to the procedures set forth in the February 2016 Policy, FLM 5266.11C, *Incoming Publications*, each of these publications was determined to be "detrimental to the security, good order, or discipline of the institution or . . . might facilitate criminal activity," pursuant to 28 C.F.R. § 540.71(b). The rejected publications included content that (1) provided encouragement for or instruction in committing criminal activity by instructing inmates how to circumvent mail-monitoring procedures, (2) discussed information related to and encouraged membership in a Bureau-designated Security Threat Group noted for violent prison conduct; (3) discussed how to plan and execute an escape from prison; and (4) promoted physical violence that may lead to group disruption (two separate incoming publications). The other two rejected incoming publications, directed to the SAMs inmate, advocated extremist activity and Islamic terrorism, and one was sexually explicit and nudity-based.

4. On March 1, 2017, all eleven of the previously-rejected issues of *Prison Legal News* were delivered to subscribers currently housed at the ADX.

5. No issue of *Prison Legal News* has been rejected at the ADX since April 2014, a period of nearly three years.

Pursuant to the provisions of 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on this 14th day of March 2017, in Florence, Colorado.

*s/ Jack Fox*
Jack Fox
Warden
ADX Florence, Colorado
Federal Bureau of Prisons