# Exhibit 2
# Paul Wright deposition (excerpt)

*Prison Legal News v. Fed. Bureau of Prisons*,
No. 15-cv-02184-RM-STV

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-CV-02184-RM-STV

Prison Legal News, a project
of the Human Rights Defense Center,

        Plaintiff,

vs.

Federal Bureau of Prisons,

        Defendant.
----------------------------------/

        United States Attorney's Office
        West Palm Beach, Florida
        Tuesday, March 6, 2018
        8:48 a.m. - 3:27 p.m.

Deposition of Paul Wright

    Taken before Sonnia Martinez, Notary Public in and for the State of Florida at Large, pursuant to Notice of Taking Deposition filed in the above cause.

- - - - - - -

 1      Q.   I understand.  So when you moved down
 2   to Lake Worth from Vermont did you bring all
 3   the hard copy files with you?
 4      A.   Yes.
 5      Q.   Okay.  All right.  I just want to
 6   make sure that there's no other places that
 7   documents could have been kept, anything like
 8   that.
 9      A.   No.
10      Q.   Okay.  All right.
11           I'd like to ask you a few quick
12   questions about each one of the rejection
13   packets that I've been able to identify in the
14   documents --
15      A.   Sure.
16      Q.   -- that have been produced, okay?
17           Bear with me just a second.
18           So it's my opinion, Mr. Wright, and I
19   want to see if you have the same
20   understanding, so we've got the eleven
21   rejections at issue in this case.
22      A.   Yes.
23      Q.   And just to confirm, BOP is not aware
24   of any other rejections of PLN during that
25   time frame.  Are you, sir?

 1      A.   No, I'm not.
 2           MR. SWANSON:  Objection, form.
 3  BY MS. PROSE:
 4      Q.   Okay.  And I also note that the
 5  records seem to show that of those eleven
 6  rejections, PLN appealed four of them,
 7  June 2012, July 2013, September 2013 and
 8  April 2014, does that square with your memory,
 9  too?
10      A.   I believe so.
11      Q.   Okay.  And I just want to ask you,
12  are you aware of any other appeals of any of
13  those eleven issues that we may have missed on
14  the BOP side?
15      A.   I don't think so, that seems
16  accurate.
17      Q.   Okay.  All right.  Thank you for
18  clarifying that.
19           Now, you note in your complaint, and
20  if you want we can take a look at it, but one
21  of the allegations that PLN makes, Mr. Wright,
22  is that you folks did not receive notice of
23  some of the rejections until something between
24  like six and nine months after the warden
25  actually rejected the publication; is that