**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02184-RM-STV

PRISON LEGAL NEWS, a project of the Human Rights Defense Center,

      Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

      Defendant.

---

**ORDER GRANTING FEDERAL BUREAU OF PRISONS'**
**MOTION TO RESTRICT ACCESS**

---

The Court, having reviewed the Federal Bureaus of Prisons' Motion to Restrict Access, and good cause appearing, hereby GRANTS the motion. It is ORDERED as follows:

- The BOP's proposed redactions to docket entry 105 are appropriate.
- Docket entry 105 **shall remain subject to a Level 1 restriction on access**.

DATED this ___ day of _____, 2018.


BY THE COURT:


_____