## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-CV-02184-RM-STV

PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,

    Plaintiff,

    v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

_____

## **DECLARATION OF ALYSON R. SANDLER**
_____

    1.    I am an associate with the law firm of Covington & Burling LLP, counsel for Plaintiff Prison Legal News ("PLN"). I am a member in good standing of the bar of New York and am admitted to practice before this Court.

    2.    I have personal knowledge of the facts set forth in this Declaration, which is made in support of PLN's Opposition to BOP's Motion for Summary Judgment, and, if called to testify, I could and would testify competently thereto.

    3.    Attached as Exhibit 6 is a true and correct copy of an email from Susan Prose, Assistant United States Attorney, to counsel for PLN, dated January 17, 2018.

    4.    Attached as Exhibit 7 is a true and correct copy of portions of the transcript of the deposition of Todd Chapman, taken on March 16, 2018.

    5.    Attached as Exhibit 8 is a true and correct copy of portions of the transcript of the deposition of Debra Payne, taken on March 7, 2018.

6. Attached as Exhibit 9 is a true and correct copy of a document produced to PLN by BOP entitled "Institution Supplement Number 5266.10C, Incoming Publications," dated August 1, 2007, bearing Bates numbers BOP000030 to BOP000035.

7. Attached as Exhibit 10 is a true and correct copy of a document produced to PLN by BOP entitled "Institution Supplement Number 5266.10D, Incoming Publications," dated March 1, 2011, bearing Bates numbers BOP000037 to BOP000041.

8. Attached as Exhibit 11 is a true and correct copy of a document produced to PLN by BOP entitled "Institution Supplement Number 5266.11A, Incoming Publications," dated January 24, 2013, bearing Bates numbers BOP000043 to BOP000046.

9. Attached as Exhibit 12 is a true and correct copy of a document produced to PLN by BOP entitled "Institution Supplement Number 5266.11B, Incoming Publications," dated December 8, 2014, bearing Bates numbers BOP000048 to BOP000051.

10. Attached as Exhibit 13 is a true and correct copy of portions of the transcript of the deposition of Blake Davis, taken on January 10, 2018.

11. Attached as Exhibit 14 is a true and correct copy of portions of the transcript of the deposition of David Berkebile, taken on January 19, 2018.

12. Attached as Exhibit 15 is a true and correct copy of portions of the transcript of the deposition of Shon Kuta, taken on March 14, 2018.

13. Attached as Exhibit 16 is a true and correct copy of portions of the transcript of the deposition of Dennis Stamper, taken on March 14, 2018.

14. Counsel for PLN received Defendant's Sixth Supplemental Log of Privileged and Non-Responsive Documents in this matter on March 28, 2018. A true and correct copy of the foregoing privilege log is attached as Exhibit 17.

15. Attached as Exhibit 18 is a true and correct copy of portions of the transcript of the deposition of Jack Fox, taken on February 8, 2018.

16. Attached as Exhibit 19 is a true and correct copy of portions of the transcript of the deposition of Mark Collins, taken on April 19, 2018.

17. Attached as Exhibit 20 is a true and correct copy of portions of the transcript of the deposition of Todd Chapman, taken on January 17, 2017.

18. Attached as Exhibit 21 is true and correct copy of an excerpt of the January 2010 issue of *Prison Legal News* produced to PLN by BOP, bearing Bates number BOP000054.

19. Attached as Exhibit 22 is a true and correct copy of an excerpt of the June 2012 issue of *Prison Legal News* produced to PLN by BOP, bearing Bates number BOP000251.

20. Attached as Exhibit 23 is a true and correct copy of an excerpt of the April 2014 issue of *Prison Legal News* produced to PLN by BOP, bearing Bates number BOP000448.

21. Attached as Exhibit 24 is a true and correct copy of an email from Susan Prose, Assistant United States Attorney, to counsel for PLN, dated December 7, 2017.

22. Counsel for PLN received the expert report of BOP's expert witness in this matter, Mark Collins, on March 23, 2018. A true and correct copy of an excerpt of this report is attached as Exhibit 25.

23. Attached as Exhibit 26 is a true and correct copy of a document produced to PLN by BOP entitled "Institution Supplement Number 5266.11D, Incoming Publications," dated May 30, 2017, bearing Bates numbers BOP002045 to BOP002049.

24. Counsel for PLN received Defendant's First Supplemental Responses to Plaintiff's Second Interrogatories in this matter on March 15, 2018, in which BOP provided

supplemental responses to three interrogatories. A true and correct copy of the foregoing responses is attached as Exhibit 27.

       25.    Counsel for PLN received Defendant's Second Supplemental Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) in this matter on March 15, 2018. A true and correct copy of the foregoing disclosures is attached as Exhibit 28.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 4, 2018 in Washington, D.C.

                                       */s/Alyson R. Sandler*
                                        Alyson R. Sandler