IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-CV-02184-RM-STV

PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,

    Plaintiff,

    v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

## INDEX OF EXHIBITS TO PLAINTIFF PRISON LEGAL NEWS'S OPPOSITION TO DEFENDANT FEDERAL BUREAU OF PRISONS' MOTION FOR SUMMARY JUDGMENT

| Exhibit No. | Document Description |
|---|---|
| 6 | Email from S. Prose to S. Kiehl re Prison Legal News - quick update, Jan. 17, 2018 |
| 7 | Dep. of Todd Chapman, Mar. 16, 2018 ("Chapman Dep. II") (Excerpt)* |
| 8 | Dep. of Debra Payne, Feb. 7, 2018 ("Payne Dep.") (Excerpt) |
| 9 | Institution Supplement FLM 5266.10C |
| 10 | Institution Supplement FLM 5266.10D |
| 11 | Institution Supplement FLM 5266.11A |
| 12 | Institution Supplement FLM 5266.11B |
| 13 | Dep. of Blake Davis, Jan. 10, 2018 ("Davis Dep.") (Excerpt) |
| 14 | Dep. of David Berkebile, Jan. 19, 2018 ("Berkebile Dep.") (Excerpt) |
| 15 | Dep. of Shon Kuta, Mar. 14, 2018 ("Kuta Dep.") (Excerpt) |
| 16 | Dep. of Dennis Stamper, Mar. 14, 2018 ("Stamper Dep.") (Excerpt) |
| 17 | Defendant's Sixth Supplemental Log of Privileged and Non-Responsive Documents, Mar. 28, 2018 |

| Exhibit No. | Document Description |
|---|---|
| 18 | Dep. of Jack Fox, Feb. 8, 2018 ("Fox Dep.") (Excerpt)* |
| 19 | Dep. of Mark Collins, Apr. 19, 2018 ("Collins Dep.") (Excerpt)* |
| 20 | Dep. of Todd Chapman, Jan. 17, 2017 ("Chapman Dep. I") (Excerpt) |
| 21 | January 2010 Issue of *Prison Legal News* (Excerpt), BOP000054 |
| 22 | June 2012 Issue of *Prison Legal News* (Excerpt), BOP000251 |
| 23 | April 2014 Issue of *Prison Legal News* (Excerpt), BOP000448 |
| 24 | Letter from S. Prose to S. Kiehl, Dec. 7, 2017 |
| 25 | Expert Report of Mark Collins, Mar. 23, 2018 (Excerpt) |
| 26 | Institution Supplement FLM 526611.D |
| 27 | Def.'s 1st Supp. Responses to Pl.'s 2nd Interrogatories |
| 28 | Def.'s 2d Supp. Disclosures |

\* These exhibits will be filed separately with Level 1 restriction requested.