# EXHIBIT 6

# Fulham, Terra

| | |
|---|---|
| **From:** | Prose, Susan (USACO) <Susan.Prose@usdoj.gov> |
| **Sent:** | Wednesday, January 17, 2018 3:26 PM |
| **To:** | Kiehl, Stephen; Shapanka, Matthew; Swanson, Peter; Sandler, Alyson; Fulham, Terra |
| **Cc:** | Clay Cook; Cook, Marcy (USACO) |
| **Subject:** | Prison Legal News - quick update |
| **Attachments:** | FLM 5266.11E Incoming Publications (21 December 2017).pdf |

All,

I wanted to let you know that I have continued, and will continue, to plow through the massive number of emails that were gathered in the search using your requested terms.  So far, I have not found anything related in any way to any issue in this case.  I will continue to work on this today and tomorrow morning.  If I do run across anything—which looks extremely doubtful—I will bring paper copies to Mr. Nelson's and Mr. Berkebile's depositions.

Before Mr. Nelson's deposition, I also wanted to make sure you had the most recent version of the ADX Incoming Publications Institution Supplement, which was recently revised and is attached.  The revisions are quite minimal.  I will not be able to bates number this document until we are finished with the emails.  I will re-produce the document with bates numbers as soon as possible.

Please let me know if you have questions.

Thank you,
Susan

Susan Prose
Assistant U.S. Attorney
United States Attorney's Office for the District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
susan.prose@usdoj.gov
Tel: 303-454-0170
Fax: 303-454-0404

This e-mail message may contain confidential or privileged information.  If you are not the intended recipient, please contact Susan Prose at susan.prose@usdoj.gov and delete this message.