# EXHIBIT 8

1               IN THE UNITED STATES DISTRICT COURT

2                   FOR THE DISTRICT OF COLORADO

3    Civil Action No. 15-cv-02184-RM-STV
     _____
4
     DEPOSITION OF:  DEBRA PAYNE - February 7, 2018
5    _____

6    PRISON LEGAL NEWS, a project of the Human Rights
     Defense Center,
7
     Plaintiff,
8
     v.
9
     FEDERAL BUREAU OF PRISONS,
10
     Defendant.
11

     _____
12

13              PURSUANT TO NOTICE, the deposition of
     DEBRA PAYNE was taken on behalf of the Plaintiff at
14   1225 17th Street, Suite 2300, Denver, Colorado, on
     February 7, 2018, at 11:32 a.m., before Wendy C.
15   Heath, Certified Realtime Reporter, Registered
     Professional Reporter and Notary Public within
16   Colorado.

17

18

19

20

21

22

23

24

25

H+G

Hunter + Geist, Inc.

303.832.5966    1900 Grant Street, Suite 1025    www.huntergeist.com
800.525.8490    Denver, CO 80203                 scheduling@huntergeist.com

Your Partner in Making the Record

Court Reporting, Legal Videography, and Videoconferencing

A P P E A R A N C E S

For the Plaintiff:

    ALYSON R. SANDLER, ESQ.
    TERRA W. FULHAM, ESQ.
    Covington & Burling LLP
    One CityCenter
    850 Tenth Street Northwest
    Washington, DC 20001


For the Defendant:

    SUSAN PROSE, ESQ.
    Assistant United States Attorney
    U.S. Attorney's Office for the District of
    Columbia
    1225 17th Street
    Suite 700
    Denver, Colorado 80202


Also Present:

    Kaitlin Turner
    Dan Marshall (appearing telephonically)

I N D E X

EXAMINATION OF DEBRA PAYNE:                              PAGE
February 7, 2018

Ms. Sandler:                                                4

Ms. Prose:                                                103

                                                       INITIAL
DEPOSITION EXHIBITS:                                  REFERENCE

Exhibit 64   Notice of Deposition of Debra Payne           6

Exhibit 65   Subchapter C- Institutional                  20
             Management

Exhibit 66   Program Statement dated 11/9/11 -            29
             Incoming Publications (BOP000014 to
             21)

Exhibit 67   Institution Supplement dated 2/2/16          38
             - Incoming Publications (BOP000023
             to 28)

Exhibit 68   Defendant's Motion to Dismiss                76

Exhibit 69   ADX Florence - Incoming                      80
             Publications Rejection Procedures,
             February 24, 2016 (BOP000731 to
             749)

Exhibit 70   Institution Supplement dated                 81
             5/30/17 - Incoming Publications
             (BOP002045 to 49)

Exhibit 71   Institution Supplement dated                 82
             12/21/17 - Incoming Publications
             (no Bates)

Exhibit 72   Prison Legal News article:  Inside           87
             America's Toughest Federal Prison

Case No. 1:15-cv-02184-RM-STV   Document 109-5   filed 06/04/18   USDC Colorado   pg 5 of 13
DEBRA PAYNE - 2/7/2018
Prison Legal News v. Federal Bureau of Prisons

Page 12

1        A.    Prior to ADX, Florence?

2        **Q.    Correct.**

3        A.    When I was in Sheridan my technicians

4   would review some mail, incoming/outgoing

5   publications.

6        **Q.    And remind me again which facility and**

7   **time period Sheridan refers to.**

8        A.    That was 2001 to 2013.

9        **Q.    Okay.  So you were supervising --**

10       A.    Yes.

11       **Q.    -- staff that were reviewing incoming**

12  **publications?**

13       A.    Yes.

14       **Q.    And did you supervise staff reviewing**

15  **publications at ADX or were you yourself reviewing**

16  **publications?**

17       A.    No, I supervised.

18       **Q.    Okay.  What were your general duties in**

19  **this role as a supervisor?**

20       A.    My general duties, I pretty much

21  supervised and managed the SIS office, and I also

22  conducted staff investigations for misconduct, and I

23  oversaw -- my SIS techs -- each SIS tech at the ADX

24  has their own group of inmates so that they learn the

25  inmate and they know the inmate inside and out.

 1                So I would oversee that as well as I had
 2   lieutenants working for me.  So I would oversee that.
 3   But we also had to stay on top of the gang stuff.  We
 4   coordinated with outside agencies -- CIA, FBI, DEA,
 5   ATF -- for different -- different cases that they had
 6   relating to our inmates at the ADX.
 7        Q.   Okay.  So you mentioned that each tech
 8   had an assigned group of inmates?
 9        A.   Yes.
10        Q.   And do they review the incoming
11   publication as well for this particular group of
12   inmates?
13        A.   The ADX is its own little animal, per
14   se.  They reviewed all incoming and outgoing
15   correspondence to -- as well as publications, yes.
16        Q.   And were there other functions that they
17   served that were particular to that particular group
18   of inmates, in terms of investigations that they
19   undertook or other activities?
20        A.   Yes.  If any of the inmates were
21   involved in any assaults or anything, anything to do
22   with any kind of threat assessment that they needed to
23   do, they would conduct investigations, threat
24   assessments, as well as monitor all incoming/outgoing
25   mail publications, as well as listening to their phone

 1   calls, which ADX inmates are only allowed two phone

 2   calls a month.

 3           Q.   Okay.  And how were inmates assigned?

 4           A.   It depend -- each tech had its own

 5   group.  Like one tech had -- was specific for Mexican

 6   mafia inmates so he would have the Mexican mafia

 7   group.  I also had a tech down in H unit, which is our

 8   SAM, so she dealt with the domestic and -- you know,

 9   the international terrorists, as well as other inmates

10   down there.

11               So one of my lieutenants would actually

12   give them a group of inmates to watch and coordinate

13   and monitor.

14           Q.   Okay.  How many SIS techs are there

15   generally?

16           A.   Upstairs I have seven, although one is

17   currently pretty much retired.  And down in H unit I

18   have a tech to do SAMs.

19           Q.   And for each tech, approximately how

20   many inmates are assigned to them?

21           A.   I would say between 55 and 70.  It just

22   depends on when we get an inmate come in in that

23   group, where they go to.

24           Q.   And is there overlap?  Will there be an

25   inmate that has multiple SIS techs assigned to them or

1   **is it one-to-one assignment?**

2           A.   One-to-one.  The only time another tech

3   would actually cover somebody else's caseload is if

4   that tech goes on leave.

5           Q.   Okay.  And these approximately seven

6   **techs, do they report directly to you?**

7           A.   No, ma'am.  They report to one of my SIS

8   lieutenants.

9           Q.   Okay.  And who did you report to?

10          A.   I report to the AW -- actually, complex

11  captain.

12          Q.   Okay.  And can you describe that role

13  **for my understanding?**

14          A.   Complex captain?

15          Q.   **Yes.**

16          A.   Basically we have three different

17  captains.  We have one at the FCI, one at the USP, one

18  at the ADX.  And then you have a complex captain that

19  pretty much worked out of the ADX that oversaw all

20  three institutions to make sure that they were doing

21  what they were required to do.  And the two SIAs fell

22  under the complex captain.

23          Q.   **As an SIA what did an average day look**

24  **like for you?**

25          A.   At the ADX, very busy.  It -- there's --

Case No. 1:15-cv-02184-RM-STV   Document 109-5   filed 06/04/18   USDC Colorado   pg 9 of 13
DEBRA PAYNE - 2/7/2018
Prison Legal News v. Federal Bureau of Prisons

Page 73

```
 1   a publication on the basis of it naming an inmate or
 2   employee.
 3              MS. PROSE:  Is that the question you
 4   answered?
 5              THE DEPONENT:  Yes.
 6              MS. PROSE:  Okay.  Thank you.
 7         Q.   (BY MS. SANDLER)  And to be clear, who
 8   was your predecessor in the SIS department?
 9         A.   Which -- you are talking about ADX?
10         Q.   At ADX, correct.
11         A.   His name was Marty Bier.
12         Q.   Can you spell that?
13         A.   B-i-e-r.  Marty, common spelling.
14         Q.   Okay.  And he was the supervisor for --
15         A.   Yes.
16         Q.    -- the SIS department?
17         A.   He was the SIA before I actually took
18   over that position at the ADX.
19         Q.   Okay.  And do you know what time period
20   he was there, by any chance?
21         A.   No.  I just know he finally formally
22   retired when I got there in 2015.
23         Q.   So the practice of rejecting a
24   publication that named a BOP or ADX inmate or staff
25   member was abolished in February of 2016, correct?
```

Hunter + Geist, Inc.
scheduling@huntergeist.com * 303-832-5966 * 800-525-8490

 1          A.   I'm not sure of the time frame.  I can't
 2   give you a time frame.
 3          Q.   **Okay.  But as far as you are aware, this**
 4   **practice is no longer used, correct?**
 5          A.   Yes.
 6          Q.   **What led to the elimination of this**
 7   **practice?**
 8               MS. PROSE:  You can answer that question
 9   to the extent you can answer without implicating
10   attorney-client privileged information.
11          A.   I don't know why.
12          Q.   **(BY MS. SANDLER)  Do you know who**
13   **decided to abolish it?**
14               MS. PROSE:  Same objection, but go
15   ahead.
16          A.   No.
17          Q.   **(BY MS. SANDLER)  And did you yourself**
18   **play any role in the process of determining not to use**
19   **this practice?**
20          A.   No.
21          Q.   **How was the change in practice**
22   **communicated to you?**
23          A.   Actually, when it was changed in May of
24   2017, in the institutional supplement, I was not
25   there, so I don't -- and I wasn't there -- I wasn't at

 1   work quite a bit in October, November, December, so I
 2   don't recall it being changed.  I just know it was
 3   changed.
 4          Q.   Of which year are you referring to?
 5          A.   Last year.
 6          Q.   2017?
 7          A.   Yeah, 2017.
 8          Q.   So when did you become aware that this
 9   practice was no longer being used at ADX?
10          A.   Just recently when I came here.
11          Q.   Okay.  And prior to the end of last year
12   you were still working regularly as an SIA, correct?
13          A.   Yes.
14          Q.   And during that time you were unaware
15   that this practice had been changed?
16          A.   Clay could -- not Clay.  Legal could
17   have said something in the quarterly meetings.  I
18   didn't attend all of them.  But he could have.  I am
19   not aware of when exactly a change or who actually
20   instructed my office of this.  I'm not -- I'm not
21   sure.
22          Q.   And you were -- again, how were you made
23   aware that the practice had changed?
24          A.   I'm thinking when I read the
25   institutional supplement, December 2017.

1      Q.   Prior to December 2017?

2      A.   I don't recall being told.

3      Q.   You don't recall being told?

4      A.   No.

5      Q.   The February 2016 institution supplement
6   that we've looked at does not contain a written
7   prohibition on this practice, correct?

8      A.   I don't see it.

9      Q.   Okay.

10          (Deposition Exhibit 68 was marked.)

11     Q.   (BY MS. SANDLER)  I want to introduce
12  Exhibit 68.  It's the defendant's motion to dismiss.
13  So this is a filing from February -- or from July 2016
14  in this legal proceeding.

15          Will you turn to page 3?  Towards the
16  bottom of this paragraph it states that:  Prior to
17  February 2016, the ADX had a practice of rejecting
18  publications that contained information discussing an
19  ADX or BOP inmate or BOP staff member, but that
20  practice was abolished for all incoming publications,
21  not just Prison Legal News, with the implementation of
22  a new ADX policy in February 2016.

23     A.   Okay.

24     Q.   So you, as far as you recollect, in
25  February 2016, were unaware that this policy had been

1   changed?

2        A.   Yeah, I don't recall it being changed.

3        Q.   Okay.  When did you become aware that

4   this policy had been changed?  Did it do anything to

5   affect your review of an incoming publication that

6   could come before you?

7        A.   It was changed after I was gone.  I

8   mean -- well, I take that back.  I don't recall as far

9   as this time frame rejecting anything with an inmate

10  name or a staff member name.  I don't recall signing

11  that rejection letter.

12             But as far as the December institutional

13  supplement 2017, I wasn't there when that was put out.

14       Q.   Okay.

15       A.   So, no, I -- I didn't sign anything with

16  that -- or I don't recall.

17       Q.   Okay.  Looking back at the February 2016

18  institution supplement, in subsection Q it states

19  that:  The legal services department will conduct

20  quarterly trainings with correctional systems

21  department and special investigative services

22  department staff regarding the procedures outlined in

23  program statement 5266.11 in this supplement.  So

24  prior to that February 2nd, 2016, institution

25  supplement, subsection Q.  I think it's the very last