# EXHIBIT 10



**U. S. Department of Justice**
Federal Bureau of Prisons

INSTITUTION SUPPLEMENT

OPI:        Correctional Systems
NUMBER:  FLM 5266.10D
DATE:      March 1, 2011

# Incoming Publications

*Approved:*   Blake R. Davis, Warden
ADX Florence

I.   **PURPOSE AND SCOPE:**   This institution supplement is prepared to outline the procedures at the United States Penitentiary, Administrative Maximum (ADX), and Federal Prison Camp (FPC), Florence, Colorado, for implementing Program Statement 5266.10, Incoming Publications.  This institution supplement must be read in conjunction with the program statement for a clear understanding of the policy.

II.   **SUMMARY OF CHANGES:**   To update format of supplement.

III.   **DIRECTIVES AFFECTED:**

    A.   **Directives Rescinded:**  FLM 5266.10C, Incoming Publications, dated August 1, 2007.

    B.   **Directives Referenced**:  Program Statement 5266.10, Incoming Publications, dated January 10, 2003.

    C.   **Standards Referenced:**  American Correctional Association 4th Edition Standards for Adult Correctional Institution:  4-4490

IV.   **PROCEDURES:**

    A.   All incoming inmate publications will be x-rayed by the receiving Inmate Systems Officer prior to entering the facility.  A further physical search will be conducted by the mail room staff.

    B.   When the Mail Room Officer questions the acceptability of any publication, it will be forwarded to the Case Management Coordinator before referring the publication to the Warden.

BOP000037

**C.**    The Case Management Coordinator or designee will review each individual publication and if rejection is recommended, will have a letter prepared for the Warden's signature.

**D.**    When a technical or specialized publication is questioned for acceptability, it will be forwarded to the department head with knowledge in that field for further review and a recommendation of approval or disapproval.  Departments recommending any publication rejection must notate, in writing, *specific* objectionable pages and the national policy cite for the mail room's reference.

**E.**    The Mail Room Officer will contact the Administrative Remedy Coordinator and/or review the appeal status in SENTRY before returning any publications, to ensure that the inmate has not filed an appeal.  If an appeal is lodged, the materials will be held until the complete process, including Regional and Central Office appeals, have been exhausted.  Appeal procedures for publications rejected due to its feature of nudity or sexual explicitness vary from other publication rejections and are outlined in the national directive.

**F.**    Inmates involved in approved education courses which require books that must be purchased or obtained on loan from local colleges may arrange to obtain these books through the Supervisor of Education.  When the books arrive, a staff member from the Education Department will complete an appropriate inspection, annotate the authorization form, stamp each book as inmate personal property with the inmate's name, register number, date received and the staff member approving the publication and provide for book delivery to the inmate.

**G.**    Publications will be limited to three publications per parcel.  This includes all publications received from an authorized source.  Any package received that includes a number of publications over the established per mailing limit will result in the entire package being returned to the sender as unauthorized.

**H.**    Publications containing metal or thick plastic bindings will not be permitted and will be rejected by the mail room staff.

**I.**    Inmates are not required, but it is highly recommended, that they consult with unit staff or the Supervisor of Education prior to ordering a publication.

**J.**    To ensure the security, discipline and orderly operation, publications in a language other than English will be subject to translation, review, and verification, which may cause a delay in receipt.  This review is necessary to ensure compliance with the national directive.  Publications which cannot be reasonably translated may be rejected.  Foreign publications must be received directly from the publisher, a bookstore or book club.

**K.**    Inmates will be permitted to receive incoming correspondence containing newspapers or magazine clippings from non-commercial sources, if after review, it is determined the newspaper or magazine clipping poses no threat to institution security, and the quantity of materials does not adversely affect the ability of mail room staff to effectively monitor incoming correspondence.

**L.**     Materials printed directly from the internet will be treated as general correspondence, and inmates will be allowed to receive such materials in quantities which do not adversely affect staff's ability to effectively monitor incoming correspondence for contraband and other threats to institutional security and good order.  Such materials are subject to rejection for content.

**M.**     Any publication which includes any markings or notations may be regarded as a possible code and will be considered for rejection.  Examples of this include, but are not limited to folded or tagged pages, underlining, highlighting, or any written comments within the publication.

**N.**     Unit staff should consult with the Mail Room Officer before approving any magazine subscription for purchase by an inmate.  Prohibited materials that have photographs or drawings entirely cut out or removed by the sender, will be authorized, should there be no other prohibited sections.  Attempts to "cover" nude or sexually explicit pictures will not make a publication acceptable for introduction.

**O.**     Hardcover books received in the mail will have the covers removed by mail room staff. The inmate must indicate on the hardcover book approval form (Attachment 1) that they are voluntarily authorizing the removal of the cover.  Lack of such authorization will cause the entire package to be returned to the sender.

**P.**     Publications which are permitted pursuant only to a Special Administrative Measures (SAM) will be received and processed in accordance with national directives, with the following exceptions:

  i.   Authorized publications include newspapers and periodicals.  Periodical is defined as a publication which is issued at regular intervals of more than one time, to include magazines and newsletters, but not including advertising brochures, flyers and catalogs.

  ii.  Inmates receiving newspapers and periodicals pursuant to a SAM will not be permitted to share them with any other inmate.

  iii. There will be two classes of newspapers and/or periodicals:

   1.  Those provided by the institution to inmates at institution expense.

   2.  Those subscribed to, and paid for, by the individual inmate.

  iv.  All SAM authorized publications will be forwarded to the Special Investigative Agent (SIA) after initial contraband inspection by mail room staff.

  v.   The SIA or designee will remove all classified advertisements and/or sections, letters to the editor, and any section/article which offers an open forum for information to be passed by unknown and/or unverified individuals.  If one side of a two-sided page contains unauthorized materials, then both sides will be

**BOP000039**

removed from the publication.  The ADX will not provide a rejection notice for those sections removed as indicated in this paragraph.

vi.   The remainder of the publication will be forwarded to the FBI for review and, if required, translation, prior to distribution to the inmate.  Once the publication is approved for distribution by the FBI, the publication will be reviewed in accordance with the national directive by the SIA.  If not approved, the inmate will be provided a "Notification to Inmate of Rejected Material/Publication," which will specify the unauthorized page(s) or section(s) and rationale.  The ADX will not provide a rejection notice of any questionable publication purchased with institution funds.

vii.  All other aspects of this procedure, including appeal rights, will be in conformity with the national directive.

viii. The SIA will ensure the "reasonable delay" of each newspaper/periodical is random and in compliance with the individual SAM.

1.   SAM Tier I inmates may only have access to the remaining portions of the newspapers/periodicals in accordance with BOP policy, after a reasonable delay.

2.   SAM Tier II inmates may only have access to the remaining portions of the newspapers/periodicals in accordance with BOP policy, after a reasonable delay.

**DISTRIBUTION:**

**Directives Libraries**
**All Department Heads**
**Associate Warden (Programs)**

**Associate Warden (Operations)**
**AFGE**

BOP000040

## HARDCOVER REMOVAL APPROVAL

**Name:** _____**Register Number:** _____

**Quarters:** _____

I request approval for the following hardcover book(s).  The book(s) are necessary and are not available in paperback.  I voluntarily authorize the mail room permission to remove the hard cover prior to delivery to me.  I understand that no more than three publications per mailing are permitted.  I acknowledge that the entire package will be returned if any unauthorized items are included and that this authorization is good for 60 days only.

**Title:**_____

**Title:**_____

**Title:**_____

**Name of Publisher/Bookstore/Bookclub:** _____

**Address:**_____

**Phone Number (for verification purposes by staff):** _____

Inmate Signature: _____

-------------------------------------------------------------------------------------------------------

### (Do not write below this line - Staff Use Only)

Date:_____ Expiration Date (60 days): _____

To: Mail Room Officer

The hardcover books listed above have been approved, pending inspection upon arrival.  The hard cover is to be removed prior to delivery to the inmate.

**Approved:**   _____
    Department Head's Signature

---

BOP000041