# EXHIBIT 13



**CONTAINS CONFIDENTIAL ATTORNEYS' EYES ONLY INFORMATION**

# Transcript of Blake Davis

**Date:** January 10, 2018
**Case:** Prison Legal News -v- Federal Bureau of Prisons

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLORADO
 3      ---------------------------------X
 4      PRISON LEGAL NEWS, a project of  :
 5      the Human Rights Defense Center, :
 6                  Plaintiff,           :
                                           Case No.:
 7         v.                            :
                                           15-cv-02184-RM-STV
 8      FEDERAL BUREAU OF PRISONS,       :
 9                  Defendant.           :
10      ---------------------------------X
11
12       CONTAINS CONFIDENTIAL ATTORNEYS' EYES ONLY INFORMATION
13
14            Videotaped Deposition of BLAKE DAVIS
15                  Charlotte, North Carolina
16                 Wednesday, January 10, 2018
17                          9:00 a.m.
18
19
20
21
22
23      Job No.: 171594
24      Pages: 142
25      Reported by: Karen K. Kidwell, RMR, CRR
```

CONTAINS CONFIDENTIAL ATTORNEYS' EYES ONLY INFORMATION

Transcript of Blake Davis
Conducted on January 10, 2018

2

```
 2      Videotaped Deposition of BLAKE DAVIS, held at:



 6          GEO Group, Inc.
 7          13777 Ballantyne Corporate Place
 8          Suite 200
 9          Charlotte, North Carolina 28277
10          704.543.3400




15      Pursuant to notice, before Karen Kidwell, Notary
16   Public in and for the State of North Carolina.
```

CONTAINS CONFIDENTIAL ATTORNEYS' EYES ONLY INFORMATION

Transcript of Blake Davis
Conducted on January 10, 2018

3

```
 1            A P P E A R A N C E S
 2       ON BEHALF OF THE PLAINTIFF, PRISON LEGAL NEWS,
 3   A PROJECT OF THE HUMAN RIGHTS DEFENSE CENTER:
 4       BY:  TERRA W. FULHAM, ESQUIRE
 5       COVINGTON & BURLING LLP
 6       One City Center
 7       850 Tenth Street NW
 8       Washington, DC  20001
 9       202.662.6000
10       and
11       BY:  DAN MARSHALL, ESQUIRE
12            (Via Telephone)
13       HUMAN RIGHTS DEFENSE CENTER
14       P. O. Box 1151
15       Lake Worth, FL  33460
16       561.360.2523
17
18       ON BEHALF OF THE DEFENDANT, FEDERAL BUREAU OF
19   PRISONS:
20       BY:  SUSAN PROSE, ASSISTANT U.S. ATTORNEY
21       UNITED STATES DEPARTMENT OF JUSTICE
22       District of Colorado
23       1801 California St., Suite 1600
24       Denver, CO  80202
25       303.454.0170
```

CONTAINS CONFIDENTIAL ATTORNEYS' EYES ONLY INFORMATION

Transcript of Blake Davis
Conducted on January 10, 2018                 4

```
1    APPEARANCES CONTINUED:
2
3    Also Present:
4         Alyson Sandler, Law Clerk
5           Covington & Burling
6         Clay Cook, Federal Bureau of Prisons
7         Bruce Moody, Videographer
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CONTAINS CONFIDENTIAL ATTORNEYS' EYES ONLY INFORMATION
Transcript of Blake Davis
Conducted on January 10, 2018

5

```
                       I N D E X

WITNESS/EXAMINATION                                 Page

BLAKE DAVIS

  By Ms. Fulham                                        9



                     E X H I B I T S

  Number           Description                       Page

  Exhibit 1     Notice of Deposition of Blake .....12
                R. Davis

  Exhibit 2     Bureau of Prisons policies, .......22
                excerpt, Subchapter C -
                Institutional Management,
                Pages 650-668

  Exhibit 3     1/10/2003 Program Statement, ......29
                Subject: Incoming
                Publications, Bates
                BOP001190-1202

  Exhibit 4     11/9/2011 Program Statement, ......38
                Incoming Publications, Bates
                BOP000014-21

  Exhibit 5     Institution Supplement, ...........42
                8/1/2007, Subject: Incoming
                Publications, Bates
                BOP000030-35

  Exhibit 6     3/1/2011 Institution ..............47
                Supplement, Incoming
                Publications, Bates
                BOP000037-41

  Exhibit 7     Defendant's Motion to Dismiss  ....72

  Exhibit 8     January 2010 Prison Legal News ....80
                excerpts, Bates BOP000053-55
```

CONTAINS CONFIDENTIAL ATTORNEYS' EYES ONLY INFORMATION

Transcript of Blake Davis
Conducted on January 10, 2018

6

```
 1                    E X H I B I T S (Cont'd)

 2     Number         Description                         Page

 3    Exhibit 9    2/9/2010 notification to ...........82
                   Inmate and Publisher/Sender of
 4                 Rejected Publication, Prison
                   Legal News, Confidential,
 5                 Bates BOP000056

 6    Exhibit 10   June 2010, Prison Legal News ......86
                   excerpts, Bates BOP000116-118
 7
      Exhibit 11   Notification to Inmate and ........86
 8                 Publisher/Sender of Rejected
                   Publication, 7/14/10,
 9                 Confidential, Bates BOP000082

10    Exhibit 12   Defendant's First Supplemental ....88
                   Responses to Plaintiff's First
11                 Interrogatories

12    Exhibit 13   October 2011, Prison Legal ........95
                   News excerpts, Bates
13                 BOP000132-135

14    Exhibit 14   11/7/2011 Notification to .........95
                   Inmate and Publisher/Sender of
15                 Rejected Publication,
                   Confidential, Bates BOP000136
16
      Exhibit 15   November 2011 Prison Legal .......105
17                 News excerpts, Confidential,
                   Bates BOP000244-248
18
      Exhibit 16   11/30/2011 Notification to .......105
19                 Inmate and Publisher/Sender of
                   Rejected Publication,
20                 Confidential, Bates BOP000215

21    Exhibit 17   Defendant's Second ...............109
                   Supplemental Responses to
22                 Plaintiff's First
                   Interrogatories
23

24

25
```

CONTAINS CONFIDENTIAL ATTORNEYS' EYES ONLY INFORMATION
Transcript of Blake Davis
Conducted on January 10, 2018                   7

```
1                    E X H I B I T S (Cont'd)

2      Number         Description                    Page

3    Exhibit 18   DOJ Sensitive - Official Use .....129
                  Only, United States
4                 Penitentiary ADX Intelligence
                  Briefing, October 30, 2009,
5                 Confidential - to be
                  reproduced with Bates numbers,
6                 Confidential - Attorneys' Eyes
                  Only, 3 pages
7

8

9

10                CONFIDENTIAL PORTION:

11                Confidential Attorneys' Eyes      46-141
                  Only testimony
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

CONTAINS CONFIDENTIAL ATTORNEYS' EYES ONLY INFORMATION
Transcript of Blake Davis
Conducted on January 10, 2018

72

| | | |
|---|---|---|
| 1 | Exhibit Number 7. | 10:40:26 |
| 2 | (Exhibit 7 was marked for identification.) | |
| 3 | BY MS. FULHAM: | |
| 4 | Q.   And this is a Bureau of Prisons motion to | 10:40:34 |
| 5 | dismiss in this matter.  I want to direct you to | 10:40:37 |
| 6 | page 2.  And on page -- under Section 1, the second | 10:40:52 |
| 7 | sentence reads: | 10:41:10 |
| 8 | "PLN claims the magazines were rejected | 10:41:11 |
| 9 | simply because an article referred to an ADX inmate | 10:41:15 |
| 10 | or staff member, and alleges that such content did | 10:41:15 |
| 11 | not constitute a security risk at the ADX." | 10:41:17 |
| 12 | Going down to the next paragraph: | 10:41:22 |
| 13 | "PLN correctly identifies the rationale | 10:41:23 |
| 14 | for rejecting its magazines in the past.  'The eleven | 10:41:28 |
| 15 | issues of Prison Legal News referenced in the | 10:41:31 |
| 16 | complaint were rejected because they discussed an ADX | 10:41:33 |
| 17 | or Bureau inmate or Bureau staff member.' | 10:41:36 |
| 18 | "Based on those references to BOP inmates | 10:41:43 |
| 19 | or staff, the ADX wardens determined that the | 10:41:45 |
| 20 | magazines contained information that was 'detrimental | 10:41:48 |
| 21 | to the security, good order, or discipline of the | 10:41:51 |
| 22 | institution or might facilitate criminal activity.' | 10:41:52 |
| 23 | "Prior to February 2016, the ADX had a | 10:41:55 |
| 24 | practice of rejecting publications that contained | 10:41:58 |
| 25 | information discussing an ADX or BOP inmate or BOP | 10:42:00 |

CONTAINS CONFIDENTIAL ATTORNEYS' EYES ONLY INFORMATION

Transcript of Blake Davis
Conducted on January 10, 2018

73

| | | |
|---|---|---|
| 1 | staff member." | 10:42:04 |
| 2 | Is that an accurate statement, that prior | 10:42:06 |
| 3 | to February 2016, the ADX had a practice of rejecting | 10:42:08 |
| 4 | publications that contained information discussing an | 10:42:11 |
| 5 | ADX or BOP inmate? | 10:42:13 |
| 6 | A. I can only tell -- talk to you about what | 10:42:16 |
| 7 | I did. And -- and I would not solely reject because | 10:42:19 |
| 8 | it had an ADX staff member or an ADX inmate. I use | 10:42:23 |
| 9 | safety and security concerns and the impact of the | 10:42:28 |
| 10 | facility as my determination on if I would reject a | 10:42:32 |
| 11 | document. | 10:42:36 |
| 12 | Q. Okay. And you were a warden prior to | 10:42:37 |
| 13 | February 2016, correct? | 10:42:40 |
| 14 | A. Correct. | 10:42:41 |
| 15 | Q. Okay. So it's not accurate to say that | 10:42:42 |
| 16 | prior to February 2016, the ADX had a practice of | 10:42:46 |
| 17 | rejecting publications solely because they contained | 10:42:49 |
| 18 | information discussing an ADX or BOP inmate? | 10:42:52 |
| 19 | A. Not from my -- not -- not from my reviews. | 10:42:55 |
| 20 | Q. Okay. Are you aware that that practice | 10:42:58 |
| 21 | ever existed at ADX? | 10:43:00 |
| 22 | A. I -- I can tell you what I did. I -- | 10:43:04 |
| 23 | practice, I -- I would use what was in front of me to | 10:43:05 |
| 24 | make the determination. | 10:43:11 |
| 25 | Q. What do you mean when you say what was in | 10:43:13 |

CONTAINS CONFIDENTIAL ATTORNEYS' EYES ONLY INFORMATION
Transcript of Blake Davis
Conducted on January 10, 2018

74

| | | |
|---|---|---|
| 1 | front of you? | 10:43:15 |
| 2 | A.   Yeah, when I had the rejection packet and | 10:43:15 |
| 3 | I would look at that and if it adversely affected the | 10:43:18 |
| 4 | institution, to my -- to my belief, I would reject | 10:43:21 |
| 5 | it.  If it didn't, I would allow it to go through. | 10:43:24 |
| 6 | Q.   Okay.  So the fact that a publication | 10:43:29 |
| 7 | contained information discussing an ADX or BOP inmate | 10:43:45 |
| 8 | or a BOP staff member, that alone would not be | 10:43:48 |
| 9 | enough -- | 10:43:52 |
| 10 | A.   No. | 10:43:52 |
| 11 | Q.   -- to lead you to reject? | 10:43:53 |
| 12 | A.   Not from my point of view. | 10:43:54 |
| 13 | Q.   Do you know what the -- the sentence is | 10:44:05 |
| 14 | referring to that says, "Prior to February 2016, the | 10:44:07 |
| 15 | ADX had a practice" -- | 10:44:10 |
| 16 | A.   I don't. | 10:44:11 |
| 17 | Q.   Okay.  You're not aware of such a | 10:44:12 |
| 18 | practice? | 10:44:13 |
| 19 | A.   I don't. | 10:44:14 |
| 20 | Q.   Okay.  So if a publication contained | 10:44:14 |
| 21 | information discussing an ADX or BOP inmate, there | 10:44:35 |
| 22 | was further analysis that was done to determine | 10:44:40 |
| 23 | whether that information was a security risk at ADX? | 10:44:43 |
| 24 | A.   From -- from my review, yes. | 10:44:45 |
| 25 | Q.   Okay.  Are you aware of any -- of any | 10:44:47 |