# EXHIBIT 15



# Transcript of Shon M. Kuta

**Date:** March 14, 2018
**Case:** Prison Legal News -v- Federal Bureau of Prisons

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLORADO
 3     ---------------------------------x
 4     PRISON LEGAL NEWS, A PROJECT OF  :Civil Action No.:
 5     THE HUMAN RIGHTS DEFENSE CENTER, :15-cv-02184 RM-STV
 6           Plaintiff,                 :
 7        -v-                           :
 8     FEDERAL BUREAU OF PRISONS,       :
 9           Defendants.                :
10     ---------------------------------x
11
12                 Deposition of SHON M. KUTA
13                   Clearfield, Pennsylvania
14                  Wednesday, March 14, 2018
15                           1 p.m.
16
17
18
19     Job No.: 180136
20     Pages: 1 - 88
21     Reported by: Keith G. Shreckengast, RPR
22
23
24
25
```

1                Deposition of SHON M. KUTA, held at:
2
3
4                HOLIDAY INN EXPRESS & SUITES
5                1625 Industrial Park Road
6                Clearfield, Pennsylvania 16830
7                (814) 768-7500
8
9
10
11   Pursuant to Subpoena and Notice, before Keith G.
12   Shreckengast, Registered Professional Reporter and
13   Notary Public in and for the Commonwealth of
14   Pennsylvania.
15
16
17
18
19
20
21
22
23
24
25

Transcript of Shon M. Kuta
Conducted on March 14, 2018      3

```
 1              A P P E A R A N C E S
 2   ON BEHALF OF PLAINTIFF:
 3       MATTHEW S. SHAPANKA, ESQUIRE
 4       PETER A. SWANSON, ESQUIRE
 5       COVINGTON & BURLING LLP
 6       One City Center
 7       850 Tenth Street, NW
 8       Washington, DC 20001-4956
 9       mshapanka@cov.com
10       pswanson@cov.com
11       (Present via telephone)
12              - and -
13       DANIEL MARSHALL, ESQUIRE
14       HUMAN RIGHTS DEFENSE CENTER
15       (Present via telephone)
16
17   ON BEHALF OF DEFENDANT:
18       KAITLIN B. TURNER, ESQUIRE
19       FEDERAL BUREAU OF PRISONS
20       Admax Florence
21       5880 Highway 67 S
22       Florence, Colorado 81226
23       (719)784-9454
24       k1turner@bop.gov
25       (Present via telephone)
```

Transcript of Shon M. Kuta
Conducted on March 14, 2018                               4

```
 1                    C O N T E N T S
 2   EXAMINATION OF SHON M. KUTA                        PAGE
 3        By Mr. Shapanka                                 6
 4        By Ms. Turner                                  84
 5        Re-Examination By Mr. Shapanka                 85
 6
 7
 8                     E X H I B I T S
 9                 (Attached to transcript)
10   S. KUTA DEPOSITION EXHIBIT                         PAGE
11   Ex. 1    7 pgs.  Notice of Telephonic               9
12            Deposition of Shon Kuta
13   Ex. 2    BOP 303.  Notificaiton to Inmate and      44
14            Publisher/Sender of Rejected
15            Publication
16   Ex. 3    BOP 300.  11/20/12 Memorandum from        47
17            D. J. Krist, SIA, to Wendy Heim
18   Ex. 4    BOP 301-302.  November 2012, Vol 23       48
19            No. 11 Prison Legal News
20   Ex. 5    BOP 350.  Notification to Inmate and      57
21            Publisher/Sender of Rejected
22            Publication
23   Ex. 6    BOP 347.  4/19/13 Memorandum from         58
24            M.L. Bier to Wendy Heim
25
```

Transcript of Shon M. Kuta
Conducted on March 14, 2018          5

```
 1         E X H I B I T S   C O N T I N U E D
 2    Ex. 7     BOP 348-349.  April 2013, Vol 24 No.    58
 3              4, Prison Legal News
 4    Ex. 8     BOP 405.  Notification to Inmate and    72
 5              Publisher/Sender of Rejected
 6              Publication
 7    Ex. 9     BOP 406.  6/29/13 Memorandum from       73
 8              M.L. Bier
 9    Ex. 10    BOP 408-410.  July 2013, Vol. 24 No.    74
10              7, Prison Legal News
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Transcript of Shon M. Kuta
Conducted on March 14, 2018                                81

```
 1   might they let this in?
 2        A     I can't talk about what another person
 3   might make -- how another person might make their
 4   decision.
 5        Q     But it's possible that someone else could
 6   have less or different information than you and let
 7   the same article in?
 8        A     I'm not going to comment on a
 9   hypothetical.
10        Q     I just have a few more questions.  Do you
11   agree that an article that mentions an ADX inmate is
12   not always a security risk?
13        A     Again, I'd have to read what the article
14   states.
15        Q     Right, so --
16        A     You're picking and choosing now.  You're
17   picking out of an article that says an inmate's
18   name.  Well, what does it say about the inmate?
19   What does it say about -- what is the article about?
20   What's the topic?  What's the history?  You can't
21   just, you know, give me a hypothetical and expect me
22   to give you an educated answer.
23        Q     Right.  So you're agreeing that the
24   mere -- the fact that an article mentions an inmate
25   is not enough; correct?
```

Transcript of Shon M. Kuta
Conducted on March 14, 2018                                82

```
 1        A     I'm stating that I would review the
 2   article in its totality.
 3        Q     And would you agree that the same is true
 4   if the article mentions a BOP staff member?
 5        A     Would I -- say it again, repeat --
 6        Q     If the article is rejected on the basis
 7   that it mentions an ADX or BOP staff member, would
 8   you still -- you would still review it in its
 9   totality; right?
10        A     Yes, I would review it in its totality.
11        Q     So you're not looking through an article
12   just for the names of inmates, you're looking
13   through to -- you're looking at the totality of the
14   article to determine its security risk, right?
15        A     Yes.
16              MR. SHAPANKA:  Okay.  I have a few more
17   questions, but I recommend we take a ten-minute
18   break at this point, and perhaps you know, you can
19   get some water and confer with counsel if you like.
20              (There was a recess in the proceedings
21   from 3:03 p.m. to 3:16 p.m.)
22   BY MR. SHAPANKA:
23        Q     So Mr. Kuta, I just have a couple more
24   questions.  So you've worked for BOP or a BOP
25   contractor for your entire prison career; right?
```

Transcript of Shon M. Kuta
Conducted on March 14, 2018    83

```
1         A     No, because like I said, I worked at the
2    immigration contract in Florida.
3         Q     Oh, right.  Okay.
4         A     U.S. Immigration.
5         Q     But your first prison job was in 1989;
6    right?
7         A     Yes, sir.
8         Q     Other than the ADX, did you ever review
9    an issue of Prison Legal News at any time since
10   1989?
11        A     I mean I can't recall that.  For example,
12   when I told you I worked in inmate systems
13   management for several years, I may have reviewed
14   Prison Legal News.  I mean I've reviewed a lot of
15   publications over that course of that time frame.
16   And even in other prison facilities, I may have, but
17   you know, I can't specifically say yes or no.
18        Q     So you don't have any specific
19   recollection of having reviewed an issue of Prison
20   Legal News?
21        A     Not that I can recall.
22        Q     And you don't recall a specific instance
23   of having rejected Prison Legal News other than the
24   three issues we discussed regarding ADX?
25        A     Correct.  I could not recall every
```