# EXHIBIT 16



# Transcript of Dennis Stamper

**Date:** March 14, 2018
**Case:** Prison Legal News -v- Federal Bureau of Prisons

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING | INTERPRETATION | TRIAL SERVICES

```
 1           IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLORADO
 3
 4    PRISON LEGAL NEWS, a project
 5    of the Human Rights Defense
 6    Center,
 7              Plaintiff,
 8    vs.            CASE NO:  15-cv-02184-RM-STV
 9    FEDERAL BUREAU OF PRISONS,
10              Defendant.
11
12              * * * * * * * * * *
13         DEPOSITION OF DENNIS STAMPER, taken
14    pursuant to stipulation and agreement before
15    Dana Gordon, Alabama Certified Court Reporter,
16    and Commissioner for the State of Alabama at
17    Large, at Bain & Associates, 60 Commerce
18    Street, Suite, 1425, BBVA Compass Building,
19    Montgomery, Alabama, on March 14, 2018,
20    commencing at approximately 9:25 a.m.
21              * * * * * * * * * *
22
23
24
25
```

Transcript of Dennis Stamper
Conducted on March 14, 2018                         2

```
 1                    APPEARANCES
 2
 3   FOR THE PLAINTIFF (BY TELEPHONE):
 4         ALYSON SANDLER
 5         PETER SWANSON
 6         Attorneys at Law
 7         Covington & Burling
 8         850 Tenth Street, NW
 9         One City Center
10         Washington, DC  20001
11         asandler@cov.com
12         pswanson@cov.com
13
14         DAN MARSHALL (BY TELEPHONE)
15         Attorney at Law
16         Human Rights Defense Center
17         P.O. Box 1151
18         Lake Worth, Florida  33460
19
20
21
22
23
24
25
```

```
 1              APPEARANCES (CONTINUED)
 2
 3   FOR THE DEFENDANT (BY TELEPHONE):
 4        KAITLIN B. TURNER
 5        Special Assistant U.S. Attorney
 6        ADX Florence
 7        P.O. Box 8500
 8        Florence, Colorado  81226
 9        k1turner@bop.gov
10
11
12
13
14              * * * * * * * * * *
15
16
17
18
19
20
21
22
23
24
25
```

Transcript of Dennis Stamper
Conducted on March 14, 2018                                 4

```
 1                    EXAMINATION INDEX
 2                                              PAGE:
 3    EXAMINATION BY MS. SANDLER                   8
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Transcript of Dennis Stamper
Conducted on March 14, 2018                                5

```
 1                    EXHIBIT INDEX

 2                                              PAGE:

 3   Exhibit 1    Notice of Telephonic            9
                  Deposition of Dennis
 4                Stamper

 5   Exhibit 2    October 2011 PLN               24
                  BOP000132 - BOP000135
 6
     Exhibit 3    October 2011 Rejection         24
 7                Notice
                  BOP000136
 8
     Exhibit 4    BOP R 26 disclosures           27
 9
     Exhibit 5    Pinson Appeal                  28
10                BOP001077 - BOP001079

11   Exhibit 6    November 2011 PLN issue        45
                  BOP000244 - BOP000248
12
     Exhibit 7    Rejection Notice for           45
13                November 2011
                  BOP000215
14
     Exhibit 8    June 2012 PLN issue            56
15                BOP000252 - BOP000251

16   Exhibit 9    June 2012 Rejection            56
                  Notice
17                BOP000253

18

19

20

21

22

23

24

25
```

Transcript of Dennis Stamper
Conducted on March 14, 2018                                73

```
1    as to whether this issue had been rejected for
2    other inmates as well?
3    A.        I think the answer to that is no,
4    but I'm not aware that they were doing any
5    other kind of analysis, no.
6    Q.        Are you aware of the BOP delivering
7    these two issues of Prison Legal News to
8    subscribers other than Jeremy Pinson who is the
9    inmate who filed this appeal?
10   A.        I don't, but there -- there likely
11   could have been, but I'm not sure.
12   Q.        And as of August 10, 2012, the date
13   cited in this response, at least one inmate at
14   ADX had these two issues, correct?
15   A.        It appears, yes.
16   Q.        Were you ever aware of a policy or
17   practice at ADX of rejecting a publication
18   solely on the basis that it mentions an ADX or
19   BOP inmate or a BOP staff member?
20   A.        No.  I'm not aware of any policy
21   like that.
22   Q.        Is that ever a rule of thumb that
23   you used when reviewing publications yourself?
24   A.        Well, obviously, the -- that is part
25   of the threat assessment when you're looking at
```

```
 1    what the nature of the article is and what's
 2    discussed.
 3    Q.        So mentioning an ADX or BOP inmate
 4    or BOP staff member might be a reason to flag a
 5    particular issue?
 6    A.        It would be a reason to conduct a
 7    review of it, yes.
 8    Q.        Conduct a review of it.
 9              Would you recommend censoring a
10    publication on this basis alone, solely for the
11    reason that it mentions an ADX or BOP inmate or
12    BOP staff member?
13    A.        No.  I think you have to look at it
14    in its totality of what -- what -- why you're
15    rejecting a publication, what the specifics
16    are.
17    Q.        And when you say the "totality,"
18    what do you mean by that?
19    A.        What is the nature of the article?
20    I mean, you know, in the hypothetical, you
21    mentioned in a publication without any
22    parameters of what the article is about.  So I
23    think you have to look at the specifics; and,
24    if appropriate, based on the gold standard, the
25    safety and security and orderly running of the
```

Transcript of Dennis Stamper
Conducted on March 14, 2018          75

```
 1   facility, if it -- if it does affect that, then
 2   you have to conduct that review.  And if
 3   appropriate, reject it.  If not, don't.
 4           MS. SANDLER:  I think those are all
 5   the questions from us.  I'll give Dan a minute
 6   just to confirm with me whether there's any
 7   questions on Prison Legal News' end.  But
 8   otherwise, I think that we're done here.
 9           MR. MARSHALL:  Nothing else from my
10   end.
11           MS. SANDLER:  Thanks, Dan.
12           THE REPORTER:  Could you-all state
13   for the record if you would like to order the
14   transcript and what you would like to order.
15           MS. SANDLER:  We would like to order
16   the transcript.  I'm just looking for
17   parameters here.
18           MS. TURNER:  And this is Kaitlin
19   Turner with the Bureau.  We'll also want a copy
20   of the transcript, but we shouldn't need a
21   rough.  But I would have to get ahold of you
22   later to let you know.
23           THE REPORTER:  Did you say should or
24   should not?
25           MS. TURNER:  We should not.  No, I
```

Transcript of Dennis Stamper
Conducted on March 14, 2018                                76

```
 1   don't think we'll need one.
 2           MS. SANDLER:  We would like a rough,
 3   if possible, and then the full transcript.
 4           THE REPORTER:  Okay.
 5           (The deposition concluded at
 6           11:09 a.m.)
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```