# EXHIBIT 21

# Four Pennsylvania Jail Guards Fired, Two Resign Over Prisoner Beating

### by David M. Reutter

Four Pennsylvania guards have been fired for beating a prisoner at the Westmoreland County Prison (WCP). The June 8, 2009 incident revealed a cover-up orchestrated by prison guards and their union leader.

When WCP prisoner James Edwards, 27, and other prisoners in his cellblock were ordered to return to their cells because some were smoking, Edwards complained to part-time guard Christopher Pickard that he should not be punished. Pickard notified a sergeant, who went to Edwards' cell with two other officers.

They took Edwards, who was in jail on a parole violation, to a nearby counselor's office out of the view of video cameras. A guard then grabbed Edwards by the neck, slammed him into a filing cabinet, pushed his head against the wall and said, "I'll kill you right now."

As Edwards slid to the floor, the guard struck him in the mid-section with his knee and punched him in the head. Upon trying to stand, the guard punched him again.

After the incident, Edwards was taken to be examined by a nurse. He "complained of injuries he stated he received from a beating," according to medical notes. A subsequent report said Edwards had "multiple injuries to the neck and head area, also ribs and back." Additionally, he had a quarter-sized contusion near his eye.

Other guards told Pickard "to go along with the story told by everyone else, that nothing happened, nothing occurred. The inmate was never struck, you can't crack. You have to stick to the story."

When Pickard was advised that he was under investigation, Casey Mullooly, who represents WCP guards as president of Local 522 of the United Mine Workers of America, told Pickard what to say to prison investigators. "Mullooly said to me when questioned to stick with the story everyone else was going with," Pickard stated.

That is not, however, what Pickard did. Instead he told the truth to investigators and resigned from WCP on June 14, 2009. Another guard, Craig Petrus, also resigned. As a result of the information provided by Pickard, WCP guard Steven Greenawalt and sergeants Jonathan Billheimer, Marc Hutchinson and Randy Miller were fired by the prison board at a July 6, 2009 meeting. Greenawalt was reportedly the one who assaulted Edwards. Hutchison denied any wrongdoing, stating he had "no idea" why he was fired. Mullooly was suspended.

"Some of the individuals who had their appointments revoked weren't there that day, but they were involved in what we'll call a cover-up – an effort to create a story that wasn't the truth," said County Commissioner Tom Balya. A state Unemployment Compensation Board of Review later cleared Billheimer, finding he did not engage in willful misconduct. He is now seeking reinstatement at the prison.

As previously reported by *PLN*, abuses have existed at WCP for some time. In July 2007, a guard was fired for making prisoners sing nursery rhymes, recite the alphabet and get on their knees and bark like dogs. [See: *PLN*, Dec. 2007, p.1]. That guard, Scott A. Rogers, was sentenced to nine months probation on February 23, 2009. Another WCP guard was fired for engaging in sexual misconduct with a female prisoner, and last year a prisoner filed a federal lawsuit claiming he was beaten and choked by guards until he passed out.

Sources: *Pittsburgh Tribune, www.thepittsburghchannel.com, www.pittsburghlive.com*

# BOP Guard Found Guilty in Prisoner's Death, Sentenced to Life

### by Brandon Sample

On July 30, 2009, a federal jury found a former prison guard at the Federal Correctional Complex (FCC) in Coleman, Florida guilty of civil rights violations in connection with a prisoner's death. She later received a life sentence.

Richard Delano had been in and out of prison since his early twenties. At 39, he found himself in the Special Housing Unit (SHU), a "prison within a prison," at FCC Coleman. He had been transferred to Coleman from FCC Beaumont and was being kept in the SHU for his own protection.

Delano had developed a reputation for snitching – he liked to tell on guards who broke the rules. Naturally, most prison employees disliked him. Coleman guard Erin Sharma was no exception.

Sharma and her husband, Rajesh Sharma, had worked for the Bureau of Prisons (BOP) since 2000, and transferred to FCC Coleman in 2001. Sharma was assigned to the SHU, which she didn't mind. She did mind Delano, though.

In February 2005, Delano grabbed Sharma's arm through a food port in his cell door, bruising her arm. She already didn't like Delano because he was a snitch. The cell door incident just made things worse.

Rather than reporting what Delano had done, Sharma decided to take matters into her own hands. She was on good terms with John McCullah, another prisoner in the SHU. McCullah showed Sharma "respect," so she would do favors for him from time to time, like passing notes between cells or giving him extra ketchup packets from the kitchen so he could make "hooch," homemade alcohol.

McCullah wasn't known as a nice guy. He had developed a reputation in prison, earning the nickname "Animal" for the violence he exacted on other prisoners. He had assaulted every one of his previous cellmates.

After Delano bruised Sharma's arm, she showed McCullah the bruise and asked if he would break Delano's leg. McCullah was happy to oblige; besides, he was a potential recruit for the Aryan Brotherhood and needed to show them what he could do. Sharma just had to get Delano into McCullah's cell.

Because all cell moves had to be approved by Sharma's supervisor, Lt. Jeffrey