# EXHIBIT 25

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02184-RM-STV

PRISON LEGAL NEWS, a project of the Human Rights Defense Center,

      Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

      Defendant.

---

**EXPERT REPORT OF MARK COLLINS
MARCH 23, 2018**

---

      Counsel for the Federal Bureau of Prisons ("BOP") has retained me as an expert in the field of correctional security and correctional management. In particular, I have expertise concerning the United States Penitentiary – Administrative Maximum ("ADX"). The opinions in this report are based on my personal knowledge and over 27 years of experience in the field of correctional management, all of which I gained in BOP facilities, including the ADX. Over the course of my career, I have held management positions in institutions of all security levels, from minimum-security prison camps to the maximum-security ADX. A copy of my Curriculum Vitae is attached as Exhibit 1 to this report.

      In this report, I will analyze information and offer opinions and conclusions on the following topics:

- The unusually dangerous environment of the ADX and the security controls required to maintain the safety of inmates, prison staff, and members of the public in that unique setting;

- The procedures for reviewing publications sent to ADX inmates, the risks that such publications/communications may pose both within the ADX and to the public, and the methods for managing those risks in accordance with sound correctional judgment; and

- The reasons why proposals made by Prison Legal News ("PLN") for managing incoming publications at the ADX are unreasonable, unworkable, and contrary to sound correctional judgment.

In preparing this report, I have reviewed documents produced by the BOP and PLN in this litigation, including the ADX policy related to incoming publications and documents concerning past rejections of PLN's magazine at the ADX; the policy concerning the operation of the ADX Step-Down Unit Program ("Step-Down Program"); court filings, including the parties' briefing on the BOP's motion to dismiss the case; written discovery responses; and depositions taken in this case, including the depositions of BOP officials and Paul Wright, the editor of *Prison Legal News*. I have requested and examined information concerning the ADX inmate population, including assaults in the ADX. My opinions and conclusions are also based on my knowledge of the ADX and my extensive experience managing ADX inmates.

I. **The ADX is a unique and extremely dangerous environment in which risks to inmates, correctional officers, and the public are controlled, but not eliminated.**

The ADX is a facility unlike any other prison. It houses less than one quarter of one per cent of the entire BOP inmate population, but that small group is the most violent, predatory, disruptive, and escape-prone of all BOP inmates, as well as inmates who were found to be among the most unmanageable of all inmates in various state correctional systems. Even after their incarceration, most ADX inmates have continued to prey on others. They have demonstrated they are a threat to safety of their fellow inmates, prison staff, and people outside the prison.

An inmate is designated to the ADX only after a lengthy due-process procedure in which he is found to meet one or both of two criteria: (1) his placement in other correctional facilities creates a risk to institutional security and good order, or poses a risk to the safety of staff, inmates or others, or to public safety; (2) as a result of his status, either before or after incarceration, he may not be safely housed in the general population of another institution. *See* Exhibit 2, Davis Memorandum, dated October 15, 2012, at 2. Factors the BOP considers in assessing whether an inmate meets one or both of these criteria include, but are not limited to:

a. The inmate is subject to restrictive conditions of confinement as a result of Special Administrative Measures ("SAMs"), or based on documented reliable information from a government agency the inmate was convicted of, charged with, associated with, or in any way linked to terrorist activities and, as a result of such, presents national security management concerns that cannot adequately be met in an open-population institution;

b. The inmate engaged in any conduct that is prohibited by any federal or state law in the facility where the inmate is housed;

c. The inmate has committed two prohibited acts of the most serious and/or violent type within the last 60 months at another BOP institution;

2

    d.     The inmate has been identified as participating in, organizing, or facilitating any group misconduct that adversely affected the orderly operation of a correctional facility;

    e.     The inmate engaged in any behavior outlined above, while confined in a correctional facility other than an open-population setting, and as a result of the severity of the behavior, it is determined that the inmate would be unable to function in a less restrictive correctional environment without being a threat to others or to the secure and orderly operation of a less secure correctional facility;

    f.     The inmate has notoriety to the extent that the inmate's well-being would be jeopardized in a less secure environment; or

    g.     The inmate has access to resources within a correctional environment or in the community to the extent housing the inmate in less secure conditions poses a heightened probability of effectuating an escape.

*Id.* at 2-3.

The statistics confirm ADX inmates are extraordinarily dangerous. While a small percentage (5%) are designated directly to the ADX following sentencing, most work their way to the ADX through progressive acts of predatory violence or extremely disruptive behavior in open-population institutions. The reasons for ADX placement for some of the current population include:

- Murdering or attempting to murder other inmates (20%)
- Murdering or attempting to murder BOP staff (6%)
- Assaulting or attempting to assault other inmates (12%)
- Assaulting or attempting to assault BOP staff (18%)
- Failing the Special Management Unit Program (18%)
- Placement on SAMs (8%)

The current population of ADX inmates has demonstrated an extraordinary propensity for violence:

- 74 have murdered another inmate
- 4 have murdered BOP staff
- 5 have murdered other law enforcement personnel
- 140 are leaders, members, or associates of BOP-designated Security Threat Groups ("STGs")
- 58 are leaders, members, or associates of groups known by the BOP to cause extreme disruption in an institutional setting
- 33 are international terrorists
- 10 are domestic terrorists

3

- 13 have a history of taking hostages
- 99.1% have a history of violence
- 55.5% have assaulted BOP staff, including assaults with weapons

The ADX is comprised of four distinct missions: the ADX General Population and Step-Down Unit Program, the Control Unit, the Special Security Unit, and the High Security Adult Alternative Housing Program. Notwithstanding the extreme dangers posed by ADX inmates, the ADX is not a lifetime warehouse for them. The ADX is a programming institution designed to move inmates to less-restrictive facilities. Every inmate who enters the ADX is given the opportunity to demonstrate he no longer needs to be housed there. As of 2014, the average time spent at the ADX was 4.89 years per inmate.

The ADX General Population and Step-Down Program is the primary means by which the BOP transitions ADX inmates to open-population institutions. As an inmate demonstrates periods of clear conduct and positive institutional adjustment, he progresses from one of the general-population units, through the intermediate, transitional, and pre-transfer phases of the Step-Down Program. *See* Exhibit 3, FLM 5321.07(1)B, *General Population and Step-Down Unit Operations* (September 1, 2015). Correctional staff evaluate the inmate's progress on a regular basis to ensure that only those inmates who require the security and controls of the institution are housed at the ADX.

The Control Unit Program houses the most violent, predatory, disruptive, and escape-prone male inmates in the custody of the BOP. They are designated in the program as a result of serious misconduct during service of their sentence. Inmates receive a due-process hearing prior to their placement into the Control Unit Program. Each case referred for Control Unit Program placement is reviewed and approved by the Executive Panel, which consists of the Regional Director for the region where the Control Unit is located and the Assistant Director for Correctional Programs of the BOP. The period of time an inmate is assigned to the Control Unit Program is determined based on the severity of the misconduct that warranted their placement in the unit.

The Special Security Unit program houses inmates who are subject to SAMs. SAMs are imposed at the direction of the Attorney General of the United States.

The High Security Adult Alternative Housing Program is designed for ADX general-population inmates who have demonstrated they can function in a less-secure unit within the ADX but whose safety needs prevent them from advancing through the ADX Step-Down Program. *See* Exhibit 4, FLM 5321.07(4)(A), *High Security Adult Alternative Housing Program* (Sept. 1, 2015). Inmates in this program are unrestrained when they are outside their cells and when they are escorted to various programming areas in the housing unit. *See id.* at 6, § 7.A. Many of these inmates possess knowledge, such as advanced bombmaking skills, that makes them dangerous in other ways. These high-profile inmates receive attention from people in the community who are sympathizers and who exhibit interest in the inmates and their motivation for committing these high-profile crimes.

4

Inmates have progressively more personal freedom and more direct physical contact with other inmates as well as staff at each phase of these programs, with the exception of the Control Unit. With that increased freedom comes increased risks, both to the inmates and to correctional staff.

However, dangers are present even in the first phase of the ADX Step-Down Program, when inmates are housed in general-population units and their physical contact with others is strictly controlled. Prison staff interact with and are in close physical proximity to inmates all day, every day. Correctional staff are physically exposed to inmates when they deliver meals, escort inmates to recreation, medical appointments, and visits, and perform everyday tasks such as delivering mail and laundry, etc. Despite the ADX security controls and the professionalism of staff, they are at risk. Correctional officers are physically assaulted by thrown feces, urine, and other substances. Inmates throw other projectiles, including homemade spears. Even while in restraints, inmates use their head and legs to assault staff while being moved from their cells to other locations. It is not unusual for staff to be injured during encounters like these. One of the most degrading (and frequent) types of inmate-on-staff attacks is being spat upon. Inmates also bite staff, subjecting them to blood- or fluid-borne diseases. In fact, inmates frequently use their diseases to threaten staff, suggesting that they will take steps against staff calculated to spread disease.

Assaults and threats like these are sometimes minimized by critics who do not have correctional experience, but they are serious. Not only are these attacks and threats demoralizing and make the job of a correctional officer more difficult, they expose officers to serious illnesses and trauma. Recently, one ADX staff member who was hit in the face with feces suffered a compromised immune system and developed a severe case of shingles.

ADX correctional personnel are at risk of even more serious assaults. Inmates defeat hand restraints by pulling their hands through handcuffs and continue to fight violently even when they are restrained. When inmates physically lash out, officers must immediately respond with force. For the calendar year 2017, there were 64 immediate use-of-force events at the ADX. Officers have suffered serious injuries, including head trauma, deep-tissue lacerations, and joint injuries, to name a few. Moreover, even though ADX security controls are rigorous, they are applied by human beings who will sometimes become complacent or make mistakes. An inmate who overpowers a staff member can seize a rapid-rotation baton, oleoresin capsicum ("OC") aerosol spray, and keys that will allow him to gain access to staff or other inmates. There is a recent example of just such an incident at the ADX. On September 11, 2013, three staff members at the ADX were brutally attacked when delivering reading materials to an inmate's cell. The inmate had managed to hide on the ceiling of the sallyport area of his cell. The outer cell door was opened before staff realized that the inmate was not visible. The inmate then dropped on three unsuspecting staff members. The inmate sprayed one staff member in the face with homemade pepper spray he made from hot sauce. Wielding a homemade weapon, commonly known as a shank, the inmate overpowered two of the three staff members and seized control of their rapid-rotation batons. The inmate used these batons to repeatedly bludgeon the