# EXHIBIT 28

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02184-RM-STV

PRISON LEGAL NEWS, a project of the Human Rights Defense Center,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

---

**DEFENDANT'S SECOND SUPPLEMENTAL DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26(a)(1)**

---

Defendant the Federal Bureau of Prisons ("BOP"), through undersigned counsel, hereby makes the following supplemental disclosures pursuant to Fed. R. Civ. P. 26(a)(1):

**I.**    **The name, and if known, the address and telephone number of each individual likely to have discoverable information, along with the subjects of that information, that Defendant may use to support its claims or defenses, unless the use would be solely for impeachment (Fed. R. Civ. P. 26(a)(1)(A)(i)):**

The BOP discloses the following individuals who now hold positions vacated by previously disclosed, and now retired, witnesses:

    1.    Andy Matevousian[1]
            Warden, FCC Florence
            5880 Highway 67 South
            Florence, CO  81226

The BOP discloses Warden Matevousian, who is anticipated to arrive in Florence in mid-April, as the successor to Warden Jack Fox, who has now retired.  Warden Matevousian has information on those subjects referenced in the previous disclosure for Warden Fox, including the procedures for reviewing incoming publications at the ADX.

---

[1] All current employees of the BOP should be contacted through undersigned counsel.

1

    2.      Amy Kelley
           SIS Lieutenant
           5880 Highway 67 South
           Florence, CO  81226

The BOP discloses Lieutenant Kelley as the successor to former Special Investigative Agent Debra Payne, who has now retired. Ms. Kelley has information on those subjects referenced in the disclosure for Ms. Payne, including information concerning ADX procedures regarding incoming publications at the ADX.

In addition, the BOP discloses:

    3.      John Dunkelberger, Chief
           Unit Management Section
           Correctional Programs Division
           320 1st Street, NW
           Washington, DC 20534

Mr. Dunkelberger has information pertaining to the claims raised in the complaint, including information concerning the BOP's practice to reject publications, rather than redact content that is deemed inappropriate for entry into a correctional institution. Mr. Dunkelberger has information concerning the matters to which he testified in his deposition.

    4.      Any witness disclosed by Plaintiff.

    5.      Any witness necessary for rebuttal or impeachment.

**II.**    **A copy – or description by category and location – of all documents, electronically stored information, and tangible things that Defendant has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment (Fed. R. Civ. P. 26(a)(1)(A)(ii)):**

    1.      Any document produced by the BOP or Plaintiff during discovery, which is ongoing.

    2.      Any document necessary for rebuttal or impeachment.

3

The above supplemental disclosures reflect the BOP's investigation of the allegations and issues raised in the complaint insofar as that investigation has been completed to the date of these disclosures. The above disclosures may not reflect all persons or documents that the BOP may use to support its defenses in this case. The BOP may submit additional supplements to these disclosures.

DATED March 15, 2018.

Respectfully submitted,

ROBERT C. TROYER
United States Attorney

s/ *Susan Prose*
Susan Prose
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0404
E-mail: susan.prose@usdoj.gov

Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2018, I sent the foregoing document to the following by email:

Stephen Kiehl
Matthew Shapanka
Peter Swanson
Alyson Sandler
Terra Fulham

s/ *Susan Prose*
Susan Prose
United States Attorney's Office