# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02184-RM-STV

PRISON LEGAL NEWS, a project of the Human Rights Defense Center,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR ORDER TO RESTRICT ACCESS TO DOCKET ENTRIES 110, 110-1, AND 110-2

    The Court, having reviewed the Unopposed Motion for Order to Restrict Access to Docket Entries 110, 110-1, and 110-2, and good cause appearing, hereby GRANTS the motion. It is ORDERED as follows:

- The BOP's proposed redactions to Docs. 110, 110-1, and 110-2 are appropriate.
- Docs. 110, 110-1, and 110-2 **shall remain subject to a Level 1 restriction on access**.

    DATED this \_\_\_ day of June, 2018.

                                                                     BY THE COURT:

                                                                     _____