**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02184-RM-STV

PRISON LEGAL NEWS, a project of the Human Rights Defense Center,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

**UNOPPOSED MOTION FOR A ONE-DAY EXTENSION OF THE DEADLINE FOR THE PARTIES TO SUBMIT A PROPOSED FINAL PRETRIAL ORDER**

The Federal Bureau of Prisons ("BOP") respectfully requests one additional day, to and including **July 3, 2018**, for the parties to submit a proposed Final Pretrial Order in this matter. *See* Scheduling Order, Doc. 90 at 9 (stating that a proposed Final Pretrial Order must be submitted no later than seven days before the final pretrial conference, which is set for July 9, 2018). There is good cause for the Court to grant this very short extension.

Undersigned counsel for the BOP must submit the proposed Final Pretrial Order for client review prior to its submission to the Court. However, due to unforeseen circumstances, the BOP representatives who are familiar with this litigation are unavailable to counsel at this time, and the necessary review cannot be completed until Tuesday, July 3, 2018. Counsel for the BOP wishes to ensure that the BOP's position is accurately and thoroughly reflected in the proposed Final Pretrial Order, and also to ensure that the parties are able to engage in a full conferral prior to the filing of the Order. The extension requested here will not affect the Final

Pretrial Conference, which is scheduled for July 9, 2018, at 9:30 a.m.  Neither party will be prejudiced by this short extension.[1]

Undersigned counsel certifies that she will serve this motion on a representative of the BOP.  *See* D.C.COLO.LCivR 6.1(c).

WHEREFORE, the Federal Bureau of Prisons respectfully request that the Court issue an order permitting the parties to submit a proposed Final Pretrial Order on **July 3, 2018**.  A proposed order is attached.

Respectfully submitted on June 27, 2018.

>ROBERT C. TROYER
>United States Attorney
>
>s/ *Susan Prose*
>Susan Prose
>Assistant United States Attorney
>1801 California Street, Suite 1600
>Denver, Colorado 80202
>Tel.: (303) 454-0100; Fax: (303) 454-0404
>E-mail: susan.prose@usdoj.gov

---

[1] Pursuant to D.C.COLO.LCivR 6.1(b), the BOP states that there have been eight other requests for extensions of time in this matter.  The parties jointly moved for an extension of the deadlines to file a Joint Case Management Plan and for the BOP to respond to the complaint, Doc. 17, which the Court granted, in part.  Doc. 23.  The BOP filed a second motion for extension of time to respond to PLN's complaint, Doc. 24, which the Court granted.  Doc. 30.  The parties filed two previous joint motions to extend the deadlines for PLN to respond to the motions to dismiss and to stay discovery, Doc. 37, Doc. 45, which the Court granted.  Doc. 40, Doc. 47.  The parties filed a third joint motion for an extension of then-pending briefing deadlines, Doc. 49, which the Court granted in part and denied in part.  Doc. 51.  The BOP filed a motion for a one-week extension of time to file objections and an appeal of a recommendation, Doc. 64, which the Court granted.  Doc. 65.  The BOP filed a motion for leave to file an answer to the complaint out of time, Doc. 85, which the Court granted.  Doc. 87.  The parties jointly moved to extend four discovery deadlines, Doc. 95, which the Court granted.  Doc. 97.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

       I hereby certify that on June 27, 2018, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will electronically send notice to:

    Steven Zansberg
    Sabarish Neelakanta
    Peter Swanson
    Matthew Shapanka
    Elliot Mincberg
    David Shapiro
    Terra Fulham
    Alyson Sandler

                                              s/ *Susan Prose*
                                              Susan Prose
                                              United States Attorney's Office