# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02184-RM-STV

PRISON LEGAL NEWS, a project of the Human Rights Defense Center,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION FOR A ONE-DAY EXTENSION OF THE DEADLINE FOR THE PARTIES TO SUBMIT A PROPOSED FINAL PRETRIAL ORDER**

---

    The Court, having reviewed the Unopposed Motion for a One-Day Extension of the Deadline for the Parties to Submit a Proposed Final Pretrial Order, and good cause appearing, hereby GRANTS the motion.

    It is ORDERED that the parties shall file a Proposed Final Pretrial Order on **July 3, 2018**.

    DATED this ___ day of _____, 2018.

                                            BY THE COURT:

                                                         _____