IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Courtroom Deputy: Monique Ortiz | FTR - Reporter Deck - Courtroom C203 |
| Date: July 9, 2018 | Byron G. Rogers United States Courthouse |

Civil Action No. 15-cv-02184-RM-STV

*Parties*:

PRISON LEGAL NEWS

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, THE

    Defendant.

*Counsel*:

Matthew Shapanka
Steven Zansberg
Alyson Sandler (by phone)

Susan Prose
Clay C. Cook

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   FINAL PRETRIAL CONFERENCE**
**Court in session:   9:30 a.m.**
Court calls case. Appearance of counsel.

**It is ORDERED:**   The proposed Final Pretrial Order which was submitted to the court is approved and made an order of court.

Parties are directed to Judge Moore's chambers to obtain trial dates.

HEARING CONCLUDED.
**Court in recess:**     **9:31 a.m.**
Time In Court:        00:01


To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4596 OR AB Court Reporting & Video, Inc. at (303)629-8534.