# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-CV-02184-RM-STV

PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,

    Plaintiff,

    v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

## UNOPPOSED MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to District of Colorado Local Attorney Rule 5(b), David M. Shapiro, who has appeared as counsel to Plaintiff Prison Legal News ("PLN") in the above-captioned matter, respectfully moves to withdraw as counsel in this case. In support thereof, the undersigned states as follows:

1. Mr. Shapiro entered his appearance in this matter on October 9, 2015 (Doc. 12).

2. Mr. Shapiro has complied with the notification requirements of District of Colorado Local Attorney Rule 5(b). Mr. Shapiro informed PLN in writing that the client is "responsible for complying with all court orders and time limitations established by applicable statutes and rules" and that the client "may not appear without counsel admitted to the bar of this court, and that absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against the entity." *See* attached Notice of Withdrawal of Appearance.

3. No party will be prejudiced or otherwise affected by Mr. Shapiro's withdrawal, as PLN is represented by several other counsel who have entered appearances in this matter.

4. The relief requested in this motion is sought in good faith and not for the purposes of delay.

## RULE 7.1(A) CERTIFICATION

Mr. Shapiro conferred with Susan Prose, counsel to Defendant the Federal Bureau of Prisons, who stated that Defendant does not oppose this motion.

WHEREFORE, the undersigned counsel respectfully requests to withdraw his appearance representing Plaintiff Prison Legal News in this matter.

DATED: September 10, 2018          Respectfully submitted,

*/s/ David M. Shapiro*
David M. Shapiro
RODERICK AND SOLANGE
MACARTHUR JUSTICE CENTER
375 East Chicago Avenue
Chicago, IL 60611
(312) 503-0711
Email: David.Shapiro@law.northwestern.edu

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of September, 2018, the foregoing was electronically filed with the Clerk of the Court using the ECF/CM electronic filing system, which will send electronic notification to all counsel of record, including in-house counsel at Prison Legal News.

*/s/ David M. Shapiro*
David M. Shapiro

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 15-CV-02184-RM-STV

PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,

    Plaintiff,

    v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

___

**NOTICE OF WITHDRAWAL OF APPEARANCE**

___

In accordance with District of Colorado Local Attorney Rule 5(b), the undersigned hereby certifies as follows:

1. The undersigned intends to withdraw as counsel for Plaintiff Prison Legal News ("PLN") in the above-captioned matter.

2. Pursuant to District of Colorado Local Attorney Rule 5(b), the undersigned hereby notifies PLN of the following: (a) PLN is responsible for complying with all court orders and time limitations established by applicable statutes and rules; and (b) PLN may not appear without counsel admitted to the bar of this court, and that absent prompt appearance of substitute counsel, pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against the entity.

DATED: September 10, 2018 　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　*/s/ David M. Shapiro*
　　　　　　　　　　　　　　　　　　David M. Shapiro
　　　　　　　　　　　　　　　　　　RODERICK AND SOLANGE
　　　　　　　　　　　　　　　　　　MACARTHUR JUSTICE CENTER
　　　　　　　　　　　　　　　　　　375 East Chicago Avenue
　　　　　　　　　　　　　　　　　　Chicago, IL 60611
　　　　　　　　　　　　　　　　　　(312) 503-0711
　　　　　　　　　　　　　　　　　　Email: David.Shapiro@law.northwestern.edu

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of September, 2018, the foregoing was electronically filed with the Clerk of the Court using the ECF/CM electronic filing system, which will send electronic notification to all counsel of record, including in-house counsel at Prison Legal News.

*/s/ David M. Shapiro*
David M. Shapiro

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-CV-02184-RM-STV

PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

Defendant.

___

**[PROPOSED] ORDER REGARDING UNOPPOSED MOTION FOR WITHDRAWAL OF APPEARANCE**

___

This matter having come before the Court on the Unopposed Motion to Withdraw as Counsel and the Court having reviewed the pleadings filed herein and being fully advised of the premises contained therein, it hereby **GRANTS** the Motion and **ORDERS** that:

1. David M. Shapiro is hereby withdrawn from representing Plaintiff Prison Legal News.

2. The Clerk of the Court shall terminate the association of David M. Shapiro with Plaintiff Prison Legal News.

Dated this ___ day of _____, 2018.

**BY THE COURT:**

_____