IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-02184-RM-STV

PRISON LEGAL NEWS,

    Plaintiff,

v.

THE FEDERAL BUREAU OF PRISONS,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order entered by Judge Raymond P. Moore on October 25, 2018, it is

ORDERED that judgment is entered in favor of Defendant and against Plaintiff.   It is

FURTHER ORDERED that, within 14 days of the entry of this Order, Defendant may have its costs by filing a Bill of Costs with the Clerk of the Court in accordance with the procedures under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1, which shall be taxed by the Clerk of the Court.   It is

FURTHER ORDERED that this case is closed.

Dated this 25th day of October, 2018.

                                            FOR THE COURT:
                                            JEFFREY P. COLWELL

                                            By:   s/C. Pearson
                                                  C. Pearson, Deputy Clerk