*** NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME (ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.

AO 133(Rev. 12/09) Bill of Costs

USDC Colo. Version – (Further Rev. (12/01/2013)

# BILL OF COSTS

| United States District Court | DISTRICT: DISTRICT OF COLORADO |
|---|---|
| Prison Legal News v. Federal Bureau of Prisons | DOCKET NO. 15-cv-02184-RM-STV |
| | MAGISTRATE CASE NO |

Judgment having been entered in the above entitled action on October 25, 2018 against Prison Legal News the clerk is requested to tax the following as costs:

## BILL OF COSTS

| Item | Amount |
|---|---|
| Fees of the clerk | $ |
| Fees for service of summons and complaint | $ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ |
| Fees and disbursements for printing | $ |
| Fees for witnesses (itemized on reverse side) | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions | $ 6,388.40 |
| Costs as shown on Mandate of Court of Appeals | $ |
| Other costs (Please itemize) | $ |

**Please review and comply with D.C.COLO.LCivR .54.1**

**(See Notice section on reverse side)**

**TOTAL** $ 6,388.40

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney s/ Susan Prose

Print Name Susan Prose Phone Number 303-454-0170

For: ____________ Date November 8, 2018

Name of Claiming Party

| | |
|---|---|
| Please take notice that I will appear before the Clerk who will tax said costs on the following day and time: | Date and Time December 18, 2018, at 9:00 a.m. |
| Costs are hereby taxed in the following amount and included in the judgment: | Amount Taxed $ |
| | (BY) DEPUTY CLERK |
| CLERK OF COURT<br>JEFFREY P. COLWELL | DATE: |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02184-RM-STV

PRISON LEGAL NEWS, a project of the Human Rights Defense Center,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

Defendant.

---

**DEFENDANT'S EXPLANATION OF COSTS**

---

**Deposition costs:**

| **Deponent** | **Cost** |
|---|---|
| Mark Collins | $406.40 |
| Blake Davis | 677.00 |
| Jack Fox | 448.70 |
| Debra Payne | 306.95 |
| Todd Chapman (1/17/2017) | 468.30 |
| Todd Chapman (3/16/2018) | 769.35 |
| Paul Wright[1] | 1,565.50 |
| John Dunkelberger | 547.70 |
| David Berkebile | 424.90 |
| Dennis Stamper | 383.50 |
| Shon Kuta | 390.10 |
| **TOTAL** | $6,388.40 |

These deposition transcripts were utilized in connection with Defendant's motion for summary judgment and/or in responding to Plaintiff's motion for summary judgment. The invoices from the court reporting services for these depositions are attached.

[1] Please note that Defendant does not seek reimbursement for the "Instant Copy Rough Transcript" of Mr. Wright's deposition.

Respectfully submitted on November 8, 2018.

JASON R. DUNN
United States Attorney

s/ *Susan Prose*
Susan Prose
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0411
E-mail: susan.prose@usdoj.gov

Counsel for the Federal Bureau of Prisons

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on November 8, 2018, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will electronically send notice to:

Steven Zansberg
Sabarish Neelakanta
Peter Swanson
Matthew Shapanka
Terra Fulham
Alyson Sandler
Masimba Mutamba

s/ *Susan Prose*
Susan Prose
United States Attorney's Office

**Hunter + Geist, Inc.**
1900 North Grant Street
Suite 1025
Denver, CO 80203
*Phone:* (303) 832-5966 *Fax:* (303) 832-9525

*Job #:* 180419BB
*Job Date:* 04/19/18
*Order Date:* 04/19/18
*DB Ref.#:*
*Date of Loss:* / /
*Your File #:*
*Your Client:* Federal Bureau/Prisons

# Invoice

*Invoice #:* 154700
*Inv.Date:* 04/30/18
*Balance:* $406.40

*Bill To:*
Susan Prose, Esq.
United States Attorney's Office
1800 California Street
Suite 1600
Denver, CO 80202

*Action:* Prison Legal News
VS
Federal Bureau of Prisons
*Action #:* 15-cv-02184-RM-STV
*Rep:* Barbara Birger
*Cert:* RMR, CRR

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Mark Collins | Certified Transcript | $345.00 |
| 2 | Mark Collins | Electronic Transcript Files | $25.00 |
| 3 | Mark Collins | Scanned Exhibits | $36.40 |

I certify that these goods and/or services were received on 4/19/18 and accepted on 5/2/18
Oral purchase was authorized and no confirming order has been issued.
[signature] 5/2/18
Signature Date

*Comments:*

Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $406.40 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $406.40 |
| Payment | $0.00 |
| Balance Due | $406.40 |

*Federal Tax I.D.:* 84-0835207 *Terms:* Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.

Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

*Bill To:*
Susan Prose, Esq.
United States Attorney's Office
1800 California Street
Suite 1600
Denver, CO 80202

*Deliver To:*
Susan Prose, Esq.
United States Attorney's Office
1800 California Street
Suite 1600
Denver, CO 80202

Invoice

*Invoice #:* 154700
*Inv.Date:* 04/30/18
*Balance:* $406.40
*Job #:* 180419BB
*Job Date:* 04/19/18
*DB Ref.#:*
*Date of Loss:* / /
*Your File #:*
*Your Client:* Federal Bureau/Prisons

*Phone:* (303) 832-5966
*Fax:* (303) 832-9525

Hunter + Geist, Inc.
1900 North Grant Street
Suite 1025
Denver, CO 80203

# INVOICE

Planet Depos
We Make It Happen

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 203707 | 1/30/2018 | 171594 |
| **Job Date** | **Case No.** | |
| 1/10/2018 | 15-CV-02184-RM-STV | |
| **Case Name** | | |
| Prison Legal News -v- Federal Bureau of Prisons | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Susan Prose, Esquire
U.S. Department of Justice, Denver
United States Attorney's Office
1801 California Street
Suite 1600
Denver, CO 80202

TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Blake Davis | 183.00 Pages | 594.75 |
| Exhibits | 135.00 Pages | 47.25 |
| Processing Fee | | 35.00 |
| | **TOTAL DUE >>>** | **$677.00** |
| | AFTER 3/1/2018 PAY | $710.85 |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289 Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

I certify that these goods and/or services were received on 1/10/18 and accepted on 1/30/18
Oral purchase was authorized and no confirming order has been issued.
[signature] 1/30/18
Signature Date

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Susan Prose, Esquire
U.S. Department of Justice, Denver
United States Attorney's Office
1801 California Street
Suite 1600
Denver, CO 80202

Invoice No. : 203707
Invoice Date : 1/30/2018
**Total Due : $677.00**
AFTER 3/1/2018 PAY $710.85

Remit To: **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

Job No. : 171594
BU ID : 21-OOT-R
Case No. : 15-CV-02184-RM-STV
Case Name : Prison Legal News -v- Federal Bureau of Prisons

**Hunter + Geist, Inc.**
1900 North Grant Street
Suite 1025
Denver, CO 80203
Phone: (303) 832-5966 Fax: (303) 832-9525

Job #: 180208WH
Job Date: 02/08/18
Order Date: 02/08/18
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Federal Bureau of Prisons

# Invoice

Invoice #: 152560
Inv.Date: 02/22/18
Balance: $448.70

Bill To:
Susan Prose, Esq.
United States Attorney's Office
1800 California Street
Suite 1600
Denver, CO 80202

Action: Prison Legal News
vs
Federal Bureau of Prisons
Action #: 15-cv-02184-RM-STV
Rep: Wendy Heath
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Jack Fox | Certified Transcript | $393.30 |
| 2 | Jack Fox | Electronic Transcript Files | $25.00 |
| 3 | Jack Fox | Scanned Exhibits | $30.40 |
| 4 | Jack Fox | Word Index - NO CHARGE | $0.00 |

I certify that these goods and/or services were received on 2/8/18 and accepted on 2/22/18. Oral purchase was authorized and no confirming order has been issued.

[signature] 2/26/18
Signature Date

Comments:

Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $448.70 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $448.70 |
| Payment | $0.00 |
| Balance Due | $448.70 |

Federal Tax I.D.: 84-0835207 Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.

Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
Susan Prose, Esq.
United States Attorney's Office
1800 California Street
Suite 1600
Denver, CO 80202

Deliver To:
Susan Prose, Esq.
United States Attorney's Office
1800 California Street
Suite 1600
Denver, CO 80202

Invoice

Invoice #: 152560
Inv.Date: 02/22/18
Balance: $448.70
Job #: 180208WH
Job Date: 02/08/18
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Federal Bureau of Prisons

Phone: (303) 832-5966
Fax: (303) 832-9525

Hunter + Geist, Inc.
1900 North Grant Street
Suite 1025
Denver, CO 80203

**Hunter + Geist, Inc.**
1900 North Grant Street
Suite 1025
Denver, CO 80203
Phone: (303) 832-5966 Fax: (303) 832-9525

Job #: 180207WH
Job Date: 02/07/18
Order Date: 02/07/18
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Fed. Bureau of Prisons

# Invoice

Invoice #: 152558
Inv.Date: 02/22/18
Balance: $306.95

Bill To:
Susan Prose, Esq.
United States Attorney's Office
1800 California Street
Suite 1600
Denver, CO 80202

Action: Prison Legal News
vs
Federal Bureau of Prisons
Action #: 15-cv-02184-RM-STV
Rep: Wendy Heath
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Debra Payne | Certified Transcript | $255.30 |
| 2 | Debra Payne | Electronic Transcript Files | $25.00 |
| 3 | Debra Payne | Scanned Exhibits | $26.65 |
| 4 | Debra Payne | Word Index - NO CHARGE | $0.00 |

I certify that these goods and/or services were received on 2/7/18 and accepted on 2/22/18
Oral purchase was authorized and no confirming order has been issued.
[signature] 2/26/18
Signature Date

Comments:

Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $306.95 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $306.95 |
| Payment | $0.00 |
| Balance Due | $306.95 |

Federal Tax I.D.: 84-0835207 Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
Susan Prose, Esq.
United States Attorney's Office
1800 California Street
Suite 1600
Denver, CO 80202

Deliver To:
Susan Prose, Esq.
United States Attorney's Office
1800 California Street
Suite 1600
Denver, CO 80202

Invoice #: 152558
Inv.Date: 02/22/18
Balance: $306.95
Job #: 180207WH
Job Date: 02/07/18
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Fed. Bureau of Prisons

Invoice

Phone: (303) 832-5966
Fax: (303) 832-9525

Hunter + Geist, Inc.
1900 North Grant Street
Suite 1025
Denver, CO 80203

**Hunter + Geist, Inc.**
1900 Grant Street
Suite 1025
Denver, CO 80203
*Phone:* (303) 832-5966 *Fax:* (303) 832-9525

*Job #:* 170117TC
*Job Date:* 01/17/17
*Order Date:* 01/17/17
*DB Ref.#:*
*Date of Loss:* / /
*Your File #:*
*Your Client:* Federal Bureau of Prisons

# Invoice

*Invoice #:* 140411
*Inv.Date:* 01/24/17
*Balance:* $468.30

*Bill To:*
Susan Prose, Esq.
United States Attorney's Office
1225 17th Street
Suite 700
Denver, CO 80202

*Action:* Prison Legal News
vs
Federal Bureau of Prisons
*Action #:* 15-cv-02184-RM-STV
*Rep:* Teresa L. Coogle
*Cert:* RPR

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Todd Chapman | Certified Transcript (159 pp @ $2.55) | $413.10 |
| 2 | Todd Chapman | Electronic Transcript Files | $15.00 |
| 3 | Todd Chapman | Scanned Exhibits | $40.20 |
| 4 | Todd Chapman | Word Index - NO CHARGE | $0.00 |

I certify that these goods and/or services were received on 1/17/17 and accepted on 1/24/17
Oral purchase was authorized and no confirming order has been issued.
Signature [signature] Date 1/25/17

*Comments:*

Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $468.30 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $468.30 |
| Payment | $0.00 |
| Balance Due | $468.30 |

*Federal Tax I.D.:* 84-0835207 *Terms:* Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.

Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

*Bill To:*
Susan Prose, Esq.
United States Attorney's Office
1225 17th Street
Suite 700
Denver, CO 80202

*Deliver To:*
Susan Prose, Esq.
United States Attorney's Office
1225 17th Street
Suite 700
Denver, CO 80202

Invoice

*Invoice #:* 140411
*Inv.Date:* 01/24/17
*Balance:* $468.30
*Job #:* 170117TC
*Job Date:* 01/17/17
*DB Ref.#:*
*Date of Loss:* / /
*Your File #:*
*Your Client:* Federal Bureau of Prisons

*Phone:* (303) 832-5966
*Fax:* (303) 832-9525

Hunter + Geist, Inc.
1900 Grant Street
Suite 1025
Denver, CO 80203

Rivergate Plaza Suite 718
444 Brickell Avenue Miami Florida 33131
305 374.8868 Fax 305 374.9668
service@fernandezCR.com
FernandezCourtReporters.com

Fernandez Associates
court reporters

# Invoice

| INVOICE # | DATE |
|---|---|
| **21506** | 3/15/2018 |

| BILL TO | |
|---|---|
| US Attorneys Office for the<br>District of Colorado<br>1801 California Street, Suite 1600<br>Denver, Colorado 80202 | |
| ATTN | Susan Prose, AUSA |

| REPORTER | TERMS |
|---|---|
| S. Martinez | Due on receipt |

| DATE TAKEN | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| | Prison Legal News vs. Federal Bureau of Prisons | | | |
| 3/6/2018 | Attendance of Reporter 8:30 to 3:30 (half hour lunch). | 1 | 325.00 | 325.00 |
| | Original and one copy of the Deposition of Paul Wright. | 245 | 4.40 | 1,078.00 |
| | E-Transcript, Miniscript & Index. | 1 | 35.00 | 35.00 |
| | 430 Pages of Exhibits. | 430 | 0.25 | 107.50 |
| | Postage & Handling (priority mail/hard copy of the exhibits). | 1 | 20.00 | 20.00 |
| | Instant Copy Rough Transcript. | 241 | 2.50 | 602.50 |

I certify that these goods and/or services were received on 3/15/18 and accepted on 3/16/18
Oral purchase was authorized and no confirming order has been issued.
[signature] 3/15/18
Signature Date

Fernandez & Associates Court Reporters does not abdicate payment responsibility to third parties. If collection action is necessary to obtain payment of this invoice, we shall be entitled to recover from payor all costs of collection, including interest, court costs, and reasonable attorney's fees.

**Total** **$2,168.00**

WE ACCEPT CREDIT CARD PAYMENTS

TAX ID NUMBER 65-0595628

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 211305 | 4/2/2018 | 180129 |
| **Job Date** | **Case No.** | |
| 3/9/2018 | 15-CV-02184-RM-STV | |
| **Case Name** | | |
| Prison Legal News -v- Federal Bureau of Prisons | | |
| **Payment Terms** | | |
| Due upon receipt | | |

**Planet Depos**
We Make It Happen

Susan Prose, Esquire
U.S. Department of Justice, Denver
United States Attorney's Office
1801 California Street
Suite 1600
Denver, CO 80202

TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| John Lee Dunkelberger, Designated Representative | 114.00 Pages | 370.50 |
| Exhibits | 72.00 Pages | 25.20 |
| Rough ASCII | 78.00 Pages | 117.00 |
| Processing Fee | | 35.00 |
| | **TOTAL DUE >>>** | **$547.70** |
| | AFTER 5/2/2018 PAY | $575.09 |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289 Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

I certify that these goods and/or services were received on 3/9/18 and accepted on 4/3/18
Oral purchase was authorized and no confirming order has been issued.

Signature [signature] Date 4/3/18

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Susan Prose, Esquire
U.S. Department of Justice, Denver
United States Attorney's Office
1801 California Street
Suite 1600
Denver, CO 80202

Invoice No. : 211305
Invoice Date : 4/2/2018
**Total Due : $547.70**
AFTER 5/2/2018 PAY $575.09

Job No. : 180129
BU ID : 01-MAIN
Case No. : 15-CV-02184-RM-STV
Case Name : Prison Legal News -v- Federal Bureau of Prisons

Remit To: **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

**Hunter + Geist, Inc.**
1900 North Grant Street
Suite 1025
Denver, CO 80203
Phone: (303) 832-5966 Fax: (303) 832-9525

Job #: 180119BB
Job Date: 01/19/18
Order Date: 01/19/18
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Federal Bureau/Prisons

# Invoice

Invoice #: 151996
Inv.Date: 02/06/18
Balance: $424.90

Bill To:
Susan Prose, Esq.
United States Attorney's Office
1800 California Street
Suite 1600
Denver, CO 80202

Action: Prison Legal News
vs
Federal Bureau of Prisons
Action #: 15-cv-02184-RM-STV
Rep: Barbara Birger
Cert: RMR, CRR

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | (video) David Berkebile | Certified Transcript (145 pp @ $2.55) | $369.75 |
| 2 | (video) David Berkebile | Electronic Transcript Files | $25.00 |
| 3 | (video) David Berkebile | Scanned Exhibits | $30.15 |
| 4 | (video) David Berkebile | Word Index - NO CHARGE | $0.00 |

I certify that these goods and/or services were received on 1/19/18 and accepted on 2/6/18
Oral purchase was authorized and no confirming order has been issued
Signature [signature] Date 2/6/18

Comments:

Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $424.90 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $424.90 |
| Payment | $0.00 |
| Balance Due | $424.90 |

Federal Tax I.D.: 84-0835207 Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
Susan Prose, Esq.
United States Attorney's Office
1800 California Street
Suite 1600
Denver, CO 80202

Deliver To:
Susan Prose, Esq.
United States Attorney's Office
1800 California Street
Suite 1600
Denver, CO 80202

# Invoice

Invoice #: 151996
Inv.Date: 02/06/18
Balance: $424.90
Job #: 180119BB
Job Date: 01/19/18
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Federal Bureau/Prisons

Phone: (303) 832-5966
Fax: (303) 832-9525

Hunter + Geist, Inc.
1900 North Grant Street
Suite 1025
Denver, CO 80203

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 216146 | 4/25/2018 | 180133 |
| **Job Date** | **Case No.** | |
| 3/14/2018 | 15-CV-02184-RM-STV | |
| **Case Name** | | |
| Prison Legal News -v- Federal Bureau of Prisons | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Susan Prose, Esquire
U.S. Department of Justice, Denver
United States Attorney's Office
1801 California Street
Suite 1600
Denver, CO 80202

TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Dennis Stamper | 104.00 Pages | 338.00 |
| Exhibits | 30.00 Pages | 10.50 |
| Processing Fee | | 35.00 |
| | **TOTAL DUE >>>** | **$383.50** |
| | AFTER 5/25/2018 PAY | $402.68 |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289 Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

...that these goods and/or services were received on 3/14/18 and accepted on 4/26/18
Oral purchase was authorized and no confirming order ... issued.
[signature] 4/26/18
...ure Date

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Susan Prose, Esquire
U.S. Department of Justice, Denver
United States Attorney's Office
1801 California Street
Suite 1600
Denver, CO 80202

Invoice No. : 216146
Invoice Date : 4/25/2018
**Total Due : $383.50**
AFTER 5/25/2018 PAY $402.68

Job No. : 180133
BU ID : 21-OOT-R
Case No. : 15-CV-02184-RM-STV
Case Name : Prison Legal News -v- Federal Bureau of Prisons

Remit To: **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

# INVOICE

Planet Depos
We Make It Happen™

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 216147 | 4/25/2018 | 180136 |
| Job Date | Case No. | |
| 3/14/2018 | 15-CV-02184-RM-STV | |
| Case Name | | |
| Prison Legal News -v- Federal Bureau of Prisons | | |
| Payment Terms | | |
| Due upon receipt | | |

Susan Prose, Esquire
U.S. Department of Justice, Denver
United States Attorney's Office
1801 California Street
Suite 1600
Denver, CO 80202

TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Shon M. Kuta | 118.00 Pages | 348.10 |
| Exhibits | 20.00 Pages | 7.00 |
| Processing Fee | | 35.00 |
| | **TOTAL DUE >>>** | **$390.10** |
| | AFTER 5/25/2018 PAY | $409.61 |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289 Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

I certify that these goods and/or services were received on 3/14/18 and accepted on 4/26/18
Oral purchase was authorized and no confirming order has been issued
Signature [signature] Date 4/26/18

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Susan Prose, Esquire
U.S. Department of Justice, Denver
United States Attorney's Office
1801 California Street
Suite 1600
Denver, CO 80202

Invoice No. : 216147
Invoice Date : 4/25/2018
**Total Due : $390.10**
AFTER 5/25/2018 PAY $409.61

Job No. : 180136
BU ID : 21-OOT-R
Case No. : 15-CV-02184-RM-STV
Case Name : Prison Legal News -v- Federal Bureau of Prisons

Remit To: **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

**Hunter + Geist, Inc.**
1900 North Grant Street
Suite 1025
Denver, CO 80203
*Phone:* (303) 832-5966 *Fax:* (303) 832-9525

*Job #:* 180316BB
*Job Date:* 03/16/18
*Order Date:* 03/16/18
*DB Ref.#:*
*Date of Loss:* / /
*Your File #:*
*Your Client:* Federal Bureau/Prisons

# Invoice

*Invoice #:* 153608
*Inv.Date:* 03/27/18
*Balance:* $769.35

*Bill To:*
Susan Prose, Esq.
United States Attorney's Office
1800 California Street
Suite 1600
Denver, CO 80202

*Action:* Prison Legal News
vs
Federal Bureau of Prisons
*Action #:* 15-cv-02184-RM-STV
*Rep:* Barbara Birger
*Cert:* RMR, CRR

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Chapman, Todd | Certified Transcript | $685.40 |
| 2 | Chapman, Todd | Electronic Transcript Files | $25.00 |
| 3 | Chapman, Todd | Scanned Exhibits | $58.95 |
| 4 | Chapman, Todd | Word Index - NO CHARGE | $0.00 |

I certify that these goods and/or services were received on 3/16/18 and accepted on 6/20/18
Oral purchase was authorized and no confirming order has been issued.
[signature] 6/20/18
Signature Date

*Comments:*

Thank you so much for your business. We truly appreciate it!

| | |
|---|---|
| Sub Total | $769.35 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $769.35 |
| Payment | $0.00 |
| Balance Due | $769.35 |

*Federal Tax I.D.:* 84-0835207 *Terms:* Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.

Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

*Bill To:*
Susan Prose, Esq.
United States Attorney's Office
1800 California Street
Suite 1600
Denver, CO 80202

*Deliver To:*
Susan Prose, Esq.
United States Attorney's Office
1800 California Street
Suite 1600
Denver, CO 80202

Invoice

*Invoice #:* 153608
*Inv.Date:* 03/27/18
*Balance:* $769.35
*Job #:* 180316BB
*Job Date:* 03/16/18
*DB Ref.#:*
*Date of Loss:* / /
*Your File #:*
*Your Client:* Federal Bureau/Prisons

*Phone:* (303) 832-5966
*Fax:* (303) 832-9525

Hunter + Geist, Inc.
1900 North Grant Street
Suite 1025
Denver, CO 80203