# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-CV-02184-RM-STV

PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,

    Plaintiff,

    v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

## [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR A STAY OF PROCEEDINGS ON DEFENDANT'S BILL OF COSTS PENDING APPEAL

The Court, having reviewed Plaintiff Prison Legal News' Motion for a Stay of Proceedings on Defendant's Bill of Costs Pending Appeal, and good cause appearing, hereby GRANTS the motion. It is ORDERED as follows:

1. Briefing and resolution of Defendant's Bill of Costs is stayed until the conclusion of any appeals in this matter. Plaintiff shall not be required to raise any objections to the Bill of Costs until that time.

2. The proposed hearing date of December 18, 2018 is hereby removed from the Court's calendar. The hearing will be rescheduled, if necessary, following the conclusion of any appeals.

Dated this __ day of _____, 2018.

                                          BY THE COURT:

                                          _____