# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-CV-02184-RM-STV

PRISON LEGAL NEWS, a project of the HUMAN RIGHTS DEFENSE CENTER,

    Plaintiff,

    v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Prison Legal News hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Court's Order granting summary judgment to Defendant Federal Bureau of Prisons (Dkt. No. 126) and the Final Judgment (Dkt. No. 127), both entered in this action on the 25th day of October, 2018.

| | |
|---|---|
| DATED: December 21, 2018. | Respectfully submitted, |
| | *s/ Alyson R. Sandler* |
| Sabarish Neelakanta | Steven D. Zansberg |
| Masimba Mutamba | Ballard Spahr LLP |
| Human Rights Defense Center | 1225 17th Street, Suite 2300 |
| PO Box 1151 | Denver, CO 80202 |
| Lake Worth, Florida 33460 | Telephone: (303) 376-2409 |
| Telephone: (561) 360-2523 | FAX: (303) 296-3956 |
| Email: sneelakanta@humanrightsdefensecenter.org mmutamba@humanrightsdefensecenter.org | E-mail: zansbergs@ballardspahr.com |
| *Of Counsel:* | Peter A. Swanson  Terra W. Fulham  Matthew S. Shapanka  Alyson R. Sandler |
| Elliot Mincberg | Covington & Burling LLP |
| Washington Lawyers' Committee for Civil Rights & Urban Affairs | One CityCenter  850 Tenth Street NW |
| 11 Dupont Circle NW | Washington, DC 20001 |
| Suite 400 | Telephone: (202) 662-6000 |
| Washington, DC 20036 | FAX: (202) 662-6291 |
| Telephone: (202) 319-1000 | E-mail: pswanson@cov.com |
| Email: elliot_mincberg@washlaw.org | tfulham@cov.com |
| | mshapanka@cov.com |
| | asandler@cov.com |
| | *Attorneys for Plaintiff Prison Legal News* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2018 I served the foregoing by electronic mail, pursuant to consent received under Federal Rule of Civil Procedure 5(b)(2)(e), upon:

Susan Prose
Marcy Cook
Assistant United States Attorney
U.S. Attorney's Office for the District of Colorado
1225 17th Street, Suite 700
Denver, CO 80202
Susan.Prose@usdoj.gov
Marcy.Cook@usdoj.gov

Clay Cook
Kaitlin Turner
Federal Correctional Complex-Florence
Legal Services
P.O. Box 8500
5880 State Highway 67 South
Florence, CO 81226
c2cook@bop.gov
k1turner@bop.gov

*Counsel for Defendant Bureau of Prisons*

*s/ Alyson R. Sandler*
Alyson R. Sandler

*Attorney for Prison Legal News*