# TRANSCRIPT ORDER FORM - DIRECTIONS ON THE REVERSE SIDE

**PART I** - To be completed by appellant within fourteen days of filing the notice of appeal.

Short Title: Prison Legal News v. BOP           District Court Number: 15-cv-02184-RM-STV
District: Colorado                              Circuit Court Number: 18-1486
Name of Attorney/Pro Se Party: Matthew Shapanka     Email Address: mshapanka@cov.com
    Name of Law Firm/Office: Covington & Burling LLP    Telephone: 202-662-5136
    Address: One City Center, 850 Tenth Street NW, Washington DC 20001
    Attorney for: Prison Legal News
Name of Court Reporter: Stevens-Koenig Reporting
Name of Court Reporter (if ordering from more than one):_____

**PART II** - Complete SECTION A (if not ordering a transcript) or SECTION B (if ordering transcript(s)).

*SECTION A* -    I HAVE NOT ORDERED A TRANSCRIPT BECAUSE
        [] A transcript is not necessary for this appeal;
        [] The necessary transcript is already on file in District Court; or
        [] The necessary transcript was ordered previously in appeal
            number _____

*SECTION B* -    I HEREBY ORDER THE FOLLOWING TRANSCRIPT(S):
        (Specify the date and proceeding in the space below)

Voir dire:_____         Opening Statements:_____
Trial proceedings: _____         Closing Arguments:_____
Jury Instructions: _____         Other Proceedings: 02/17/2017 hearing on Motion to Dismiss
Post-Trial Hearings: _____         Other Proceedings: _____
        (Attach additional pages if necessary)

[x] **I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript ordered on this form.**

[] **This case is proceeding under the Criminal Justice Act.**

**IF THIS APPEAL IS PROCEEDING UNDER THE CJA PLEASE NOTE YOU MUST ALSO TAKE ALL STEPS REQUIRED IN EVOUCHER IN ORDER TO COMPLETE PAYMENT ARRANGEMENTS.**

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

**CERTIFICATE OF COMPLIANCE**

I certify that I have read the instructions on the reverse of this form and that copies of this transcript order form have been served on the **court reporter (if transcript ordered), the Clerk of U.S. District Court, all counsel of record or pro se parties, and the Clerk of the U.S. Court of Appeals for the Tenth Circuit.** I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the court reporter(s).

Signature of Attorney/Ordering Party: */s/Matthew Shapanka*          Date: 01/04/2019

**PART III** -   To be completed by the court reporter after satisfactory financial arrangements have been made.

Upon completion, please file one copy with the Clerk of the U.S. Court of Appeals and one copy with the Clerk of the U.S. District Court.

Date arrangements for payment completed: 12/21/18
Estimated completion date: 1/18/19
Estimated number of pages: 70
I certify that I have read the instructions on the reverse side and that adequate arrangements for payment have been made.

Signature of Court Reporter: _Dawn Davis_           Date: 1/4/19

# CERTIFICATE OF SERVICE

  I, Matthew Shapanka hereby certify that on January 4, 2019, I served the foregoing **Transcript Order Form** by electronic mail, pursuant to consent received under Federal Rule of Civil Procedure 5(b)(2)(e), upon:

Susan B. Prose
Marcy Cook
Assistant United States Attorney
U.S. Attorney's Office for the District of Colorado
1225 17th Street, Suite 700
Denver, CO 80202
Susan.Prose@usdoj.gov
Marcy.Cook@usdoj.gov

Clay Cook
Kaitlin Turner
Federal Correctional Complex-Florence
Legal Services
P.O. Box 8500
5880 State Highway 67 South
Florence, CO 81226
c2cook@bop.gov
k1turner@bop.gov

*Counsel for Defendant Bureau of Prisons*

            *s/Matthew S. Shapanka*
             Matthew S. Shapanka

            Covington & Burling LLP
            One CityCenter
            850 Tenth Street NW
            Washington, DC 20001
            Telephone: (202) 662-6000
            FAX: (202) 662-6291
            mshapanka@cov.com

            *Attorney for Prison Legal News*