**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**December 13, 2019**

_____

**Elisabeth A. Shumaker**
**Clerk of Court**

| | |
|---|---|
| PRISON LEGAL NEWS, | |
| Plaintiff - Appellant, | |
| v. | No. 18-1486 |
| FEDERAL BUREAU OF PRISONS, | (D.C. No. 1:15-CV-02184-RM-STV) (D. Colo.) |
| Defendant - Appellee. | |
| ----------------------------- | |
| UPTOWN PEOPLE'S LAW CENTER; DANIELLE C. JEFFERIS; NICOLE B. GODFREY, | |
| Amici Curiae. | |

_____

**JUDGMENT**
_____

Before **HARTZ**, **SEYMOUR**, and **MATHESON**, Circuit Judges.
_____

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk