# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| Christopher M. Wolpert | | Jane K. Castro |
|---|---|---|
| Clerk of Court | February 04, 2020 | Chief Deputy Clerk |

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:** 18-1486, Prison Legal News v. Federal Bureau of Prisons
Dist/Ag docket: 1:15-CV-02184-RM-STV

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's December 13, 2019 judgment takes effect this date.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of the Court

cc: Terra White Fulham
Dylan Glenn
J. Bishop Grewell
Alyson Sandler
Matthew S. Shapanka
Nicholas J. Siciliano
Peter Andrew Swanson
Steven David Zansberg

CMW/na